**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO ALANIZ, on behalf of himself and all others similarly situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT** |
| v. | |
| TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC., | <u>**JURY TRIAL DEMANDED**</u> |
| Defendants. | |

CLASS ACTION COMPLAINT

Plaintiff Mariano Alaniz ("Plaintiff"), by and through his attorneys, makes the following allegations pursuant to the investigations of his counsel and upon information and belief, except as to the allegations specifically pertaining to himself or his counsel, which are based on personal knowledge:

## INTRODUCTION

1.      This is a class action lawsuit concerning a design defect in the braking system of Defendants Toyota Motor Corporation ("TMC") and Toyota Motor Sales, U.S.A., Inc.'s ("TMS") (collectively, "Defendants") 2010-2015 Prius and Prius PHV, 2012-2015 Prius V, 2012-2014 Camry Hybrid, and 2013-2015 Avalon Hybrid vehicles (the "Class Vehicles").

2.      Specifically, the Class Vehicles contain defective brake booster pump assemblies (hereinafter, the "Brake Defect"). The Brake Defect impedes the Class Vehicles' ability to stop, posing a severe and material safety hazard. The Brake Defect will also cause owners of Class Vehicles to incur costly repairs while also reducing the resale and intrinsic value of the Class Vehicles.

3.      The details of the Brake Defect are discussed at length in a September 19, 2019 Petition For Defect Investigation to the National Highway Traffic Safety Administration ("NHTSA") from Roger Hogan, the President of Claremont Toyota and Capistrano Toyota in Southern California (the "Petition"). A copy of the Petition is attached hereto as Exhibit A.

4.      This is not the first time Toyota has manufactured and designed defective brake pump assemblies in its hybrid vehicles. Recalls were issued in 2013 (NHTSA ID 13V-235) and 2019 (NHTSA ID 19V-544) due to other Toyota Hybrid vehicles' defective brake pump assemblies.

5.      Although Toyota has received numerous consumer complaints concerning the Brake Defect in Class Vehicles, the Class Vehicles were not covered by the 2013 or 2019 recalls. By intentionally excluding the Class Vehicles from either of the aforementioned recalls, Toyota has knowingly left over one million dangerous, defective vehicles on the road.

6.      The Class Vehicles are marketed as safe for use. Defendants failed to disclose the

Brake Defect to consumers, despite their knowledge that the Class Vehicles were defective and not fit for their intended purpose of providing consumers with safe and reliable transportation at the time of the sale and thereafter.  Defendants have actively concealed the true nature and extent of the Brake Defect from Plaintiff and other Class members, and have failed to disclose it to them at the time of purchase or lease or thereafter.  Had Plaintiff and Class members known about the Brake Defect, they would not have purchased and/or leased the Class Vehicles or would have paid less for them.  As a result of their reliance on Defendants' omissions and/or misrepresentations, Class members have suffered an ascertainable loss of money, property, and/or loss in value of their Class Vehicles.

7.      Despite notice of the Brake Defect from, among other things, pre-production testing, numerous consumer complaints, warranty data, and dealership repair orders, Defendants have not recalled the Class Vehicles to repair the Brake Defect, have not offered Class members a suitable repair or replacement free of charge, and have not offered to reimburse all Class members the costs they incurred relating to diagnosing and repairing the Brake Defect.  Defendants have refused to repair or replace the Class Vehicles despite the fact that the Class Vehicles are under a comprehensive warranty, as explained in detail below.  Thus, Defendants have wrongfully and intentionally transferred the cost of repair of the Brake Defect to Plaintiff and members of the Classes by fraudulently concealing the existence of the Brake Defect.

8.      Under warranties provided to Plaintiff and members of the Classes, Defendants promised to repair or replace defective braking components arising out of defects in materials and/or workmanship, such as the Brake Defect, at no cost to owners or lessors of the Class Vehicles.  Toyota offers a 36-month or 36,000-mile Basic Warranty that "covers repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Toyota."[1]  However, Toyota knew that the Brake Defect was likely to not manifest during the warranty period, and effectively transferred the cost of repair to Plaintiff and Class members.

---

[1] https://www.toyota.com/t3Portal/document/omms-s/T-MMS-14Prius/pdf/2014_Toyota_Prius_WMG_lr.pdf (last visited Feb. 18, 2020).

9.      Defendants breached their express and implied warranties through which they promised to, *inter alia*, (1) provide Class Vehicles fit for the ordinary purpose for which they were sold; and (2) repair and correct manufacturing defects or defects in materials or workmanship of any parts they supplied, including in the braking system.  Because the Brake Defect was present at the time of sale or lease of the Class Vehicles, Defendants are required to repair or replace the Class Vehicles pursuant to the terms of the warranty.  Instead, Toyota has wrongfully shifted the cost of repairing the Brake Defect, or replacing the vehicle, to Class members.  These costs are significant, and no reasonable consumer expects to incur such costs.

10.     Knowledge and information regarding the Brake Defect is in the exclusive and superior possession of Defendants and their network of authorized dealers.  Despite this, Defendants have failed to notify Plaintiff and Class members of the Brake Defect, who could not have reasonably discovered the defect through due diligence.  Similarly, Toyota has failed to provide Class members with any fix or remedy for the Brake Defect, despite voluminous customer complaints.

11.     Defendants misrepresented the standard, quality, or grade of the Class Vehicles and knowingly, actively, and affirmatively concealed the existence of the Brake Defect to increase profits and decrease costs by selling additional Class Vehicles and transferring the cost of the repair of the Brake Defect, or replacement of the vehicle, to Class members.

12.     Defendants knowingly omitted, concealed and suppressed material facts regarding the Brake Defect, and misrepresented the standard, quality or grade of the Class Vehicles, which directly caused harm to Plaintiff and members of the Classes.  As a direct result of Defendants' wrongful conduct, Plaintiff and members of the Classes have suffered damages, including, *inter alia*: (1) out-of-pocket expenses for repair of the Brake Defect; (2) costs for future repairs or replacements; and (3) sale of their vehicle at a loss.

13.     Plaintiff and Class members therefore assert claims against Defendants for fraud, negligent misrepresentation, breach of express and implied warranties, violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq*., violation of the California Consumers Legal

Remedies Act, California Civil Code § 1750, *et. seq.* ("CLRA"), violation of the Unfair Competition Law, California Business & Professions Code § 17200, and unjust enrichment.  As alleged herein, Defendants' wrongful conduct has harmed owners and lessors of the Class Vehicles, and Plaintiff and members of the Classes are entitled to damages and injunctive and declaratory relief.

## **THE PARTIES**

14.     Plaintiff Alaniz is a citizen of the State of California and resides in Novato, California.  In or around December 2017, Plaintiff Alaniz purchased a 2014 Toyota Prius from a Toyota-authorized dealer, Toyota Marin in San Rafael, California, for his personal or household use.  Plaintiff Alaniz has experienced the defect numerous times since purchasing his vehicle.  On multiple occasions, Plaintiff has experienced difficulty coming to a stop despite applying pressure to the brakes.  This has routinely resulted in increased stopping distances, posing a severe safety hazard to himself, other drivers, and pedestrians.

15.     Unbeknownst to Plaintiff at the time of purchasing his Toyota, Plaintiff's vehicle contained the Brake Defect.  None of the advertisements reviewed or representations received by Plaintiff and members of the Classes contained any disclosure relating to the Brake Defect in the Class Vehicles.  Had Defendants disclosed the Brake Defect, Plaintiff would not have purchased his vehicle on the terms that he did, or he would have paid less for his vehicle.

16.     When Plaintiff and Class members purchased or leased their Class Vehicles, they reasonably relied on the expectation that the Class Vehicles were free from defects such as the Brake Defect and/or would not pose an unavoidable safety risk.  Had Defendants disclosed the Brake Defect, Plaintiff and Class members would not have purchased or leased the Class Vehicles or would have paid less for their vehicles.

17.     The Class Vehicles were operated in a reasonably foreseeable manner and as the vehicles were intended to be used.  Plaintiff and Class members have suffered an ascertainable loss as a result of Defendants' deceptive conduct, breach of warranty, common law and statutory duties, and omissions and/or misrepresentations associated with the Brake Defect, including but

not limited to, out-of-pocket losses and/or the costs of future repairs or replacements, the price premium attributable to the brake booster pump assemblies, and diminished performance and value of their respective vehicles.

18.     Neither Defendants nor any of their agents, dealers, or other representatives informed Plaintiff and Class members of the Brake Defect prior to the purchase or lease of the Class Vehicles, nor at any time thereafter.

19.     Defendant Toyota Motor Corporation is a Japanese corporation with its principal place of business located at 1 Toyota-Cho, Toyota City, Aichi Prefecture, 471-8571, Japan.  TMC is the parent corporation of Toyota Motor Sales, U.S.A., Inc. TMC, through its various entities, designs, manufactures, markets, distributes and sells Toyota, Lexus and Scion automobiles in California and throughout the United States and worldwide.

20.     Defendant Toyota Motor Sales, U.S.A., Inc. is incorporated and headquartered in Plano, Texas. TMS is Toyota's U.S. sales and marketing arm, which oversees sales and other operations in 49 states. TMS distributes Toyota, Lexus, and Scion vehicles and sells these vehicles through its network of dealers. Money received from the purchase of a Toyota vehicle from a dealer flows from the dealer to TMS.  Money received by the dealer from a purchaser can be traced to TMS and TMC.

21.     TMC and TMS sell Toyota vehicles through a network of dealerships that are the agents of TMC and TMS.  There exists, and at all times herein existed, a unity of ownership between TMC, TMS and their agents such that any individuality or separateness between them has ceased and each of them is the alter ego of the others.  Upon information and belief, at all times mentioned herein, each Defendant was acting as an agent and/or employee of the other Defendant, and at all times mentioned was acting within the course and scope of said agency and/or employment with the full knowledge, permission, and consent of the other Defendant.  In addition, each of the acts and/or omissions of each Defendant alleged herein were made known to, and ratified by, the other Defendant.

22.     Upon information and belief, Defendant TMC communicates with Defendant

TMS concerning virtually all aspects of the Toyota vehicles it distributes within the United States. At all relevant times, TMS acted as an authorized agent, representative, servant, employee and/or alter ego of TMC while performing activities including but not limited to advertising, warranties, warranty repairs, dissemination of technical information and monitoring the performance of Toyota vehicles in the United States, including substantial activities that occurred within this jurisdiction.

23.     At all times relevant to this action, Defendants manufactured, distributed, sold, leased, and warranted the Class Vehicles under the Toyota brand name throughout the United States.  Defendants and/or their agents designed and manufactured the Class Vehicles. Defendants and/or their agents also developed and disseminated the owner's manuals and warranty booklets and information, advertisements, and other promotional materials relating to the Class Vehicles.

## **JURISDICTION AND VENUE**

24.     This Court has subject matter jurisdiction under 28 U.S.C. § 1331.  This Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

25.     This Court has original subject-matter jurisdiction over this proposed class action pursuant to 28 U.S.C. § 1332(d), which, under the provisions of the Class Action Fairness Act ("CAFA"), explicitly provides for the original jurisdiction of the federal courts in any class action in which at least 100 members are in the proposed plaintiff class, any member of the plaintiff class is a citizen of a State different from any defendant, and the matter in controversy exceeds the sum of $5,000,000.00, exclusive of interest and costs.  Plaintiff allege that the total claims of individual members of the proposed Class (as defined herein) are well in excess of $5,000,000.00 in the aggregate, exclusive of interest and costs.

26.     Pursuant to 28 U.S.C. § 1391, this Court is the proper venue for this action because a substantial part of the events, omissions, and acts giving rise to the claims herein occurred in this District.

# FACTUAL BACKGROUND

## A.    The Class Vehicles All Suffer From The Same Braking Defect

27.    The Class Vehicles suffer from the Brake Defect, which is capable of leading to complete failure of their braking systems.  The Brake Defect materially threatens the health and safety of drivers and passengers in the Class Vehicles.

28.    Plaintiff and numerous Class Vehicle owners and lessees have reported that the Brake Defect has caused brake failures, effectively making their brakes inoperative under normal driving conditions.

29.    In September of 2019, the Petition was submitted by Mr. Roger Hogan, the President of two Toyota Dealerships in Southern California.  In the Petition, Mr. Hogan provides an overview of the Toyota Brake Defect and how Toyota has recklessly put profits in front of public safety.

30.    In June 2013, Toyota undertook a voluntary safety recall to "address an issue with the brake booster pump assembly."  Toyota Safety Recall 13V-235.[2]  In the Defect Information Report that Toyota sent to the NHTSA, Toyota described the problem as one caused by "brake pressure accumulators consisting of a metal plunger containing brake fluid encased in a metal housing."  *Id.*  Toyota explained that the "plunger is designed with metal pleated bellows to allow for motion," and that "nitrogen gas is sealed between the plunger and the housing."  *Id.*  The recall was issued because Toyota recognized the "possibility that a fatigue crack could develop in the bellows due to the vertical vibration of the plunger while driving."  *Id.*  Toyota's concern was that if this occurred, "nitrogen gas could lead into the brake fluid and gradually cause the brake pedal stroke to become longer, resulting in decreased hydraulic pressure."  *Id.*  The condition "could affect stopping distance and increase the risk of a crash."  *Id.*; *see also* Petition at 5.

31.    Toyota investigated this potential flaw from May 2010-October 2011, a period of nearly 18 months.  Toyota determined that one potential cause of the cracking was that "location of the weld points . . . could create a tendency for cracks to develop near the weld points."  Toyota

---

[2] https://static.nhtsa.gov/odi/rcl/2013/RCMN-13V235-9056.pdf (last visited Feb. 18, 2020).

did additional testing and ruled out that explanation but determined that "some accumulators experienced larger impact forces despite the same test conditions."  What Toyota found was "variation in the amount of clearance between the metal housing and the bellows."  Toyota confirmed that the amount of clearance was related to the variation in impact force being exerted onto the bellows.  After additional testing, Toyota determined that "if the amount of clearance is large, large impact forces may be exerted onto the metal bellows, which could result in gradual damage to the bellows."

32.     While Toyota voluntarily undertook to recall vehicles with this problem, the recall was carefully limited only to certain 2010 Toyota Prius and Lexus HS250h vehicles.  Toyota has not recalled any of the Class Vehicles.  Instead, on September 4, 2019, Toyota issued Technical Service Bulletin (TSB) 0130-19 for 2012-2014 Camry Hybrids and 2013-2015 Avalon Hybrids. Petition at 2.  TSB 0130-19 states that the covered condition "may be caused by a small internal brake fluid leak in the brake booster assembly with master cylinder," similar to the circumstances that triggered Toyota's 2013 recall.  *Id.*  This brake fluid leak results in certain diagnostic trouble codes ("DTCs") that, when triggered, Toyota will cover the cost of repair under an extended warranty program.  *Id.*  A week after Toyota issued TSB 0130-19, Toyota explained that there had been "certain internal malfunctions of the Brake Booster Assembly" in 2012-2014 Camry hybrids and 2013- 2015 Avalon hybrids.  *Id.*

33.     Just recently, Toyota commenced another safety recall in July 2019 for certain Lexus vehicles with brake problems.[3]  In its report to the NHTSA on the recall, Toyota explained that a certain number of Lexus vehicles "had a brake booster pump containing a plastic brush holder produced with an improper shape."  *Id.*  Because of the brush holder's improper shape, there was a "possibility that the plastic brush holder may have become stuck in the brush holder."  Should that occur, Toyota explained that "the brush would be unable to maintain an electrical connection within the motor and may cause the pump motor to stop operating."  *Id.*  And if that happened, Toyota explained, the result could be a "sudden and complete loss of braking assist,"

---

[3] https://static.nhtsa.gov/odi/rcl/2019/RCLRPT-19V544-1026.pdf (last visited Feb. 18, 2020).

increasing stopping distance and, ultimately, the risk of a crash.  *Id.*  Toyota deemed this risk sufficient to engage in a prophylactic safety recall of these vehicles so as to avoid any such potential tragedy.

34.     These recalls involved a relatively small number of vehicles, but the Toyota Brake Defect alleged herein affects hundreds of thousands more vehicles which were not included; Toyota seeks to avoid the responsibility and expense of making these vehicles sound to drive.  But there is very little, if any, difference between the circumstances of the Toyota Brake Defect and the defects that led to both of Toyota's earlier brake system-related safety recalls.  The primary distinguishing characteristic is the scope of the problem:  It will be very expensive for Toyota to repair the defect in hundreds of thousands of vehicles.

35.     In the Petition, Mr. Hogan reports that the DTCs covered by Toyota's post-failure warranty enhancement plan for the Toyota Brake Defect are the same as those codes which present an unreasonable risk to safety under Toyota's earlier recalls.  *See, e.g.*, Petition.  In particular, DTC C1256 is triggered when there is a "significant drop in accumulator pressure."  Petition at 4.  This DTC is being stored at "alarmingly high rates in hybrids" that remain excluded from Toyota's safety recalls.  *Id.*  Toyota knows that these defects implicate basic safety features of the vehicle, and that the defect puts lives at risk.  In fact, Toyota gets real-time transmission of DCs and freeze frame data from hybrids with failed brakes through the Techstream tool at its franchise dealerships. Petition at 5.  Nevertheless, Toyota refuses to repair these defects until after a failure occurs, instead requiring unsuspecting consumers to bear this risk.

**B.     <u>Toyota Has Known About The Brake Defect For Years</u>**

36.     Toyota became aware of the Brake Defect through sources not available to Plaintiff and members of the Classes, including, but not limited to:  pre-production testing, pre-production design failure mode and analysis data, production design failure mode and analysis data, early consumer complaints made exclusively to Toyota's network of dealers and directly to Toyota, aggregate warranty data compiled from Toyota's network of dealers, testing conducted by Toyota in response to consumer complaints, and repair order and parts data received by Toyota

from Toyota's network of dealers and suppliers.

37.     Toyota had and continues to have a duty to fully disclose the true nature of the Brake Defect to Class Vehicle owners, among other reasons, because the Brake Defect poses an unreasonable safety hazard; because Toyota had and has exclusive knowledge or access to material facts about the Class Vehicles' braking systems that were and are not known to or reasonably discoverable by Plaintiff and the other members of the Classes; and because Toyota has actively concealed the Brake Defect from its customers at the time of purchase or repair and thereafter.

38.     Specifically, Defendants: (a) failed to disclose, at the time of purchase or repair and thereafter, any and all known material defects or material nonconformities of the Class Vehicles, including the Brake Defect; (b) failed to disclose, at the time of purchase or repair and thereafter, that the Class Vehicles and their braking systems were not in good working order, were defective and prone to failure, and were not fit for their intended purpose; and (c) failed to disclose and/or actively concealed the fact that the Class Vehicles and their braking systems were defective, despite the fact that Defendant learned of the Brake Defect before it placed the Class Vehicles in the stream of commerce.

39.     Toyota also has constantly tracked the National Highway Traffic Safety Administration ("NHTSA") database to track reports of defective braking systems.  From this source, Toyota knew that the Class Vehicles were experiencing unusually high levels of false engagements causing abrupt slow-downs or stops; or deactivations.

40.     "Toyota's decision to provide a reactionary, post-failure repair – instead of a *preventative* safety recall remedy – explain many of the crashes and injuries on NHTSA's safecar.gov website."  Petition pg. 6.  Consumer complaints began with the 2010 Toyota Prius:

**May 25, 2016** NHTSA ID NUMBER: 10870866

**Components: SERVICE BRAKES, ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**

NHTSA ID Number: 10870866

Incident Date May 25, 2016

Consumer Location HENDERSON, NV

Vehicle Identification Number JTDKN3DU3A0****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | ON 05/25/2016 AT ABOUT 9AM, WHILE IN MOTION AT A RATE OF SPEED APPROX 25 MPH ON A STREET DURING CONSTRUCTION (DON'T KNOW IF THE BUMPY ROAD HAD ANYTHING TO DO WITH IT), THE CHANGE OIL SOON LIGHT APPEARED AND SECONDS LATER ALL THE LIGHTS ON THE DASH CAME ON WITH THE MESSAGE TO CHECK THE "CHECK HYBRID SYSTEM". I TRIED TO STOP THE VEHICLE AND IT KEPT ACCELERATING. I PRESSED ON THE BREAKS REALLY HARD AND THE TRACTION CONTROL LIGHT KEPT FLASHING ON AND OFF LIKE CRAZY BUT IT BARELY HAD ANY IMPACT. ALTHOUGH THE VEHICLE SLOWED, IT DID NOT COME TO A FULL STOP. I ENDED UP HITTING THE VEHICLE IN FRONT OF ME. THANK GOD IT WAS A TRUCK AND AS ABLE TO STOP THE CAR FROM MOVING FURTHER OR I COULD OF ENDED UP IN THE MIDDLE OF AN INTERSECTION. AFTER THE COLLISION, THE CAR WOULD NOT STOP ALTHOUGH THE PARK BUTTON WAS PRESSED AND LIGHT WAS ON. I EVEN TRIED TURNING OFF THE VEHICLE AND THE VEHICLE STAYED ON AND IN DRIVE. I ENDED UP IN THE HOSPITAL AND DON'T KNOW HOW IT EVENTUALLY GOT TURNED OFF BUT THAT WAS VERY FRIGHTENING. I HAD MY CHILDREN IN THE CAR. ON IMPACT, THE SEAT BELTS DID NOT EVEN TIGHTEN. |
| FIRE | No | |
| INJURIES | 2 | |
| DEATHS | 0 | |

**February 19, 2018** NHTSA ID NUMBER: 11073636

**Components: SERVICE BRAKES**

NHTSA ID Number: 11073636

Incident Date February 12, 2018

Consumer Location BALTIMORE, MD

Vehicle Identification Number JTDKN3DU9A5****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | ABS LIGHT STAYS ON, I HAVE NO BRAKES WHEN EMERGENCY BRAKING, THERE WAS A TOYOTA PRIUS RECALL ON BRAKE MASTER CYLINDER AND BOOSTER PUMP BUT TOYOTA SAID IT WAS NOT FOR MY VEHICLE. MY PROBLEM IS EXACTLY THE SAME PROBLEM AS OTHER PRIUS BRAKE RECALLS BUT TOYOTA WILL NOT COVER IT. LESS THEN 65,000 MILES ON THE CAR . HOW CAN A MASTER CYL BE BAD BY NOW, THEY USUALLY LAST OVER 100,000 MILES. VERY UNSAFE , AND MAY KILL SOMEONE. I HAD TO SLAM ON MY BRAKES BUT MY CAR WOULD NOT STOP CAUSING ME TO RUN INTO A WALL AT THE BALTIMORE HARBOR TUNNEL. THIS IS A RECALL AND LETTERS WERE SENT OUT BY TOYOTA ABOUT THIS FAULTY BRAKING BUT NOW TOYOTA WILL NOT HONOR THE RECALL |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**December 1, 2016** NHTSA ID NUMBER: 10929397

**Components: SERVICE BRAKES**

NHTSA ID Number: 10929397

Incident Date November 30, 2016

Consumer Location PENGILLY, MN

Vehicle Identification Number JTDKN3DU7A1****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | COMPLETE BRAKE FAILURE WHEN STOPPING FOR STOPLIGHT ON HWY 53/MIDWAY ROAD. RESULTING IN 3 CAR ACCIDENT. THIS WAS THE SECOND BRAKE FAILURE. |
| FIRE | No | |
| INJURIES | 0 | THE FIRST COMPLETE BRAKE FAILURE HAPPENED WHEN BACKING OUT OF PARKING SPACE AT WORK LOCATION. BRAKES WERE PRESSED , CAR KEPT BACKING UP HITTING A PARKED CAR BEHIND US. |
| DEATHS | 0 | |
| | | AFTER THE FIRST FAILURE THE LOCAL TOYOTA DEALERSHIP DROVE THE CAR AND ALSO EXPERIENCED TOTAL BRAKE LOSS AFTER DRIVING IT FOR A BIT. THE TOYOTA DEALERSHIP REPLACE THE BRAKE CYLINDER ASSEMBLY. *TR |

**October 19, 2017** NHTSA ID NUMBER: 11034572

**Components: SERVICE BRAKES**

NHTSA ID Number: 11034572

Incident Date October 17, 2017

Consumer Location LA MESA, CA

Vehicle Identification Number JTDKN3DU8A0****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | THE BRAKES SEEM TO DISENGAGE FOR A SECOND AT RANDOM TIMES WHILE PRESSING ON THEM IN A NORMAL MANOR. I DRIVE EVERY DAY ABUT 20 MILES AND THIS SEEMS TO HAPPEN ABOUT ONCE A MONTH. I DIDN☐T THINK MUCH OF IT UNTIL A FEW DAYS AGO WHEN I HAD TO SLAM ON MY BREAKS TO TRY AND AVOID AN ACCIDENT. DURING THAT INCIDENT THEY DISENGAGED FOR A SECOND AGAIN. THIS WAS A SECOND TOO LONG AND I WAS UNABLE TO AVOID A COLLISION. I LOOKED THIS UP AFTER MY ACCIDENT AND I SURPRISINGLY SAW SIMILAR REPORTS ON GOOGLE FOR MY CAR. BUT IT LOOKS LIKE TOYOTA IS SAYING THAT IT DOESN☐T |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**June 27, 2018** NHTSA ID NUMBER: 11104163

**Components: AIR BAGS, STRUCTURE, SERVICE BRAKES**

NHTSA ID Number: 11104163

Incident Date June 21, 2018

Consumer Location MORRO BAY, CA

Vehicle Identification Number JTDKN3DU8A0****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | I WAS ON THE FREEWAY IN TRAFFIC, GOING 60 MPH. THERE WAS ROAD CONSTRUCTION COMING UP AHEAD. I DEPRESSED THE BRAKE PEDAL AND NOTHING HAPPENED. THE CAR DIDN☐T SLOW DOWN AT ALL AND I CRASHED INTO ANOTHER VEHICLE. MY CAR WAS MANUFACTURED WHEN THE ☐VOLUNTARY SAFETY RECALL☐ BY TOYOTA WAS SUPPOSED TO ADDRESS THIS, BUT I RECEIVED NO NOTIFICATION, NOR DID THOUSAND OAKS TOYOTA, WHERE I HAD THE CAR SERVICED, COMMUNICATE ABOUT IT. |
| FIRE | No | |
| INJURIES | 4 | |
| DEATHS | 0 | |
| | | *JS |

41.     Complaints for the 2011 Toyota Prius are similar:

January 1, 2019 NHTSA ID NUMBER: 11164336 ⊖

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11164336

**Incident Date** November 2, 2018

**Consumer Location** BOCA RATON, FL

**Vehicle Identification Number** JTDKN3DU7B1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | MY CAR ONLY HAD 120K MILES AND THE BREAK BOOSTOR AND ACTUATOR BREAKS DOWN WHILE WE WERE ON THE ROAD. MY WIFE DRIVES THE CAR WITH MY 3-CHILDRENS. SHE WAS ALMOST HIT THE OTHER CAR ON HIGHWAY BECAUSE THE BREAKS SYSTEM STOPS WORKING AT NORMAL MODE. THE DASH BOARD SHOWS ALL KINDS OF BREAK, TRACTION CONTROL, AND ABS LIGHTS . THIS IS A LIFE THREATNING ISSUE AND TOYOT NEEDS TO REPLACE THIS PART WITH NO CHARGE BECASUE IT HAS A MANUFACTURING DEFECTS AND THOUSANDS OF PRIUS OWNER HAS THE SAME ISSU. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

February 14, 2013 NHTSA ID NUMBER: 10498096 ⊖

**Components: SERVICE BRAKES, SEATS, AIR BAGS**

**NHTSA ID Number:** 10498096

**Incident Date** February 10, 2013

**Consumer Location** KIRKLAND, WA

**Vehicle Identification Number** JTDKN3DU2B0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | I AM AN EXCELLENT DRIVER. I PURCHASED THIS PRIUS IN THE SUMMER OF 2011. WE (MY WIFE AND YOUNG DAUGHTER) WERE PROCEEDING ON JUANITA DRIVE N.E. IN KIRKLAND, WA. MY WIFE AND I AGREE THAT OUR SPEED WAS APPROXIMATELY 30-33 MPH AND THAT THERE WERE APPROXIMATELY 3+ CAR LENGTHS BETWEEN US AND THE VEHICLE IN FRONT OF US. THE WEATHER WAS DRY AND SUNNY. SUDDENLY, A VEHICLE THREE VEHICLES AHEAD OF US STOPPED TO MAKE A LEFT TURN, AND THE TWO VEHICLES BEHIND IT WERE ABLE TO STOP. I IMMEDIATELY APPLIED MY BRAKES TO THE FLOOR AS SOON AS I OBSERVED THE STOPPED VEHICLE AHEAD. I FELT NO RESPONSE - NO GRIPPING OF THE BRAKES OR GRIPPING OF THE WHEELS TO THE ROAD, NO SQUEALING, NO SKIDDING, NO SENSE OF THE BRAKES SLOWING THE VEHICLE IN THE THREE SECONDS I APPLIED THEM. DUE TO VEHICLES IN THE OPPOSING LANE, A NARROW ROAD AND NO SHOULDER (A DITCH WITH TELEPHONE POLES ON THE RIGHT), I WAS FORCED TO DESIGN THE LEAST HARMFUL IMPACT - MY FRONT RIGHT CORNER TO THE REAR LEFT CORNER OF THE VEHICLE IN FRONT. THE IMPACT TORE OPEN THE RIGHT FRONT OF THE VEHICLE, SHATTERING THE WINDSHIELD NEXT TO MY WIFE AND CAUSING HER LEGS TO FLY UP AND STRIKE THE DASHBOARD, INJURING HER LEGS IN SEVERAL PLACES. HER AIRBAG DID NOT DEPLOY. MY 7-YEAR-OLD WAS IN HER CAR SEAT IN THE BACK SEAT. THE LARGER SPLIT BACK WAS BEHIND HER. THE BACK BECAME UNHINGED AT IMPACT AND FLIPPED FORWARD, FORCING MY DAUGHTER'S UPPER BODY FORWARD. SHE SUSTAINED MINOR FACIAL INJURIES. WHILE IT IS POSSIBLE THAT THE AIRBAG NON-DEPLOYMENT WAS APPROPRIATE (I AM NOT CERTAIN OF THIS), THERE IS NO QUESTION THAT THE BRAKING WAS SOFT, SQUISHY, NON-EXISTENT, AND THE BACK SEAT SHOULD NOT HAVE BECOME UNHINGED. *TR |
| FIRE | No | |
| INJURIES | 2 | |
| DEATHS | 0 | |

June 13, 2019 NHTSA ID NUMBER: 11219901 ⊖

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11219901

**Incident Date** January 15, 2019

**Consumer Location** HOUSTON, TX

**Vehicle Identification Number** JTDKN3DU5B5****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | MY CAR WAS PARKED ON THE STREET,I GOT INTO IT, TURNED IT ON, SHIFTED TO DRIVING AND STARTED PROCEEDING FORWARD. I THEN NOTICED 3 LIGHTS (THE ABS LIGHT, BRAKE LIGHT, AND TRACTION CONTROL LIGHT) SUDDENLY APPEARED ON THE DASHBOARD. NOTHING OUT OF THE ORDINARY OCCURRED PRIOR TO THE LIGHT COMING ON, IT JUST SUDDENLY APPEARED.

THE ERROR CODE IN THE COMPUTER SYSTEM READ C1391. THE DETAILS READ THERE WAS "ABNORMAL LEAK IN ACCUMULATOR".

THE CAR NO LONGER DRIVES SAFELY. IF THE BRAKES ARE PRESSED SUDDENLY THE CAR SKIDS INSTEAD OF SLOWING DOWN. IN ORDER FOR THE CAR TO COME TO A COMPLETE STOP A LOT MORE PRESSURE HAS TO BE APPLIED TO THE BRAKE COMPARED TO BEFORE ABS PROBLEM. THE STOPPING DISTANCE HAS INCREASED BY APPROXIMATELY TWICE ITS LENGTH. THE CAR IS NO LONGER CAPABLE OF SHARP TURNS, THE BACK END OF THE CAR SKIDS DANGEROUSLY LEFT OR RIGHT WHILE TURNING, DEPENDING ON THE DIRECTION THE DRIVER IS TURNING. THE BRAKING, HANDLING AND CONTROL OF THE CAR DECREASES SO MUCH WHEN THE ROADS ARE WET THAT AT TIMES THE CAR SKIDS EVEN WHEN GOING AT A CAUTIOUS SPEED IN RAIN. FOR MY SAFETY AND FOR OTHERS I DRIVE IN "B" INSTEAD OF "D" WHEN IT RAINS. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

November 29, 2018 NHTSA ID NUMBER: 11154783 ⊖

**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM**

**NHTSA ID Number:** 11154783

**Incident Date** November 29, 2018

**Consumer Location** OXFORD, GA

**Vehicle Identification Number** JTDKN3DU1B0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | DRIVING VEHICLE DOWN HIGHWAY, TAPPED BRAKES BUT BRAKES DID NOT WORK, ALL THE LIGHTS ON MY DASH LIT UP. I LOST TRACTION IN BRAKES CAUSING VEHICLE TO LOSE CONTROL. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |



**June 16, 2014** NHTSA ID NUMBER: 10598545

### Components: STRUCTURE, SERVICE BRAKES

**NHTSA Number:** 10598545

**Incident Date** March 27, 2014

**Consumer Location** ANACORTES, WA

**Vehicle Identification Number** JTDKN3DU1B1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | WHILE PULLING INTO A PARKING SLOT IN A PARKING LOT, WHICH WAS ON A SLOPE, I APPLIED THE FOOT BRAKE WITHOUT ANY RESPONSE WHATSOEVER. THE VEHICLE GAINED ENOUGH SPEED TO JUMP THE SMALL STOP-CURB AND HIT A CONCRETE WALL NEXT TO IT. THE DAMAGE TO THE FRONT OF THE CAR WAS JUST OVER $4000. I THOUGHT I HAD MISSED THE PEDAL. ON JUNE 12TH AND 15TH, I HAD TWO MORE INCIDENTS OF THE BRAKE PEDAL GOING ALL THE WAY TO THE FLOOR WHILE EITHER AT SLOW SPEED OR STOPPED. MY DEALER SAYS IT WAS A PROBLEM ON THE 2010, BUT HE HAS NOT SEEN IT ON A 2011. MY WIFE NOW REFUSES TO DRIVE THE CAR. *TR |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**July 11, 2018** NHTSA ID NUMBER: 11110691

### Components: SERVICE BRAKES

**NHTSA Number:** 11110691

**Incident Date** September 12, 2013

**Consumer Location** WAYNE, NJ

**Vehicle Identification Number** JTDKN3DU9B1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | MY BRAKES CONSISTENTLY LOCK AND THE CAR LUNGES FORWARD WHEN I HIT A POTHOLE WHILE BRAKING. THIS CAUSED A CRASH WHEN THE CAR WAS ONLY A COUPLE YEARS OLD WHEN THE BRAKES FAILED TO STOP THE VEHICLE AND IT LUNGED FORWARD INTO THE BACK OF A CAR. THIS IS EXTREMELY DANGEROUS AND I'VE SEEN THIS COMMENT OFTEN WITH THIS VEHICLE. I DON'T UNDERSTAND WHY TOYOTA HAS NOT ADDRESSED THIS ISSUE. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**July 11, 2018** NHTSA ID NUMBER: 11110691

### Components: SERVICE BRAKES

**NHTSA Number:** 11110691

**Incident Date** September 12, 2013

**Consumer Location** WAYNE, NJ

**Vehicle Identification Number** JTDKN3DU9B1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | MY BRAKES CONSISTENTLY LOCK AND THE CAR LUNGES FORWARD WHEN I HIT A POTHOLE WHILE BRAKING. THIS CAUSED A CRASH WHEN THE CAR WAS ONLY A COUPLE YEARS OLD WHEN THE BRAKES FAILED TO STOP THE VEHICLE AND IT LUNGED FORWARD INTO THE BACK OF A CAR. THIS IS EXTREMELY DANGEROUS AND I'VE SEEN THIS COMMENT OFTEN WITH THIS VEHICLE. I DON'T UNDERSTAND WHY TOYOTA HAS NOT ADDRESSED THIS ISSUE. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**January 7, 2019** NHTSA ID NUMBER: 11164990

### Components: SERVICE BRAKES

**NHTSA Number:** 11164990

**Incident Date** December 31, 2018

**Consumer Location** ORLANDO, FL

**Vehicle Identification Number** JTDKN3DU5B0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | BRAKE BOOSTER AND ACTUATOR FAILED AND ERROR CODE C1391. VEHICLE IS UNSAFE TO DRIVE AND TOYOTA KNOWS THIS PROBLEM BECAUSE OF THE NUMBER OF CASES INVOLVED WITH THIS ISSUE. THE YEAR PRIOR SAW A MASSIVE RECALL OF 87,000 VEHICLES WITH THE SAME ISSUE. THE SAME ISSUE HAS CARRIED OVER AND TOYOTA REFUSES TO BE HELD RESPONSIBLE FOR THIS ISSUE. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**June 28, 2019** NHTSA ID NUMBER: 11228248

### Components: SERVICE BRAKES

**NHTSA ID Number:** 11228248

**Incident Date** December 27, 2018

**Consumer Location** LAFAYETTE, LA

**Vehicle Identification Number** JTDKN3DU2B1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | WHILE DRIVING DOWN THE HIGHWAY OR INTERSTATE, MY TRACTION WARNING LIGHT, THE BRAKE LIGHT, AND THE ABS WARNING LIGHT ALL CAME ON, AND THE BRAKES BECAME HARD TO PRESS. WHEN LETTING OFF THE BRAKE, THERE WAS AN AIRY, SUCTION SOUND. AFTER A WHILE, WHILE DRIVING, ALL OF THE WARNING LIGHTS WENT OFF, AND THE BRAKE PRESSURE NORMALIZED. THERE IS STILL AN AIRY SOUND WHEN I USE THE BRAKE PEDAL, THOUGH, WHICH ALWAYS SEEMS TO BE THERE, EVEN WHEN THE WARNING LIGHTS ARE OFF. THIS HAS HAPPENED ABOUT 4 TIMES WITHIN THE PAST SIX MONTHS. I HAD A DIAGNOSTIC TEST RUN, AND IT GAVE CODE #391, LEAKAGE IN ACCUMULATOR ABNORMAL, WHICH POINTED TO AN INTERNAL LEAK IN THE BRAKE BOOSTER/MASTER CYLINDER ASSEMBLY. I NOTICED THAT TOYOTA HAS ISSUED RECALLS FOR THIS SAME PROBLEM IN 2010 AND PRIOR PRIUS MODELS, BUT MINE DOES NOT QUALIFY BECAUSE IT IS A 2011. SINCE THIS ISSUE HAS NOT BEEN RESOLVED AND APPEARS TO BE A DEFECT IN TOYOTA'S BRAKE BOOSTER ASSEMBLY, I WOULD LIKE TO SEE THIS RECALL EXTENDED TO COVER MODELS BEYOND 2010. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**October 12, 2013** NHTSA ID NUMBER: 10547701

### Components: SERVICE BRAKES

**NHTSA ID Number:** 10547701

**Incident Date** October 10, 2013

**Consumer Location** KETTERING, OH

**Vehicle Identification Number** JTDKN3DUXB0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | LOVE MY PRIUS UNTIL I STARTED TO BECOME SCARED DAILY BY THE UNSAFE DRIVING CONDITIONS DUE TO THE CAR'S TENDENCY TO LURCH FORWARD WHILE BRAKING OVER BUMPY GROUND OR POTHOLES WHEN COMING TO A STOP OR SLOWING DOWN TO TURN. IT'S RATHER STARTLING AND FORTUNATELY HAS NOT CAUSED AN ACCIDENT YET FOR NO OTHER CAR HAS BEEN AROUND WHEN THIS HAPPENS. A DIFFERENT STORY WITH THE OTHER MORE SERIOUS ISSUE WITH THE BRAKING SYSTEM WHEN NEEDING TO COME TO AN IMMEDIATE STOP DUE TO SUDDEN STOPPING OF THE CAR IN FRONT. ABOUT A MONTH AGO, I EXPERIENCED THE "NO BRAKE" ISSUE WHEN SUDDENLY NEEDING TO PRESS HARD ON THE BRAKE FOR A STOPPED CAR IN FRONT OF ME. I HAD PLENTY OF DISTANCE FOR STOPPING BUT BECAUSE OF THE "NO BRAKE" ISSUE HAD TO STEER OFF TO THE SIDE TO MISS THE CAR. SHOCKED AND CONFUSED AT WHAT HAPPENED, THOUGHT MAYBE I DID SOMETHING WRONG BY NOT PUMPING THE BRAKE. THEN TWO DAYS AGO, I WAS SITTING AT A RED LIGHT WHEN IT TURNED GREEN, TRAFFIC STARTED MOVING BUT THEN SUDDENLY STOPPED FOR AN EMERGENCY VEHICLE TO GO THROUGH THE INTERCEPTION. I PRESSED ON THE BRAKE HARD AND JUST KEPT MOVING RIGHT INTO THE REAR OF THE TRUCK IN FRONT. I NOW HAVE ABOUT $1,800 OF DAMAGES FOR THE TRUCK (NO DAMAGE CAUSED TO IT) HAD AN HITCH WHICH PUNCTURED MY BUMPER AND BENT THE AIR CONDENSER. I HAVE DECIDED NOT TO FIX IT FOR IT COULD HAPPEN AGAIN. WHEN I DECIDE WHAT'S MY NEXT SAFE CAR TO PURCHASE, I WILL HAVE IT FIXED AND TRADE IT IN FOR IT AS SOON AS POSSIBLE FOR I'M NOW SCARED TO DRIVE IT. THE DEALERSHIP REPLY TO MY CONCERN IS THE SAME AS WITH EVERYONE ELSE'S COMPLAINT AND REVIEW I HAVE READ, THIS IS HOW THE BRAKE SYSTEM WORKS AND NO ERROR. THEY DO NOT WANT TO TAKE RESPONSIBILITY OF THIS FAULTY BRAKE SYSTEM WHICH CREATES UNSAFE DRIVING CONDITIONS. FORTUNATELY IT WAS A TRUCK IN FRONT OF ME THIS TIME. BUT WHAT IF IT'S A PERSON WALKING ACROSS THE ROAD IN FRONT OF ME NEXT TIME?? *TR |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |



**June 27, 2019** NHTSA ID NUMBER: 11222966

**Components: SERVICE BRAKES**

NHTSA ID Number: 11222966

Incident Date June 26, 2019

Consumer Location PITTSBORO, NC

Vehicle Identification Number JTDKN3DU5B5****

Summary of Complaint

| CRASH | No | THE EMERGENCY BRAKE LIGHT, ABS, AND TRACTION LIGHTS |
| FIRE | No | ILLUMINATED ON THE DASHBOARD. |
| INJURIES | 0 | TOOK THE CAR INTO THE DEALER AND THEY REPORTED THAT |
| DEATHS | 0 | THE BRAKE BOOSTER AND MASTER CYLINDER NEEDED TO BE |

REPLACED. THE CAR WAS STATIONARY WHEN THE LIGHTS INITIALLY CAME ON AND THE LIGHTS STAYED ON WHILE IT WAS MOVING (HIGHWAY AND CITY STREETS). THE 2010 TOYOTA PRIUS WAS RECALLED FOR THE SAME PROBLEM. IT SEEMS THE 2011 CONTINUES TO HAVE THE SAME PROBLEM.

**May 14, 2019** NHTSA ID NUMBER: 11207630

**Components: SERVICE BRAKES, UNKNOWN OR OTHER**

NHTSA ID Number: 11207630

Incident Date November 5, 2018

Consumer Location NORTH FORT MYERS, FL

Vehicle Identification Number JTDKN3DU9B1****

Summary of Complaint

| CRASH | No | THE FOLLOWING DASHBOARD LIGHTS CAME ON ON OUR |
| FIRE | No | VEHICLE AT THE SAME TIME:TRACTION MODE, EMERGENCY |
| INJURIES | 0 | BRAKE, ABS, AND BRAKE SYSTEM WARNING LIGHT. SINCE THE |
| DEATHS | 0 | LIGHTS HAVE COME ON, I HAVE NOTICED THAT I HAVE TO |

PRESS DOWN FURTHER DOWN ON THE BRAKE TO STOP THE VEHICLE. MY STOPPING DISTANCE IS FURTHER NOW AS WELL.

**March 29, 2019** NHTSA ID NUMBER: 11192342

**Components: SERVICE BRAKES**

NHTSA ID Number: 11192342

Incident Date March 28, 2019

Consumer Location AGAWAM, MA

Vehicle Identification Number JTDKN3DU4B0****

Summary of Complaint

| CRASH | No | WHEN I BRAKE ON AN UNEVEN SURFACE (POTHOLES, BUMPS, |
| FIRE | No | ETC) THE CAR WILL SOMETIMES JUMP FORWARDS. I AM |
| INJURIES | 0 | UNSURE WHETHER IT IS REFERRED TO AS BRAKES SLIPPING |
| DEATHS | 0 | BUT IT IS EXACTLY THE SAME THING THAT I'VE BEEN |

HAPPENING TO MANY PEOPLE. IT WAS AN ISSUE IN THE 2010, WHICH LED TO A RECALL, YET THERE IS NO RECALL ON THE 2011. IT DOESN'T MAKE ANY SENSE, PEOPLE HAVE SAID THAT THE ACTUATOR WAS THE PART THAT NEEDED REPLACING, YET IT IS A $3-4K PART AND SHOULD NOT BE LEFT UP TO THE CONSUMER. THIS IS A SAFETY ISSUE AND IS A KNOWN PROBLEM AND NEEDS TO BE ADDRESSED BY TOYOTA. IT HAS BEEN HAPPENING EVER SINCE I'VE OWNED THE CAR. I HAVE BEEN LUCKY SO FAR THAT IT HASN'T ACCELERATED ME INTO ANOTHER CAR OR PERSON.

**March 7, 2019** NHTSA ID NUMBER: 11184751

**Components: SERVICE BRAKES**

NHTSA ID Number: 11184751

Incident Date March 1, 2019

Consumer Location BUENA PARK, CA

Vehicle Identification Number JTDKN3DU6B1****

Summary of Complaint

| CRASH | No | I'M CONSTANTLY HEARING A BARKING/ PURGING NOISE |
| FIRE | No | COMING FROM THE BRAKE ACCUMULATOR PUMP WHENEVER |
| INJURIES | 0 | I DO HARD BRAKING. WHENEVER I HIT POTHOLES OR ROUGH |
| DEATHS | 0 | ROADS, THE CAR WOULD STILL ROLLS DURING BRAKING AS IF |

THE ABS IS GETTING TRIGGERED. I WAS QUOTED BY TOYOTA DEALER OF AN ESTIMATE OF $3000 TO REPLACE THE BRAKE ACCUMULATOR PUMP AND BOOSTER. I'M AFRAID THAT THE BRAKES WOULD FAIL WHILE DRIVING.

**March 2, 2019** NHTSA ID NUMBER: 11183661

**Components: SERVICE BRAKES**

NHTSA ID Number: 11183661

Incident Date December 12, 2018

Consumer Location SAN DIEGO, CA

Vehicle Identification Number JTDKN3DU3B0****

Summary of Complaint

| CRASH | No | I WAS ON DRIVING ON THE FREEWAY WHEN SUDDENLY |
| FIRE | No | TRACTION CONTROL LIGHT WAS ON AND BRAKES SEEMED TO |
| INJURIES | 0 | HAVE LOCKED. THE CONDITIONS OF THE ROAD WERE DRY |
| DEATHS | 0 | AND I WAS DRIVING THE SPEED LIMIT. THIS OCCURED ON A |

FEW DIFFERENT OCCASIONS. ONE DAY BRAKE LIGHT, ABS AND TRACTION LIGHT ALL APPEARED. TOOK IT INTO TOYOTA DEALERSHIP AND WAS INFORMED IT WAS BRAKE BOOSTER.

**February 28, 2019** NHTSA ID NUMBER: 11183178

**Components: SERVICE BRAKES**

NHTSA ID Number: 11183178

Incident Date February 26, 2019

Consumer Location SAN ANTONIO, TX

Vehicle Identification Number JTDKN3DU9B0****

Summary of Complaint

| CRASH | No | THE VEHICLE WAS IN MOTION. SEVERAL WARNING LIGHTS ON |
| FIRE | No | THE DASH CAME ON AT ONCE, AND THE BRAKES REQUIRED |
| INJURIES | 0 | SIGNIFICANT ADDITIONAL PRESSURE TO OPERATE. WE DROVE |
| DEATHS | 0 | HE VEHICLE HOME, AND THEN TO A NEARBY REPAIR SHOP. WE |

WERE INFORMED THAT THE BRAKE BOOSTER HAD AN INTERNAL LEAK, AND REQUIRED REPLACEMENT. THIS IS THE SAME PART THAT WAS ADDRESSED IN A CUSTOMER SUPPORT PROGRAM FOR THE 2010 MY PRIUS; HOWEVER, THE 0211 PRIUS IS NOT COVERED. 110,000 MILES.

February 3, 2019 NHTSA ID NUMBER: 11173804

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11173804

**Incident Date** February 1, 2019

**Consumer Location** PEMBROKE PINES, FL

**Vehicle Identification Number** JTDKN3DUXB0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | THE FOLLOWING IS A SUMMARY OF HOW I BECAME AWARE OF THE POWER BOOSTER AND MASTER CYLINDER PROBLEM WITH MY 2011 TOYOTA PRIUS. |
| FIRE | No | |
| INJURIES | 0 | □ UPON DISCOVERY OF MULTIPLE LIGHTS DISPLAYED ON DASHBOARD SUCH AS BRAKE, ABS SYSTEM & TRACTION LIGHTS, DURING DRIVING THE BRAKING PERFORMANCE HAS CHANGED DRASTICALLY & THE CAR NO LONGER PERFORMS BRAKING FUNCTION ADEQUATELY. UNABLE TO RELY ON SAFE BRAKING DUE TO BRAKE RESISTANCE FELT WITH STIFFENING IN WHICH PEDAL DEPRESSES DEEPLY & MORE TIME IS REQUIRED TO COME TO A FULL STOP. WHEN BRAKING THE HYBRID BATTERY DOES NOT CHARGE & RUNS DANGEROUSLY LOW RESULTING IN DAMAGE TO THE HYBRID BATTERY WHICH CAN LEAD TO SUBSTANTIAL COST TO REPLACE THE BATTERY. |
| DEATHS | 0 | |

□ CAR BROUGHT TO FIRESTONE FOR DIAGNOSTICS. UPON FURTHER INSPECTION BY THEIR TECHNICIAN IT WAS DETERMINED THAT THE POWER BRAKE BOOSTER/MASTER CYLINDER WAS DAMAGED & MALFUNCTIONING AND WAS IN NEED OF REPLACEMENT. INFORMED REPAIR WOULD BE IN EXCESS OF $1,500.00.

SEE ENCLOSED SUPPORTIVE DOCUMENTATION FROM FIRESTONE DIAGNOSTICS.

January 30, 2019 NHTSA ID NUMBER: 11173044

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11173044

**Incident Date** January 12, 2019

**Consumer Location** AUSTIN, TX

**Vehicle Identification Number** JTDKN3DU8B5****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | TL* THE CONTACT OWNS A 2011 TOYOTA PRIUS. WHILE DRIVING 65 MPH, THE BRAKE PEDAL WAS APPLIED AND WAS STIFF. THE CONTACT HAD TO TAP THE BRAKE PEDAL TO SLOW DOWN THE VEHICLE. IN ADDITION, THE BRAKE AND ABS INDICATORS WERE ILLUMINATED. THE VEHICLE WAS TAKEN TO CHARLES MAUND TOYOTA (8400 RESEARCH BLVD, AUSTIN, TX 78758 (866) 797-4354) WHERE IT WAS DIAGNOSED THAT THE BRAKE ACTUATOR NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS CONTACTED AND PROVIDED CASE NUMBER: 1901140996. NO FURTHER ASSISTANCE WAS PROVIDED. THE FAILURE MILEAGE WAS 119,384. *TT*JB |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

January 30, 2019 NHTSA ID NUMBER: 11173173

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11173173

**Incident Date** January 3, 2019

**Consumer Location** LEAGUE CITY, TX

**Vehicle Identification Number** JTDKN3DU0B5****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | BRAKE ACCUMULATOR FAILURE. SPECIFICALLY REPAIR T-SB-0079-18 |
| FIRE | No | |
| INJURIES | 0 | ABS, TRACTION, BRAKE LIGHTS ON. BRAKES NOT AS RESPONSIVE/SPONGEY. NO REGENERATIVE ENERGY FROM BRAKING |
| DEATHS | 0 | |

December 18, 2018 NHTSA ID NUMBER: 11162242

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11162242

**Incident Date** August 1, 2018

**Consumer Location** CUTLER BAY, FL

**Vehicle Identification Number** JTDKN3DU1B5****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | TAKATA RECALL |
| FIRE | No | |
| INJURIES | 0 | MY 2011 PRIUS HAS AN ISSUE WHERE THE BRAKE BECOMES SPONGY AT RANDOM WHILE DRIVING UNDER NORMAL CONDITIONS. THE BRAKE, ABS, AND TRACTION CONTROL LIGHTS ALL ILLUMINATE SIMULTANEOUSLY. AFTER RESETTING THE COMPUTER, THE ISSUE COMES BACK WITHIN 10-30 MINUTES OF DRIVING AT RANDOM. TOYOTA TOLD ME IT IS A $3,000 FIX AND THERE IS NO RECALL FOR MY YEAR. MY CAR HAS 110,393 MILES. |
| DEATHS | 0 | |

October 11, 2018 NHTSA ID NUMBER: 11139660

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11139660

**Incident Date** February 1, 2018

**Consumer Location** FITCHBURG, WI

**Vehicle Identification Number** JTDKN3DUXB1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | THE VEHICLE TAKES LONG STOPPING DISTANCE WHILE BRAKING AND , ALSO L HAD MANY TIMES WHEN THE CAR SLIPPED WHILE BRAKING |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |



November 2, 2018 NHTSA ID NUMBER: 11144888
**Components: SERVICE BRAKES**

NHTSA ID Number: 11144888

Incident Date October 17, 2018

Consumer Location PALM HARBOR, FL

Vehicle Identification Number JTDKN3DU1B0****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

BRAKE ACTUATOR FAILURE. ABS, TRACTION CONTROL, AND BRAKE LIGHT ALL ON DASHBOARD. THE CAR HAS NO REGENERATIVE BRAKING. ISSUE OCCURED RANDOMLY WHILE IN MOTION.

1 Affected Product ▾

☐ Request Research (Services fees apply)

April 16, 2018 NHTSA ID NUMBER: 11088447
**Components: SERVICE BRAKES**

NHTSA ID Number: 11088447

Incident Date March 28, 2018

Consumer Location CONVERSE, TX

Vehicle Identification Number JTDKN3DU2B0****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

TL* THE CONTACT OWNS A 2011 TOYOTA PRIUS. WHILE DRIVING VARIOUS LOW SPEEDS, THE ABS AND TRACTION INDICATORS ILLUMINATED WITHOUT WARNING. IN ADDITION, WHEN THE BRAKE PEDAL WAS DEPRESSED, THE VEHICLE LUNGED FORWARD. THE DEALER (UNIVERSAL TOYOTA IN SAN ANTONIO, TEXAS) DIAGNOSED THAT THE BRAKE BOOSTER AND THE PUMP FOR THE BOOSTER/ACCUMULATOR WERE FAULTY AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED THE CONTACT WITH CASE NUMBER: 180-4162-158. THE FAILURE MILEAGE WAS 98,000.

May 9, 2017 NHTSA ID NUMBER: 10984549
**Components: SERVICE BRAKES**

NHTSA ID Number: 10984549

Incident Date April 18, 2017

Consumer Location VEGA BAJA, PR

Vehicle Identification Number JTDKN3DU7B1****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

WHILE IN MOTION WHEN I PRESSED THE BRAKES THE PEDAL WENT TO THE FLOOR. BRAKES FAILED. RAPID BEEPING WITH BRAKE LIGHT ON. I PUSHED ON THE BRAKES AND THERE WAS NOTHING. I DID SOME RESEARCH AND THIS VEHICLES ARE HAVING A PROBLEM WITH THE BRAKE BOOSTER ASSY. THERE IS A RECALL FOR THE SAME PARTS FOR THE 2010 PRIUS, NOT 2011 - 2015

August 23, 2018 NHTSA ID NUMBER: 11121916
**Components: SERVICE BRAKES**

NHTSA ID Number: 11121916

Incident Date August 13, 2018

Consumer Location SPARTANBURG, SC

Vehicle Identification Number JTDKN3DU0B5****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

WHILE DRIVING ON THE HIGHWAY, WITHOUT WARNING, I LOST POWER ASSISTED BREAKING ABILITY - ACCOMPANIED BY A NUMBER OF DASHBOARD WARNING LIGHTS. I WAS ABLE TO SAFELY STOP THE VEHICLE USING MANUAL BREAKING. I HAD THE CODE CHECKED AND HAVE LEARNED THAT THE (CODE 1391) BRAKE ACCUMULATOR FAILURE IS A COMMON ISSUE IN THE PRIUS AND HAS BEEN SUBJECT TO A RECALL/REPLACEMENT FOR THE YEARS PRIOR TO MY MAKE (I BELIEVE 2008-2010). CLEARLY THIS IS STILL AN ISSUE AND THE SUDDEN/NO-WARNING FAILURE OF THE SYSTEM CAUSES AN ALARMING AND POTENTIALLY DANGEROUS LOSS OF BREAKING CONTROL DURING HIGH SPEED DRIVING. LUCKILY, I WAS NOT USING THE BREAKS AT THE TIME OF THE FAILURE AND WAS ABLE TO DETERMINE THAT THE MANUAL BREAK PADS WERE SERVICEABLE BUT I NEEDED TO RAPIDLY INCREASE THE PRESSURE ON MY BREAKS TO SLOW DOWN SUFFICIENTLY TO AVOID AN ACCIDENT.

March 21, 2018 NHTSA ID NUMBER: 11080403
**Components: SERVICE BRAKES**

NHTSA ID Number: 11080403

Incident Date March 19, 2018

Consumer Location HOUSTON, TX

Vehicle Identification Number JTDKN3DU3B1****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I WAS DRIVING AT ABOUT 35 MPH AND ALL OF A SUDDEN MY BRAKES STOPPED WORKING. THE BRAKE , ABS AND TRACTION LIGHTS CAME ON ALL AT ONCE. I SOMEHOW MADE IT HOME BUT I COULD HAVE EASILY CRASHED. I HAD MY 9 YEAR OLD IN THE BACK SEAT AND HE ALSO GOT VERY SCARED. NOW I CANNOT DRIVE MY CAR AND THE BRAKES FEEL AS THEY AS STUCK AND VERY HARD. I TOOK MY CAR TO A REPUTABLE MECHANIC AND HE TOLD ME IT IS GIVING HIM CODE C1391. THIS IS THE SAME PROBLEM THAT THE 2010 PRIUS HAD UNDER THE RECALL. MY PRIUS IS 2011 AND NOT UNDER THE RECALL. I FEEL THAT THE 2011 SHOULD BE UNDER RECALL BECAUSE MANY THOUSANDS OF LIVES ARE IN DANGER NOW.

January 10, 2018 NHTSA ID NUMBER: 11061959
**Components: SERVICE BRAKES**

NHTSA ID Number: 11061959

Incident Date January 9, 2018

Consumer Location CORPUS CHRISTI, TX

Vehicle Identification Number JTDKN3DU5B5****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I WAS AT AN AUTOMATIC CAR WASH YESTERDAY AND AFTER THE WASH FINISHED I PULLED OUT OF STALL WITH HARDLY ANY BRAKES. I WAS NOT ABLE TO PUMP THEM AND HAD TO TAKE MY CAR INTO A MECHANIC THE BRAKE ACTUATOR WAS OUT AND THE CAR IS UNDRIVABLE.THE PRICE FOR THE PART ALONE IS OVER 2500.00 I WAS INFORMED BY THE DEALERSHIP THAT IS WAS A RECALLED ITEM BUT NOT FOR THE YR OF MY CAR. IF THIS WOULD HAVE HAPPENED IN TRAFFIC OR AT A HIGH RATE OF SPEED I KNOW I WOULD HAVE BEEN IN A SERIOUS ACCIDENT AND I COULD HAVE KILLED SOMEONE.

42.    Complaints for the 2012 Toyota Prius are similar:

**November 1, 2018** NHTSA ID NUMBER: 11144698
**Components: SERVICE BRAKES**

NHTSA ID Number: 11144698

Incident Date October 28, 2018

Consumer Location SULLIVAN, IN

Vehicle Identification Number JTDKN3DU4C1****

Summary of Complaint

| CRASH | Yes | I WAS TRAVELING NORTH ON THE HIGHWAY. I WAS GOING |
|---|---|---|
| FIRE | No | BETWEEN 50 AND 55 MPH WHEN THE TRAFFIC LIGHT TURNED TO YELLOW AND THEN TO RED. WHEN I APPLIED THE BREAKS |
| INJURIES | 0 | NOTHING HAPPENED. MY VEHICLE ACTUALLY APPEARED TO SPEED UP. I RELEASED THE BRAKE THEN PUMPED THE BREAK |
| DEATHS | 0 | TWICE THEN AGAIN APPLIED THE BREAK, THIS TIME STOMPING HARDER AND WITH BOTH FEET. MY VEHICLE DID NOT STOP OR EVEN SLOW. I WENT THROUGH THE LIGHT, RESULTING IN A CAR ACCIDENT. I T BONED ANOTHER CAR. |

**October 30, 2013** NHTSA ID NUMBER: 10550179
**Components: SERVICE BRAKES, HYDRAULIC**

NHTSA ID Number: 10550179

Incident Date October 30, 2013

Consumer Location MINNETONKA, MN

Vehicle Identification Number N/A

Summary of Complaint

| CRASH | Yes | THE BRAKE DOEN'T WORK WHEN I WAS DRIVING OUT OF THE |
|---|---|---|
| FIRE | No | HIGHWAY. I PRESSED HARD OF THE BRAKE AND CANNOT STOP THE CAR. AND I CRUSHED INTO A BIG TRUCK. THE CAR |
| INJURIES | 0 | CRUSHED ONCE WITH THE TRUCK AND THE MOMENTUM MADE THE CAR TO HIT THE TRAFFIC LIGHT POLE AGAIN. |
| DEATHS | 0 | TERRIBLE. *TR |

**June 18, 2018** NHTSA ID NUMBER: 11102264
**Components: SERVICE BRAKES**

NHTSA ID Number: 11102264

Incident Date June 16, 2018

Consumer Location WILMINGTON, NC

Vehicle Identification Number JTDZN3EU2C3****

Summary of Complaint

| CRASH | Yes | WHILE PULLING INTO A PARKING SPACE (SPEED LESS THAN 5 |
|---|---|---|
| FIRE | No | MPH) AND APPLYING THE BRAKES THE PEDAL WENT TO THE FLOOR AND THE CAR SEEMED TO SPEED UP. THE CAR JUMPED |
| INJURIES | 0 | THE CURB AND STRUCK A TREE. A GOOD SAMARITAN ASSISTED AND ACTUALLY GOT IN THE CAR AND FOUND THE |
| DEATHS | 0 | BRAKE PEDAL WENT TO THE FLOOR. SHORTLY AFTER THE ACCIDENT THE BRAKES RETURNED TO NORMAL OPERATION. THIS IS THE SECOND TIME THAT THE CAR HAS EXPERIENCED SIMILAR PROBLEMS. IN 2014 WHILE PULLING INTO THE DRIVEWAY THE BRAKE PEDAL WENT TO THE FLOOR AND STRUCK THE HOUSE. SHORTLY AFTER THE BRAKES RETURNED TO NORMAL OPERATIONS. TOYOTA WAS NOTIFIED AND INSPECTED THE CAR'S COMPUTER AND BRAKING SYSTEM PER CASE NUMBER 1410012557. AFTER THE INSPECTION TOYOTA SAID THAT THERE WERE NO BRAKE ISSUES FOUND WITH THE CAR AND STATED THAT IT WAS SAFE TO DRIVE. OBVIOUSLY THERE IS AN ISSUE WITH THE BRAKING SYSTEM IN THESE CARS. |

**July 26, 2019** NHTSA ID NUMBER: 11235210
**Components: SERVICE BRAKES**

NHTSA ID Number: 11235210

Incident Date July 26, 2019

Consumer Location CLEARWATER, FL

Vehicle Identification Number JTDZN3UXC31****

Summary of Complaint

| CRASH | No | COMPLETE BRAKE FAILURE ON THE FREEWAY!!! ABS, BRAKE |
|---|---|---|
| FIRE | No | AND TRACTION CONTROL LIGHTS LIT UP. ALMOST CRASHED! CODE C1391-ABNORMAL LEAK IN BRAKE ACTUATOR PUMP. |
| INJURIES | 0 | |
| DEATHS | 0 | HOW LONG WILL IT TAKE THIS AGENCY TO MAKE TOYOTA FIX THIS?? ITS A SAFETY ISSUE!!! STOP PICKING YOUR ASSES AND DO SOMETHING ABOUT IT!!!! |

**September 8, 2019** NHTSA ID NUMBER: 11253950
**Components: SERVICE BRAKES**

NHTSA ID Number: 11253950

Incident Date June 27, 2019

Consumer Location LAWRENCEVILLE, GA

Vehicle Identification Number JTDKN3DU9C1****

Summary of Complaint

| CRASH | No | CAR WAS IN MOTION AND BRAKE PEDAL WENT HALF WAY TO |
|---|---|---|
| FIRE | No | FLOOR AND ABS, BRAKE, TRACTION CONTROL AND TIRE SENSOR LIGHTS CAME ON. MASTER CYLINDER OR BRAKE |
| INJURIES | 0 | BOOSTER SEEM TO HAVE FAILED. DEALER DIDN'T RECOGNIZE CODES AND COULD ONLY RECOMMEND CHANGING SPARK |
| DEATHS | 0 | PLUGS WHEN I JUST HAD THEM REPLACE 6-8 MONTHS PRIOR. EXPLAINED THAT DID THINK THAT HAD ANYTHING TO DO WITH BRAKES GIVING OUT. THEY RESET CODES AND SURE ENOUGH HAPPENED AGAIN WITHIN THE NEXT 30 DAYS. TOYOTA ADMITTED TO SINCE RECEIVING MANY REPORTS OF CERTAIN INTERNAL MALFUNCTIONS OF BRAKE BOOSTER ASSEMBLIES. 4 TRIPS LATER TO DEALER THE RESPONSE IS THE CODES ARE NOT COMING UP (DTCS) C1391, C1252, C1256 OR C1253 IN ORDER TO BE COVERED IT'S VOLUNTARY CUSTOMER SUPPORT PROGRAM WHICH HAS BRAKE BOOSTER AND BRAKE BOOSTER PUMP COVERAGE. VERY FRUSTRATING! |

**September 6, 2019** NHTSA ID NUMBER: 11253725
**Components: SERVICE BRAKES**

NHTSA ID Number: 11253725

Incident Date July 1, 2019

Consumer Location DOBBS FERRY, NY

Vehicle Identification Number JTDKN3DU4C1****

Summary of Complaint

| CRASH | No | MY CAR HAS THE SAME BRAKE BOOSTER/MASTER CYLINDER |
|---|---|---|
| FIRE | No | DEFECT THAT THE 2010/11 MODEL PRIUS WERE RECALLED FOR. |
| INJURIES | 0 | |
| DEATHS | 0 | BRAKE BOOSTER OR BRAKE PRESSURE ACCUMULATOR FAILURE ON 2012 MODELS CAUSES LOSS OF BRAKING EFFECTIVENESS. SERIOUS SAFETY ISSUE THAT CAN CAUSE DEATH. TOYOTA IS WELL AWARE OF THIS. |
| | | THIS HAPPENS IN MOTION AT HIGHWAY SPEEDS. |



**November 7, 2017** NHTSA ID NUMBER: 11044156

## Components: SERVICE BRAKES

NHTSA ID Number: 11044156

Incident Date November 4, 2017

Consumer Location BENSALEM, PA

Vehicle Identification Number JTDZN3EU2C3****

Summary of Complaint

| CRASH | Yes | NOVEMBER 4, 2017 - CAR WAS PARKED IN OUR DRIVEWAY. PUT |
|---|---|---|
| FIRE | No | THE CAR IN REVERSE TO BACK OUT OF OUR DRIVEWAY. THE BRAKES FAILED. NO MATTER HOW MANY TIMES THE BRAKE |
| INJURIES | 0 | PEDAL WAS REPEATEDLY PUSHED DOWN, THE CAR JUST WOULD NOT STOP. IT ACTUALLY FELT LIKE THE CAR WAS |
| DEATHS | 0 | ACCELERATING! |

THE CAR RAN OVER OUR MAILBOX AT THE END OF OUR DRIVEWAY. THE MAILBOX GOT DRAGGED UNDER THE CAR AND THE CAR ROLLED OUT ONTO THE STREET. FINALLY, WE PUSHED IN THE POWER BUTTON AND THAT WAS HOW WE WERE ABLE TO GET THE CAR TO STOP.

OUR MAILBOX GOT TOTALED AND DAMAGE WAS DONE TO THE UNDERCARRIAGE OF OUR CAR, AS THERE IS TWISTED METAL HANGING DOWN SCRAPING THE GROUND. THE BRAKES STARTED TO WORK AGAIN A FEW MINUTES LATER, AS I WAS ABLE TO PULL IT BACK INTO THE DRIVEWAY OFF OF THE STREET.

ON SEPTEMBER 19, 2017 □ CAR WAS PARKED IN A PARKING LOT. WHEN REVERSING OUT OF THE PARKING SPACE, THE BRAKES DID NOT WORK. AFTER REPEATEDLY PUMPING THE BRAKES, THEY FINALLY ENGAGED JUST BEFORE IT HIT A CAR PARKED BEHIND US. WE THOUGHT THIS WAS A FREAK ONE-TYPE EVENT, SO WE DIDN'T REPORT IT.

**July 13, 2019** NHTSA ID NUMBER: 11231596

## Components: SERVICE BRAKES

NHTSA ID Number: 11231596

Incident Date July 1, 2018

Consumer Location HOUSTON, TX

Vehicle Identification Number JTDKN3DU2C1****

Summary of Complaint

| CRASH | No | VSA, AVS, AND BRAKE LIGHTS ON WITH DECREASED |
|---|---|---|
| FIRE | No | RESISTANCE IN PETAL. BRAKES WILL RETURN TO NORMAL WITHOUT WARNING PERIODICALLY WHILE DRIVING. THIS |
| INJURIES | 0 | MAKES DRIVING AND STOPPING UNSAFE AND |
| DEATHS | 0 | UNPREDICTABLE. |

**May 14, 2019** NHTSA ID NUMBER: 11207636

## Components: SERVICE BRAKES

NHTSA ID Number: 11207636

Incident Date May 14, 2019

Consumer Location RIVERVIEW, FL

Vehicle Identification Number JTDKN3DU1C5****

Summary of Complaint

| CRASH | No | TRACTION, BRAKE AND ABS LIGHTS ALL CAME ON AT ONCE, |
|---|---|---|
| FIRE | No | PRATICALLY LOST ALL BRAKING WHILE DRIVING BUT ABLE TO SLOWLY STOP. SQUISHY BRAKES. "PUMP" SOUNDING NOISE |
| INJURIES | 0 | LIKE IT'S HAVING TROUBLE PUMPING BRAKE FLUID. |
| DEATHS | 0 | |

**July 24, 2014** NHTSA ID NUMBER: 10616134

## Components: STRUCTURE, STEERING, SERVICE BRAKES

NHTSA ID Number: 10616134

Incident Date June 17, 2014

Consumer Location NEWPORT BEACH, CA

Vehicle Identification Number JTDKN3DU3C5****

Summary of Complaint

| CRASH | Yes | I WAS DRIVING ON MY RESIDENTIAL STREET AND STEPPED ON |
|---|---|---|
| FIRE | No | THE BRAKE TO SLOW DOWN TO MAKE A LEFT TURN INTO MY DRIVEWAY. THE CAR FAILED TO SLOW DOWN OR STOP, AND |
| INJURIES | 0 | INSTEAD WENT OVER THE CURB, VEERING TO THE RIGHT AND SIDE SWIPED THE LEFT SIDE OF MY NEIGHBOR'S CAR, |
| DEATHS | 0 | NARROWLY MISSING HIS GARAGE. THE CAR THEN SIDE SWIPED A TREE ON MY LEFT (ON PROPERTY BETWEEN MY |

AND NEIGHBOR'S PROPERTY.) THE FRONT END OF THE CAR CRASHED INTO A TREE, SAVING ME FROM ROLLING ABOUT 900 FEET TO THE STREET BELOW. THE ENTIRE TIME OF THIS INCIDENT THE BRAKES NEVER ENGAGED (PEDAL WAS DOWN TO FLOOR) AND I FRANTICALLY TRIED TO STEER TO AVOID HITTING ANYTHING. A WITNESS, STANDING ON THE STREET, CONFIRMED MY BRAKE LIGHTS WERE ON. CAR WAS SERVICED BY TOYOTA (WORLD CLASS INSPECTION) 15 DAYS BEFORE THE INCIDENT. INSPECTION REPORT INDICATED BRAKE FLUID LEVEL AND BRAKE LINING WERE "CHECKED AND OK." AFTER THE INCIDENT THE CAR WAS TOWED TO A REPAIR SITE WHERE THE OPERATOR DEMONSTRATED TO ME THAT THE BRAKES WERE NONEXISTENT AND THE BRAKE FLUID LEVEL WAS STILL APPROPRIATE. CAR WAS DEEMED TOTALED. *TR

**June 21, 2016** NHTSA ID NUMBER: 10875625

## Components: SERVICE BRAKES

NHTSA ID Number: 10875625

Incident Date May 24, 2016

Consumer Location SMITHTOWN, NY

Vehicle Identification Number JTDKN3DU8A0****

Summary of Complaint

| CRASH | Yes | TL* THE CONTACT OWNS A 2012 TOYOTA PRIUS. WHILE |
|---|---|---|
| FIRE | No | DRIVING 20 MPH, THE BRAKE PEDAL WAS DEPRESSED, BUT FAILED TO ENGAGE. AS A RESULT, THE CONTACT'S VEHICLE |
| INJURIES | 0 | CRASHED INTO THE REAR OF ANOTHER VEHICLE. THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS NOT FILED |
| DEATHS | 0 | AND THERE WERE NO INJURIES. THE CONTACT WAS ABLE TO DRIVE THE VEHICLE AWAY FROM THE CRASH SCENE. THE |

VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE CONTACT STATED THAT THE FAILURE RECURRED INTERMITTENTLY. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 135,000.

**April 24, 2014** NHTSA ID NUMBER: 10584723

## Components: SERVICE BRAKES

NHTSA ID Number: 10584723

Incident Date April 21, 2014

Consumer Location CAMPBELL, CA

Vehicle Identification Number JTDKN3DUXC0****

Summary of Complaint

| CRASH | Yes | I WAS TRAVELING ABOUT 20 MILES AN HOUR DURING TRAFFIC |
|---|---|---|
| FIRE | No | HOUR WHEN I SAW THE CAR STOPPED IN FRONT OF ME. I HAD AT LEAST 4 CAR DISTANCE WHEN I APPLIED BRAKES. |
| INJURIES | 0 | NORMALLY, I CAN FEEL THE SEAT BELT TIGHTEN, CARS JERKING OR SHAKE DUE TO ANTI-LOCK BRAKE WHEN YOU |
| DEATHS | 0 | STEP ON THE BRAKE HARD. BUT THIS TIME, I DID NOT FEEL THE CAR SLOW DOWN WHEN I STEPPED ON BRAKE ALL THE |

WAY DOWN, IT CONTINUE TO CRUISE A LITTLE BEFORE IT SLOW DOWN, BUT BY THEN, I HAVE ALREADY HIT THE CAR IN FRONT OF ME.

THIS CAR WAS SERVICED REGULARLY, DURING MY LAST VISIT 3 WEEKS AGO, I WAS NOTIFIED THAT MY CAR IS ON THE RECALL LIST FOR SOFTWARE UPDATE. *TR





**February 26, 2019** NHTSA ID NUMBER: 11182610

## Components: SERVICE BRAKES

NHTSA ID Number: 11182610

Incident Date February 26, 2019

Consumer Location FORT LAUDERDALE, FL

Vehicle Identification Number JTDKN3DU8C5****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | THE CAR HAS BEEN SUFFERING ALL OF THE BRAKE |
| FIRE | No | SYMPTOMS FOR THE RECALL OF THE 2010 PRIUS BRAKE BOOSTER SYSTEM. I'VE REPEATEDLY COMPLAINED ABOUT |
| INJURIES | 0 | LOSING BRAKING POWER WHEN THE ABS LIGHT COMES ON WHEN I GO OVER UNEVEN SURFACES SUCH AS RAILROAD |
| DEATHS | 0 | TRACKS OR A POTHOLE. THE BRAKES HAVE BENN FARTING FROM DAY ONE WHILE SITTING AT A LIGHT OR PARKED IF THE BRAKES ARE DEPRESSED AND THEN SLIGHTLY RELEASED. AND NOW TODAY THE ABS BRAKES ARE ON WITH THE BATTERY LIGHT AND THERE IS LIMITED BRAKING POWER. I HAVE TO PUSH ALMOST ALL THE WAY DOWN BEFORE THE BRAKE ENGAGES. TOYOTA TELLS ME I NEED TO REPLACE THE BRAKE BOOSTER SYSTEM FOR $3500 AND THERE ARE ONLY 70,000 MILES ON MY 2012 CAR. I FEEL MY BRAKES HAVE THE SAME ISSUES AS THE 2010 RECALL AND MORE YEARS INCLUDING MINE ARE AFFECTED AND SHOULD BE RECALLED. |

**September 22, 2018** NHTSA ID NUMBER: 11130742

## Components: SERVICE BRAKES

NHTSA ID Number: 11130742

Incident Date September 18, 2018

Consumer Location SILVER SPRING, MD

Vehicle Identification Number N/A

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | ABS BRAKE IS NOT WORKING. WHILE I WAS DRIVING ON A |
| FIRE | No | CITY TRAFFIC AND COME TO A COMPLETE STOP AT THE TRAFFIC LIGHT, THE BRAKE PEDAL WENT DEEP WHEN I STEP |
| INJURIES | 0 | ON IT AND IT TOOK ME MORE TIME TO STOP THAN I EXPECTED IT. I WENT AND GOT IT RED THE CODE C1391 |
| DEATHS | 0 | ABNORMAL LEAK IN ACCUMULATOR. |

**September 17, 2018** NHTSA ID NUMBER: 11129946

## Components: SERVICE BRAKES

NHTSA ID Number: 11129946

Incident Date October 10, 2017

Consumer Location MIAMI, FL

Vehicle Identification Number JTDKN3DU3C1****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | A NUMBER OF LIGHTS CAME ON...ABS, ANTI SKID, SYSTEM |
| FIRE | No | FAILURE, ETC. THE BRAKES STARTED TO FEEL VERY FUNNY AND STARTED TO MAKE A STRANGE NOISE. TOOK IT TO |
| INJURIES | 0 | TOYOTA AND THEY SAID IT WAS NOT SAFE TO DRIVE BECAUSE OF THE BRAKES. NEEDED THE BRAKE SYSTEM (ACTUATOR IS |
| DEATHS | 0 | THE NAME I BELIEVE). |

**December 3, 2018** NHTSA ID NUMBER: 11155778

## Components: SERVICE BRAKES

NHTSA ID Number: 11155778

Incident Date December 2, 2018

Consumer Location ORLANDO, FL

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | THE VEHICLE WAS TRAVELING OVER 60 MPH WHEN THE ABS, |
| FIRE | No | BRAKE AND TRACTION LIGHTS CAME ON AND THE BRAKE BECAME IMMEDIATELY SPONGY AND I HAD TO DEPRESSED |
| INJURIES | 0 | EVEN HARDER (PAST THE FOAMINESS) TO REDUCE SPEED. A MOTOR COULD BE HEARD TRYING TO TURN OVER ON THE |
| DEATHS | 0 | BRAKE SYSTEM. THE CAR SPEED WAS REDUCED TO 25-30 MPH ON THE HIGHWAY BUT THE SPONGY BRAKES CONTINUED. WITHIN 5 MIN I PULLED OFF THE HIGHWAY AND INTO A PARKING LOT. PARKED THE CAR, TURNED IT OFF AND ON TO SEE IF THAT WOULD REMEDY THE SITUATION AND NOTHING CHANGED. I THEN CALLED THE TOYOTA DEALERSHIP'S SERVICE DEPARTMENT TO BOOK AN IMMEDIATE APPOINTMENT AND ARRIVED AT THE DEALERSHIP APPROXIMATELY 40 MINUTES LATER. THE CAR WAS LOOKED AT AND I WAS TOLD THAT THE BRAKE ACTUATOR WAS THE ISSUE AND THAT THEY WOULD CALL TOYOTA TO SEE IF THIS WAS IN WARRANTY OR PART OF THE RECALL. I WAS TOLD THE NEXT DAY THAT THE COST OF INSTALLATION AND PARTS WOULD BE AT LEAST $4,000 AND THAT I WOULD NEED TO PAY THE FULL AMOUNT AS TOYOTA WAS TAKING NO RESPONSIBILITY. I CALLED THE TOYOTA CUSTOMER SERVICE LINE, EXPLAINED MY SITUATION AND WAS TOLD THE SAME THING AS I WAS TOLD AT THE DEALERSHIP. I FEEL THAT THIS BRAKE ACTUATOR (ITS PARTS, ITS COMPOSITION AND/OR ITS INSTALLATION) IS A SYSTEMIC ISSUE WITH TOYOTA PRODUCTS AND A KNOWN ISSUE WITH TOYOTA PRIUS' IN 2009 AND 2010. TANGENTIAL TO THIS ISSUE, MY FATHER OWNS A TOYOTA CAR AS WELL AND HAS ALSO HAD TO HAVE HIS ACTUATOR REPLACED THIS YEAR. TOYOTA SHOULD BE HELD RESPONSIBLE FOR ALL FAULTY PARTS AND INSTALLATION AND PURCHASE OF NEW PARTS. MY MAINTENANCE RECORD IS EXEMPLARY AND MY DRIVING RECORD IS AS WELL SO THIS IS NOT REGULAR WEAR AND TEAR IN MY OPINION. |

43.     Complaints for the 2013 Toyota Prius are similar:

**March 14, 2019** NHTSA ID NUMBER: 11186947

## Components: SERVICE BRAKES

**NHTSA ID Number:** 11186947

**Incident Date** March 6, 2019

**Consumer Location** SARASOTA, FL

**Vehicle Identification Number** JTDKN3DU6D5****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | SOMETHING STARTED BUZZING EVERY FEW SECONDS IN ENGINE COMPARTMENT TOWARD DRIVERS SIDE FIREWALL. AT SLOW SPEEDS, BRAKES PULSATED WITH UNEVEN BRAKING. AS TIME WENT ON, BUZZING WAS MORE FREQUENT. WARNING LIGHTS FLASHED ONCE BUT WENT OUT. AFTER THAT, WHEN PARKING CAR, THE BRAKES WENT ALL THE WAY TO THE FLOOR AND I HIT ANOTHER CAR AT PARKING SPEEDS. DEALER SAYS 'BRAKE ACTUATOR PUMP' AND WILL COST NEARLY $3000 TO FIX. THIS PUMP ALSO WENT OUT ON MY 2005 PRIUS! BUT THAT WAS COVERED BY A 'HIDDEN' WARRANTY THAT I FOUND WHILE GOOGLING THE ISSUE. WOULD HAVE PAID FULL PRICE FOR THAT REPAIR IF I HAD NOT RUN ACROSS THAT TSB. THIS IS OBVIOUSLY A BIG MONEY MAKER FOR TOYOTA FIXING THESE BUT IS A HUGE DANGER TO THE MANY DRIVERS THIS HAS HAPPENED TO OVER THE YEARS. PLEASE DO SOMETHING ABOUT IT BEFORE SOMEONE GETS HURT. IT IS A RECURRING AND SUBSTANTIAL THREAT TO DRIVER SAFETY THAT MANY DRIVERS WILL OVERLOOK BECAUSE OF THE INFLATED COST OF THE PARTS. THANK YOU. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**August 12, 2019** NHTSA ID NUMBER: 11243249

## Components: SERVICE BRAKES, VEHICLE SPEED CONTROL

**NHTSA ID Number:** 11243249

**Incident Date** August 7, 2019

**Consumer Location** ENNIS, TX

**Vehicle Identification Number** N/A

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNED A 2013 TOYOTA PRIUS. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 10 MPH, THE DRIVER PRESSED THE BRAKE PEDAL TO STOP THE VEHICLE BUT THE VEHICLE ACCELERATED FORWARD AND CRASHED INTO A SECOND VEHICLE. DURING THE CRASH THE DRIVER SUSTAINED MULTIPLE CONTUSIONS TO THE BODY INCLUDING THE CHEST AREA WHICH REQUIRED MEDICAL TREATMENT. THE VEHICLE WAS DESTROYED AND TOWED AWAY. A POLICE REPORT #159681-2019 WAS TAKEN AT THE SCENE. THE LOCAL DEALER TOYOTA OF RICHARDSON (1221 N. CENTRAL EXPY. RICHARDSON TX.) THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VIN WAS NOT AVAILABLE. THE FAILURE MILEAGE WAS 120,000. |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**October 29, 2016** NHTSA ID NUMBER: 10919990

## Components: SERVICE BRAKES

**NHTSA ID Number:** 10919990

**Incident Date** October 5, 2016

**Consumer Location** LINCOLN, CA

**Vehicle Identification Number** JTDKN3DU0D0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | I WAS TRAVELING LESS THAN 25 MPH ON A CITY STREET WHEN THE CAR IN FRONT SUDDENLY STOPPED. I PANIC STOPPED - MOVING MY FOOT OFF THE GAS PEDAL AND I BELIEVE THAT I HIT THE BRAKE PEDAL. THE BRAKES DID NOT APPLY, AND I REAR-ENDED THE CAR IN FRONT. I LEFT NO SKID MARKS. OBVIOUSLY I COULD HAVE NOT ACTUALLY PUSHED THE BRAKE PEDAL, BUT I SINCERELY BELIEVE THAT I DID. THE CAR BRAKES SEEM TO BE FINE, SO IF THE CAR FAILED TO STOP THE PROBLEM HAD TO BE IN THE COMPUTER. *TR |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**March 19, 2014** NHTSA ID NUMBER: 10573591

## Components: STRUCTURE, SERVICE BRAKES, WHEELS

**NHTSA ID Number:** 10573591

**Incident Date** March 6, 2014

**Consumer Location** HOUSTON, TX

**Vehicle Identification Number** JTDKN3DU8D5****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | WHILE THE CAR WAS GOING DOWN THE RAMP TO THE PARKING BASEMENT, THE BRAKE IN OUR PRIUS DIDN'T FUNCTION EVEN THOUGH THE DRIVER SLAMMED ON IT AND THE CAR CONTINUED TO PICKED UP ACCELERATION. NONE OF THE AIRBAGS DEPLOYED EITHER, AMAZINGLY. THE DRIVER WAS ABLE TO MAKE A RIGHT TURN AND MISSED THE WALL/CONCRETE PILLAR, BUT THE DRIVER HIT A PARKED CAR AND THAT'S WHAT STOPPED THE PRIUS FROM MOVING FURTHER. *TR |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**November 2, 2016** NHTSA ID NUMBER: 10923921

## Components: AIR BAGS, SERVICE BRAKES, SEAT BELTS

**NHTSA ID Number:** 10923921

**Incident Date** October 17, 2016

**Consumer Location** TUCSON, AZ

**Vehicle Identification Number** JTDKN3DP4D3****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | I WAS DRIVING STRAIGHT ON A CITY ROAD WITH THE FLOW OF HEAVY TRAFFIC AT ABOUT 40 MILES PER HOUR WHEN THE CAR IN FRONT OF ME CAME TO A SUDDEN STOP. I IMMEDIATELY SLAMMED ON MY BRAKES VERY HARD. AT THE TIME I DID THIS I HAD PLENTY OF SAFE DISTANCE BETWEEN US. BUT, THE BRAKES NEVER CAME ON AND I ENDED UP RUNNING INTO THE REAR END OF AN SUV AT APPARENTLY FULL SPEED WITHOUT ANY NOTICEABLE SLOWDOWN. THE BRAKES DID NOT COME ON. THEY DIDN'T GRAB, AND THEY DIDN'T MAKE ANY SCREECHING NOISE AND THERE WERE NO TIRE MARKS ON THE ROAD. ALSO ALL OF THE AIRBAGS DEPLOYED AND THIS WAS A FRONTAL IMPACT, WHICH WAS VERY SURPRISING AND SUFFOCATING. A CLOUD OF DUST FILLED THE CABIN OF THE CAR AND I COULD NOT BREATHE. I WAS LITERALLY SUFFOCATING UNTIL I WAS ABLE TO OPEN THE DOOR AND GET OUT OF THE VEHICLE. I DIDN'T EVEN FEEL THE SEAT BELT TIGHTEN UP BEFORE THE CRASH. THE BRAKES NEVER FELT LIKE THEY CAME ON AT ALL. *TR *JS |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**May 19, 2014** NHTSA ID NUMBER: 10592400

## Components: SERVICE BRAKES, VEHICLE SPEED CONTROL

**NHTSA ID Number:** 10592400

**Incident Date** October 25, 2011

**Consumer Location** Unknown

**Vehicle Identification Number** JTDKN3DU6C1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | TL * THE CONTACT OWNS A 2013 TOYOTA PRIUS. WHILE DRIVING 40 MPH, THE CONTACT DEPRESSED THE BRAKE PEDAL AND THE VEHICLE ACCELERATED. THE VEHICLE RESUMED TO 40 MPH ONCE THE BRAKE PEDAL WAS DEPRESSED AGAIN. THE CONTACT DEPRESSED THE BRAKE PEDAL AGAIN AND THE VEHICLE ACCELERATED. A CRASH OCCURRED. THERE WERE NO INJURIES AND A POLICE REPORT WAS FILED. THE FAILURE RECURRED ON THREE SEPARATE OCCASIONS. THE MANUFACTURER WAS NOTIFIED. THE VEHICLE WAS TAKEN TO A MECHANIC WHO STATED THAT THERE WAS A DELAY IN THE BRAKING SYSTEM. THE FAILURE MILEAGE WAS 12,000. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**January 11, 2016** NHTSA ID NUMBER: 10819439

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10819439

**Incident Date** December 29, 2015

**Consumer Location** SHERMAN OAKS, CA

**Vehicle Identification Number** JTDKN3DU6D1****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 1 |
| DEATHS | 0 |

I WAS DRIVING HOME IN MY 2013 TOYOTA PRIUS ON TUESDAY, DECEMBER 29, 2015, AT APPROXIMATELY 4:30PM. WHILE TURNING RIGHT FROM THE STREET ON WHICH I LIVE INTO MY DRIVEWAY, THE CAR, AFTER I APPLIED THE BRAKES, SUDDENLY SURGED FORWARD. IN SPITE OF CONTINUOUSLY PUSHING DOWN ON THE BRAKES, THE CAR WOULD NOT STOP. THE DRIVEWAY SHOWS SKID MARKS FROM MY ATTEMPTS TO STOP THE CAR. THE CAR DID NOT STOP. THE BRAKES FAILED.

THE CAR SHOT FORWARD, CRASHING INTO THE CLOSED WOODEN GARAGE DOOR AND THE WALL TO THE LEFT OF THE GARAGE DOOR. THE GARAGE DOOR BROKE AND ONE HALF OF THE GARAGE DOOR SPLIT AND WAS PUSHED INTO THE GARAGE. THE GARAGE DOOR COLLAPSED ON MY CAR AS WELL AS ITEMS STORED IN THE GARAGE INCLUDING PARTS OF THE GARAGE STRUCTURE AND LARGE SECTIONS OF A STORAGE UNIT, WHICH WAS BOLTED TO THE WALL. APPROXIMATELY 90% OF MY CAR WAS INSIDE THE GARAGE. I TRIED TO EXIT THE CAR THROUGH THE DRIVER□S SIDE BUT THE DOOR WOULD NOT OPEN. I CRAWLED TO THE TRUNK AREA AND COULD NOT FIND A MECHANICAL RELEASE FOR THAT DOOR. FINALLY I FORCED OPENED THE DRIVER□S SIDE REAR DOOR AND EXITED THE CAR THROUGH THE BROKEN WALL.

IF THE BRAKES HAD NOT FAILED THIS WOULD HAVE NOT HAVE HAPPENED. AS A RESULT OF THE BRAKE FAILURE, I HAVE INCURRED SUBSTANTIAL LOSS, INCLUDING THE GARAGE DOOR (A TOTAL LOSS), DAMAGE TO STRUCTURAL SUPPORT TO THE GARAGE WALL, A BUILT-IN GARAGE STORAGE UNIT, CONTENTS STORED IN THE GARAGE AND SUBSTANTIAL DAMAGE TO THE CAR. FORTUNATELY, I DID NOT SUFFER ANY MAJOR PHYSICAL INJURIES, ALTHOUGH FOLLOWING THE COLLISION I EXPERIENCED AND CONTINUE TO EXPERIENCE MUSCLE, JOINT, HIP, NECK AND BACK PAIN AND DISCOMFORT. IN ADDITION, I CONTINUE TO EXPERIENCE EMOTIONAL DISTRESS FROM THIS INCIDENT.

I WANT TOYOTA TO PERFORM A COMPLETE DIAGNOSTIC SAFETY CHECK OF ALL SYSTEMS INCLUDING THE BRAKES AND ANY SOFTWARE THAT CONTROLS THE BRAKING SYSTEM.

**April 14, 2016** NHTSA ID NUMBER: 10855586

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10855586

**Incident Date** April 14, 2016

**Consumer Location** AUSTIN, TX

**Vehicle Identification Number** N/A

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

WHEN THE DRIVER HAS TO SLAM ON THE BRAKES REALLY QUICKLY THE CAR DOES NOT SLOWDOWN AT ALL. THE SKID LIGHT COMES ON THE DASH BOARD, BUT OTHERWISE THE CAR DOES NOT STOP. THIS HAPPENS EVEN ON A DRY SURFACE, WITH NO MOISTURE ON THE SURFACE, AT SPEEDS AS LOW AS 20-30 MILES PER HOUR. IT ALMOST ALWAYS DOES IT. IF THE DRIVER LIGHTLY TAP THE BRAKES, THEN THE CAR WILL DECELERATE, BUT NOT IF THE DRIVER HAS TO ABRUPTLY STOPPED. THIS IS QUILT A PROBLEM GIVEN THAT SOMETIMES YOU NEED THE CAR TO STOP SUDDENLY IT IT SIMPLY WON'T AT SPEEDS OF 20 MORE. THE CAR JUST STARTS TO SKID. IT WILL NOT STOP OR GAIN TRACTION WITH THE SURFACE THAT IT IS ON. THIS MEANS THAT IN A SITUATION WHERE THE DRIVER NEEDS TO HIT THE BREAKS ALL THE WAY DOWN, THE CAR STILL WON'T STOP. THIS PROBLEM IS MUCH WORSE IF ON WET OR NEGATIVE SLOPING ROADS. HOWEVER, IT CAN HAPPEN EVEN ON COMPLETE DRY SURFACE.

**April 17, 2019** NHTSA ID NUMBER: 11197067

**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL**

**NHTSA ID Number:** 11197067

**Incident Date** April 17, 2019

**Consumer Location** WASHINGTON, DC

**Vehicle Identification Number** JTDKN3DU8D1****

**Summary of Complaint**

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

2013 PRIUS, MILEAGE 29,409. CAR IN MOTION DRIVING ON CITY STREETS. WHILE BREAKING ON UNEVEN ROADS/POTHOLES, THE CAR SKIDS AND FRONT WHEELS LOCK UP AND TRACTION CONTROL/BREAK ASSIST LIGHT APPEARS ON THE DASHBOARD. WHEN THIS OCCURS THE CAR IS DANGEROUSLY SLOW TO BREAK AND TAKES FAR TOO LONG TO STOP. THIS HAPPENS ALMOST DAILY ON MY COMMUTE TO WORK IN BOTH DRY AND WET CONDITIONS. THIS SEEMS TO BE AN ISSUE WITH THE BREAKING/STABILITY SYSTEM.

**March 28, 2016** NHTSA ID NUMBER: 10851950

**Components: AIR BAGS, SERVICE BRAKES**

**NHTSA ID Number:** 10851950

**Incident Date** March 24, 2016

**Consumer Location** AUSTIN, TX

**Vehicle Identification Number** JTDKN3DU1D5****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 1 |
| DEATHS | 0 |

TL* THE CONTACT OWNS A 2013 TOYOTA PRIUS. WHILE DRIVING APPROXIMATELY 25 MPH ON A ROADWAY, THE BRAKE PEDAL WAS APPLIED AND MADE AN ABNORMAL NOISE. ANOTHER VEHICLE CRASHED INTO THE FRONT PASSENGER SIDE OF THE CONTACT'S VEHICLE WHILE THE CONTACT WAS MAKING A TURN. WHEN THE BRAKE PEDAL WAS APPLIED, THE VEHICLE SURGED FORWARD AT A HIGH RATE OF SPEED. THE FRONT AND REAR DRIVER SIDE AND THE REAR PASSENGER SIDE CURTAIN AIR BAGS DID NOT DEPLOY. THE FRONT AND REAR PASSENGER SIDE AIR BAGS DEPLOYED. THE VEHICLE WAS TOWED TO A YARD AND THEN TOWED TO A REPAIR SHOP FOR FURTHER INSPECTION BY THE INSURANCE COMPANY. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE CONTACT WAS WAITING TO DETERMINE IF AN INVESTIGATOR WOULD BE SENT. A POLICE REPORT WAS FILED. THE DRIVER SUSTAINED A HEAD INJURY THAT REQUIRED MEDICAL TREATMENT AND WAS HAVING DIFFICULTY WITH VISIBILITY DUE TO THE IMPACT OF THE CRASH AND NO AIR BAG DEPLOYMENT. THE APPROXIMATE FAILURE MILEAGE WAS 64,000.

**February 2, 2019** NHTSA ID NUMBER: 11173721

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11173721

**Incident Date** January 30, 2019

**Consumer Location** MESA, AZ

**Vehicle Identification Number** JTDKN3DU7D5****

**Summary of Complaint**

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

BRAKE ACTUATOR WENT BAD AFTER RECENT (SERVICE APPT 1/26/19) INSTALL OF NEW 12 VOLT BATTERY AND SOFTWARE UPDATE DUE TO TOYOTA RECALL #18V-684. WHILE TRAVELING DOWN THE HIGHWAY ON 1/30/19 LIGHTS CAME ON FOR BRAKE, ABS AND SKID CONTROL. VEHICLE WAS NOT BRAKING AT THE TIME. CONDITION CAUSED REDUCTION OF BRAKE CONTROL. THE NEXT DAY WHILE AGAIN TRAVELING ON HIGHWAY AT HIGHWAY SPEED TO TOYOTA DEALER FOR SERVICE, THE LIGHTS WENT OFF AND BRAKES WORKED PROPERLY. SERVICE WAS NOT ABLE TO RESET CODE AND I WAS TOLD THAT MEANS THE BRAKE ACTUATOR NEEDS TO BE REPLACED. I WAS QUOTED $3,400 FOR REPAIR



July 29, 2019 NHTSA ID NUMBER: 11240240

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11240240

**Incident Date** April 9, 2019

**Consumer Location** SARASOTA, FL

**Vehicle Identification Number** JTDKN3DU6D5****

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

BRAKE ACCUMULATOR FAILURE RESULTING IN NOT BEING ABLE TO STOP PROPERLY.

BRAKES BEGAN PULSATING AND MAKING SOUNDS UNDER PASSENGER SEAT. ELECTRIC PUMPING SOUND BECAME MORE AND MORE PROMINENT OVER TIME. BRAKES FAILED AND WARNING LIGHTS CAME ON, RESULTING IN INABILITY TO STOP PROPERLY, AND HITTING THE CURB IN A PARKING LOT.

THIS IS OBVIOUSLY A MAJOR ISSUE WITH THE PRIUS. SERVICE MANAGER ADMITTED THEY SEE IT ALL THE TIME. WHEN I ASKED WHY WE WERE NOT NOTIFIED IN ADVANCE, THEY SAID A 'HIDDEN WARRANTY' EXISTED, BUT YOU HAVE TO WAIT FOR THE PROBLEM TO HAPPEN.

THIS PROBLEM HAPPENED TWICE IN OUR 2005 PRIUS. THANK GOODNESS WE DID NOT HAVE ANY ACCIDENTS AS A RESULT OF THE BRAKE FAILURE.

BRAKES ARE THE MOST IMPORTANT SYSTEM IN A CAR, AND WITHOUT THEM, WELL, YOU CAN'T STOP. PLEASE WORK WITH TOYOTA TO NOTIFY OWNERS OF THIS DANGEROUS DEFECT IN THEIR PRIUSES FROM THE YEAR 2004 ON.

December 5, 2018 NHTSA ID NUMBER: 11156466

**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11156466

**Incident Date** June 15, 2018

**Consumer Location** MYRTLE BEACH, SC

**Vehicle Identification Number** JTDKN3DP4D3****

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I NOTICED WHEN I WAS DRIVING ON A DRY CLEAR DAY TRACTION CONTROL/BRAKE LIGHT/ABS ILLUMINATED MY BRAKES BECAME EXTREMELY HARD TO PRESS AND COME TO A STOP ALSO MY CRUISE CONTROL WILL NOT ENGAGE. THE LIGHTS ON THE DASH WOULD GO OFF AND THE CAR WOULD DRIVE NORMAL FOR A FEW DAYS. IT REPEATED THIS SCENARIO A FEW TIMES BEFORE THE TRACTION CONTROL/BRAKE LIGHT/ABS LIGHTS STAYED ON PERMANENTLY AS WELL AS THE CRUISE CONTROL WILL NOT ENGAGE.

April 4, 2019 NHTSA ID NUMBER: 11193820

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11193820

**Incident Date** April 2, 2019

**Consumer Location** TALLAHASSEE, FL

**Vehicle Identification Number** JTDKN3DU8D1****

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

EXPERIENCED WHAT APPEARS TO BE A COMMON MALFUNCTION OF THE ABS SYSTEM. WENT OVER A REGULAR ROAD BUMP ON A CITY STREET, NOTHING DRASTIC, WHILE BRAKING. IMMEDIATELY AFTER, THE TRACTION CONTROL, BRAKE, AND ABS LIGHTS CAME ON SOLID. THERE WAS STILL SOME BRAKING AVAILABLE, BUT IT REQUIRED MUCH MORE FORCE AND PEDAL TRAVEL TO ACHIEVE THE SAME LEVEL OF BRAKING AS BEFORE. THIS COULD BE VERY DANGEROUS IF SOMEONE THEN NEEDED TO STOP SUDDENLY. I WAS ABLE TO DRIVE HOME. FOUND SOME FORUMS ON LINE ABOUT THIS PROBLEM, WHICH APPEARS TO BE WIDESPREAD. USING A PAPERCLIP, I WAS ABLE TO ⊡RESET⊡ THE SYSTEM, CLEARING THE WARNING LIGHTS AND REESTABLISHING ABS AND REGENERATIVE BRAKING...BUT ONLY FOR A SHORT WHILE. LATER IN THE DAY, THE SAME MALFUNCTION OCCURRED, WITH THE SAME WARNING LIGHTS APPEARING, LOSS OF ABS AND REGEN BRAKING.

44.     Complaints for the 2014 Toyota are similar:

**February 1, 2015** NHTSA ID NUMBER: 10680404  ⊖

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10680404

**Incident Date** January 31, 2015

**Consumer Location** CUPERTINO, CA

**Vehicle Identification Number** JTDKN3DU5E0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | I WAS CROSSING THE TRAIN TRACKS IN PALO ALTO ON CHARLESTON ST NEAR ALMA AND TRIED TO STOP AT A STOP LIGHT RIGHT AFTER THE TRACKS. WHEN I STEPPED HARD ON THE BRAKES, THE BRAKES DID NOT SLOW DOWN AT ALL. MY CAR DID NOT SLOW DOWN AT ALL AND I HIT THE CAR IN FRONT OF ME. *TR |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**November 13, 2018** NHTSA ID NUMBER: 11151142  ⊖

**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM**

**NHTSA ID Number:** 11151142

**Incident Date** November 12, 2018

**Consumer Location** NORTH CHARLESTON, SC

**Vehicle Identification Number** JTDKN3DU0E1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | THE CAR BRAKES FAILED AT LOW SPEEDS (10-15 MPH) AND BUMPED INTO THE CAR IN FRONT IN A STOP-AND-GO TRAFFIC ON THE WET FREEWAY AFTER A RECENT RAIN. THE BRAKE PEDAL WENT ALL THE WAY DOWN TO TOUCH THE FLOOR, AS IF THE BRAKE PEDAL WAS DISENGAGED FROM THE BRAKING SYSTEM AND THE ABS LIGHT DID NOT TURN ON AT THE TIME OF BRAKING. THE CAR WAS DRIVING IN THE STRAIGHT LINE AND IMMEDIATELY BEFORE THIS I WAS ABLE TO SUCCESSFULLY BRAKE THE CAR ON THE VERY SAME TRIP. SO THE PROBLEM IS INTERMITTENT. THIS IS THE SECOND TIME WITH THIS CAR, AS MY SPOUSE ALSO EXPERIENCED THE SIMILAR BRAKE FAILURE AT EVEN LOWER SPEEDS (<10 MPH) RESULTING IN TOUCHING THE CAR IN FRONT AND MINOR SCRATCH ON THE BUMPER. IT WAS A DRY DAY THEN AND ALMOST SIMILAR CIRCUMSTANCES. ASSOCIATED GEICO CLAIM NUMBER IS 0423477190101054. WE OPENED A CASE WITH TOYOTA TO CHECK THE DATA RECORDER. ASSOCIATED TOYOTA CASE NUMBER IS 181112370. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**November 29, 2018** NHTSA ID NUMBER: 11154835  ⊖

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 11154835

**Incident Date** November 21, 2018

**Consumer Location** SANTA CLARITA, CA

**Vehicle Identification Number** JTDKN3DU4E0****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | BRAKES COMPLETELY FAILED AND I REAR ENDED A CAR. I WAS STOPPING NORMALLY ON A CITY STREET. ACCORDING TO DASHCAM I WAS TRAVELING AT ABOUT 25MPH. THE CAR SLOWED TO ABOUT 12MPH WHEN THE BRAKES WENT DOWN TO THE FLOOR AND THE CAR ACCELERATED. |
| FIRE | No | |
| INJURIES | 3 | |
| DEATHS | 0 | |

**August 24, 2014** NHTSA ID NUMBER: 10627821  ⊖

**Components: VEHICLE SPEED CONTROL, SERVICE BRAKES**

**NHTSA ID Number:** 10627821

**Incident Date** July 10, 2014

**Consumer Location** TEMPE, AZ

**Vehicle Identification Number** JTDKN3DU1E7****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | I WAS PULLING INTO A CONVENIENCE STORE IN MY 2014 PRIUS. AS I WAS GLIDING IN, I DEPRESSED THE BRAKE PEDAL AND THE CAR KEPT GOING. I CONTINUED TO PRESS IT AND THE CAR STARTED TO ACCELERATE. I COULD FEEL THE SURGE OF POWER. I WAS COMPLETELY UNABLE TO STOP THE CAR AND RAN INTO PARKING POSTS AT THE FRONT OF THE STORE. ALL AIRBAGS WERE DEPLOYED. I GOT A CUT ON MY FOREHEAD, AN AMBULANCE CAME BUT I DECLINED AND MY HUSBAND DROVE ME TO THE ER LATER WHERE I RECEIVED TREATMENT. I WAS COMING HOME FROM THE GYM AT 9 AM I HAVE NEVER BEEN AT FAULT IN AN ACCIDENT BEFORE. I HAVE A WITNESS THAT SAID HE HEARD A CHIRPING SOUND COMING FROM THE BRAKES BEFORE I CRASHED. TOYOTA COMPLETELY DENIES THERE IS ANYTHING WRONG WITH THE CAR, BUT GIVES NO EXPLANATION AS TO HOW THIS COULD HAVE OCCURRED. THEY WILL NOT HELP AT ALL. SOMEONE IS GOING TO GET SERIOUSLY INJURED OR KILLED. THIS NEEDS TO BE INVESTIGATED BY SOMEONE OTHER THAN TOYOTA. *TR |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**May 3, 2017** NHTSA ID NUMBER: 10983408  ⊖

**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10983408

**Incident Date** April 26, 2017

**Consumer Location** LODI, CA

**Vehicle Identification Number** JTDKN3DU2E1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | VEHICLE INCREASED ACCELERATION WHILE MAKING A RIGHT-HAND TURN AND BRAKING, INTO A COVERED PARKING STALL. VEHICLE DID NOT STOP UNDER BREAKING UNTIL FRONT END WENT OVER CEMENT PARKING BUMPER. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**July 15, 2015** NHTSA ID NUMBER: 10734278  ⊖

**Components: SERVICE BRAKES, AIR BAGS**

**NHTSA ID Number:** 10734278

**Incident Date** July 15, 2015

**Consumer Location** ROMEOVILLE, IL

**Vehicle Identification Number** JTDKDT831E1****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNS A 2014 TOYOTA PRIUS. WHILE DRIVING APPROXIMATELY 25 MPH, THE CONTACT ATTEMPTED TO DEPRESS THE BRAKE PEDAL, BUT THE VEHICLE DID NOT STOP. AS A RESULT, A CRASH OCCURRED AND THE AIR BAGS DID NOT DEPLOY. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT WAS NOT INJURED AND A POLICE REPORT WAS FILED. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE APPROXIMATE FAILURE MILEAGE WAS 3,200. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |



January 23, 2018 NHTSA ID NUMBER: 11064519

**Components: STRUCTURE, SERVICE BRAKES, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11064519

**Incident Date** January 22, 2018

**Consumer Location** CALEDONIA, MI

**Vehicle Identification Number** JTDKN3DU0E0****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

ON A WINTER DAY MY CAR SLID DOWN A STEEP ROAD AND WOULD NOT STOP WHILE BREAKING, BOTH FRONT FENDER FLARES BROKE OFF CAUSING THE CAR TO ACT LIKE IT WAS ON A SLED. THE CAR EVENTUALLY STOPPED AFTER I PLACED IT IN NEUTRAL AND THEN SLID AGAIN AND THEN IT FINALLY STOPPED. I ALMOST KILLED MYSELF.

April 8, 2015 NHTSA ID NUMBER: 10704553

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10704553

**Incident Date** August 28, 2014

**Consumer Location** PARADISE, CA

**Vehicle Identification Number** JTDKN3DU1E1****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I PULLED MY 2014 TOYOTA PRIUS SLOWLY OUT OF A PARKING SLOT IN A SMALL PARKING LOT TURNING IT THE DIRECTION I WANTED TO GO ON A VERY SLIGHT SLANT DOWNHILL. BEFORE I COULD PUT IT IN DRIVE FROM REVERSE IT STARTED ROLLING DOWNWARD ON ITS OWN. WHEN I WENT TO APPLY THE BRAKES, THEY WERE SQUISHY AND DID NOT ENGAGE. I TRIED SEVERAL TIMES TO GET THEM TO ENGAGE BUT THEY NEVER DID. I WENT TO PUT THE EMERGENCY BRAKE ON BUT IT IS LOCATED SO HIGH UP IT WAS DIFFICULT TO GET MY FOOT UP THERE QUICKLY. MEANWHILE THERE WAS A TRUCK PARKED ACROSS THE END OF THE PARKING LOT LANE SO MY CAR ROLLED INTO THE TRUCK CREATING DENTS IN THE FRONT DOOR PANEL AND REAR DOOR PANEL. THIS WAS OBVIOUS BRAKE FAILURE. I WENT TO THE LOCAL TOYOTA REPAIR AND DEALERSHIP AND SPOKE WITH A SHOP EMPLOYEE. HE TOLD ME THAT THIS CAN ACTUALLY HAPPEN WHERE YOU CAN BACK A CAR UP AND TURN IT AND IT WILL GO ON ITS OWN (BUT IT SEEMS HE IMPLIED THAT THE "READY" LIGHT MIGHT NOT HAVE ENGAGED) AND THAT HE "HAD SEEN IT HAPPEN HIMSELF". IF THE TRUCK HAD NOT BEEN THERE, MY CAR WOULD HAVE ROLLED DIRECTLY OUT INTO ONCOMING TRAFFIC ON THE MAIN THOROUGHFARE THROUGH TOWN WHICH HAD THE HUGE POTENTIAL OF CAUSING A MAJOR ACCIDENT WITH INJURIES. I DID TRY TO RECREATE THE EVENT IN A NONPOPULATED AREA IN A VERY SAFE MANNER AND WAS UNABLE TO DO SO. THAT EVEN SCARES ME MORE!!! AS YOU HAVE NO IDEA IF IT CAN OR WILL HAPPEN AGAIN. I SPENT $20,000 PLUS FOR A NEW CAR THAT I AM ALWAYS HYPER-CAUTIOUS IN BECAUSE NO ONE WILL FESS UP TO PROBLEMS. IF I SELL THE CAR IT WILL BE AT A GREAT LOSS WHICH I CANNOT AFFORD! IN THE INTERNET I NOTE THAT THERE WERE SIMILAR PROBLEMS WITH THE BRAKES, ESPECIALLY AROUND 2007 - MANY WERE DOCUMENTED BUT TOYOTA WAS NEVER TAKEN TO TASK RE: THESE CONSUMER COMPLAINTS AS I SUPPOSE THE CONSUMERS JUST COULDN'T "PROVE" THEM. AS USUAL MONEY TRUMPS HUMAN LIVES AND SAFETY. TOYOTA SHOULD BE ASHAMED OF THEMSELVES. *TR

January 31, 2019 NHTSA ID NUMBER: 11173353

**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11173353

**Incident Date** November 12, 2018

**Consumer Location** NORTH CHARLESTON, SC

**Vehicle Identification Number** JTDKN3DU0E1****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

THE EDR REPORT CLEARLY SHOWED THAT THE BRAKE OIL PRESSURE CHANGES DID NOT CORRELATE WITH THE PROGRESSIVELY INCREASING VEHICLE DECELERATION. THE ISSUE IS OCCASIONAL, RARE AND CANNOT BE REPRODUCED EVERY SINGLE TIME. THIS LEADS TO DISPARITY IN ASSUMED BRAKING DISTANCE FROM ROUTINE EXPERIENCE BY DRIVING THE VEHICLE AND ACTUAL BRAKING DISTANCE AT THE TIME OF FAILED BRAKING WHICH SUPPOSEDLY MAY BE AS A RESULT OF INVERTER ISSUES THAT ARE RESPONSIBLE FOR EXCLUSIVELY REGENERATIVE BRAKING AT LOW (<50 MPH) SPEEDS.

April 11, 2017 NHTSA ID NUMBER: 10971881

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10971881

**Incident Date** April 10, 2017

**Consumer Location** Unknown

**Vehicle Identification Number** JTDKDTB32E1****

**Summary of Complaint**

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

TL* THE CONTACT OWNS A 2014 TOYOTA PRIUS. WHILE DRIVING, THE BRAKE PEDAL WAS APPLIED, BUT THE VEHICLE FAILED TO RESPOND.THE VEHICLE WAS TAKEN TO A DEALER, BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT INCLUDED IN A RECALL. THE CONTACT DID NOT WANT TO PAY FOR THE REPAIR BECAUSE THE VEHICLE WAS STILL NEW AND SHOULD NOT HAVE ANY ISSUES. THE FAILURE MILEAGE WAS 30,000.

45.     Complaints for the 2015 Toyota Prius are similar:

**November 19, 2015** NHTSA ID NUMBER: 10794873
**Components: SERVICE BRAKES**

NHTSA ID Number: 10794873

Incident Date October 16, 2015

Consumer Location COVINGTON, LA

Vehicle Identification Number JTDKN3DU1F0****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | I HAVE NOTICED THAT THE BRAKES SOMETIMES DO NOT APPEAR TO WORK PROPERLY, AND ONCE I WAS INVOLVED IN AN ACCIDENT DUE TO THE POOR BRAKING PERFORMANCE. ONCE I QUICKLY TRANSITIONED FROM THROTTLE TO FULL BRAKING AND THE CAR DIDN'T SEEM LIKE IT WAS APPLYING FULL BRAKING. IT DIDN'T SEEM TO DECELERATE LIKE IT SHOULD HAVE. I REAR ENDED A VEHICLE BECAUSE OF THE BRAKING PERFORMANCE. ANOTHER TIME I HAD TO SLAM ON THE BRAKES COMING OFF AN INTERSTATE AND THE BRAKES ALSO DIDN'T SEEM POWERFUL ENOUGH. IT'S AS IF THE BRAKES DON'T FULLY "CATCH" UNTIL THE LAST MINUTE. BOTH TIMES WEATHER CONDITIONS WERE DRY. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**June 22, 2016** NHTSA ID NUMBER: 10876015
**Components: SERVICE BRAKES**

NHTSA ID Number: 10876015

Incident Date June 22, 2016

Consumer Location AUSTIN, TX

Vehicle Identification Number JTDZN3EU6FJ****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | I APPLIED THE BRAKE WHEN THE CAR IN FRONT OF ME STOPPED SUDDENLY AND MY CAR SEEMED TO ACCELERATE AND I HAD TO PUT THE BRAKE ON AGAIN TO GET THE CAR TO STOP RESULTING IN A COLLISION. I WAS DRIVING AT A SPEED OF LESS THAN 25 MILES AN HOUR. |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**July 13, 2019** NHTSA ID NUMBER: 11231660
**Components: SERVICE BRAKES**

NHTSA ID Number: 11231660

Incident Date July 1, 2018

Consumer Location SAN DIEGO, CA

Vehicle Identification Number JTDKN3DU4F0****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | VIOLENT SHAKING WHEN APPLYING BRAKES IN FORWARD AND REVERSE. VEHICLE DOES NOT SLOW AND STOP PROPERLY WHEN BRAKING. VEHICLE INTERMITTENTLY SKIPS WITH NO SLOWING OR STOPPING EFFECT WHEN BRAKING. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**August 13, 2017** NHTSA ID NUMBER: 11014878
**Components: SERVICE BRAKES**

NHTSA ID Number: 11014878

Incident Date August 13, 2017

Consumer Location Unknown

Vehicle Identification Number JTDKN3DU8F0****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | I CAN'T PUT BREAK .THE SIGN LIGHT ON IS SLIP SIGN, ABS SIGN AND HAND BREAK SIGN. |
| FIRE | No | |
| INJURIES | 0 | THE SIGN LIGHT ON IN 2 TIME . 07/31/2017 IS SAME THING AND THEN ALSO CHECK HYBRIDS SYSTEM CHECK SIGN LIGHT ON AND TRIANGLE SIGN LIGHT ON . |
| DEATHS | 0 | |

**June 21, 2016** NHTSA ID NUMBER: 10875685
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**

NHTSA ID Number: 10875685

Incident Date June 17, 2016

Consumer Location GIG HARBOR, WA

Vehicle Identification Number JTDKN3DUXF1****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNS A 2015 TOYOTA PRIUS. WHILE DRIVING APPROXIMATELY 5 TO 10 MPH AND APPROACHING THE DRIVEWAY, THE BRAKES FAILED. THE VEHICLE ACCELERATED AND CRASHED INTO A GATE. THE BRAKE PEDAL WAS RE-APPLIED AND THE VEHICLE STOPPED. THE CONTACT STATED THAT THE VEHICLE TRAVELED 20 FEET BEFORE IT STOPPED. A POLICE REPORT WAS NOT FILED AND THERE WERE NO INJURIES. THE AIR BAG FAILED TO DEPLOY. THE VEHICLE WAS TOWED TO THE DEALER FOR DIAGNOSTIC TESTING AND REPAIR. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 17,000. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**November 18, 2016** NHTSA ID NUMBER: 10927047
**Components: SERVICE BRAKES**

NHTSA ID Number: 10927047

Incident Date November 10, 2016

Consumer Location LA PALMA, CA

Vehicle Identification Number N/A

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | WAS DRIVING ON THE FREEWAY AT ABOUT 45 MPH WHEN I CAR ABRUPTLY CHANGED LANES IN FRONT OF ME. I IMMEDIATELY SLAMMED ON THE BREAKS BUT THE CAR DID NOT COME TO A COMPLETE STOP. IT KEPT GOING FORWARDS AND WAS NOT DECELERATING FAST ENOUGH. TO AVOID HITTING THE CAR IN FRONT OF ME I HAD TO SWERVE TO THE RIGHT, WHICH IMMEDIATELY CAUSED THE ESC TO TURN OFF AND MY CAR KEPT SWERVING. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**June 11, 2019** NHTSA ID NUMBER: 11219354
**Components: SERVICE BRAKES**

NHTSA ID Number: 11219354

Incident Date June 3, 2019

Consumer Location SOUTH EASTON, MA

Vehicle Identification Number JTDKN3DU0F2****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | SENT AN ALERT ON CERTAIN INTERNAL MALFUNCTION OF INTERNAL ASSEMBLIES OF THE BRAKE BOOSTER FROM TOYOTA. ASKING ME TO BRING IT IN FOR EXAMINATION. BRAKES HAVE BEEN ACTING SPONGY AND AM LOSING A SMALL AMOUNT OF BRAKE FLUID MONTHLY. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

46.     Complaints for the 2012 Toyota Camry Hybrid are similar:

**August 18, 2014** NHTSA ID NUMBER: 10626061
**Components: SERVICE BRAKES**

NHTSA ID Number: 10626061

Incident Date August 15, 2014

Consumer Location FITCHBURG, MA

Vehicle Identification Number 4T1BF1FK8CU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | WHILE MY HUSBAND WAS DRIVING, THE TRUCK IN FRONT OF HIM CAME TO A STOP TO ALLOW FOR ANOTHER VEHICLE TURNING. WHEN MY HUSBAND ATTEMPTED TO STOP THE BRAKES WHEN RIGHT TO THE FLOOR. HE ATTEMPTED TO BRAKE AGAIN AND IT FINALLY CAUGHT, BUT TOO LATE. THE SUDDEN BRAKING CAUSED THE CAR'S NOSE TO LOWER, UNDER THE TRUCK'S TAILGATE AS HE HIT THE TRUCK IN FRONT OF HIM. THE CAR MAY BE TOTALED WHICH WE SHOULD FIND OUT IN A COUPLE OF DAYS. *TR |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**March 13, 2014** NHTSA ID NUMBER: 10569158
**Components: SERVICE BRAKES**

NHTSA ID Number: 10569158

Incident Date January 24, 2014

Consumer Location HUNTINGTON, NY

Vehicle Identification Number 4T4BF1FK9CR****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNS A 2012 TOYOTA CAMRY. THE CONTACT STATED THAT WHILE DRIVING 30 MPH, THE BRAKES FAILED TO RESPOND WITHOUT WARNING AND THE CONTACT CRASHED INTO A TREE. A POLICE REPORT WAS FILED. THE CONTACT WAS TAKEN TO A HOSPITAL FOR TREATMENT OF HEAD INJURIES. THE VEHICLE WAS TOWED TO AN IMPOUND LOT. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS DESTROYED. THE APPROXIMATE FAILURE AND CURRENT MILEAGE WAS 2,300. |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**December 31, 2017** NHTSA ID NUMBER: 11057737
**Components: AIR BAGS, SERVICE BRAKES**

NHTSA ID Number: 11057737

Incident Date December 29, 2017

Consumer Location Unknown

Vehicle Identification Number 4T1BF1FK7CU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | DECEMBER 29TH AT 3:00 A.M MY WIFE AND I WAS GOING TO THE ATM IN GRANGER TX. AS I APPROACHED A SHARP CURVE I WENT TO APPLY THE BRAKE TO SLOW DOWN AND THE CAR SPEEDED UP HIT THE CULVERT AND WENT AIRBORNE. WE CAME DOWN ON A BOULDER AND SOMEHOW WE MANAGED TO DRIVE BACK TO MY BROTHER IN LAWS. THE AIRBAGS DID NOT GO OFF. I HAVE SEVERE WHIPLASH, I CRACKED MY L1 AND INJURED MY SIDE AND BACK. MY WIFE'S HEAD HIT THE SIDE WINDOW SO HARD SHE HAD A CONCUSSION KNOTS AND BRUISES ON HER HEAD. SHE HAS BRUISES ON HER RIGHT SHOULDER, HIT HER KNEE AND LEG. IF WE HAD NOT BEEN WEARING SEAT BELTS WE WOULD HAVE DIED. IF OUR AIRBAGS HAD WORKED WE WOULD NOT HAVE BEEN HURT AS BAD AS WE ARE. MY WIFE'S GLASSES ARE BENT AND MY WATCH IS BROKE. I AM SENDING PICTURES TO PROVE THE AIRBAGS DID NOT WORK. NOT SUR WHAT THE ODOMETER READING IS BECAUSE I AM AFRAID TO TURN THE CAR ON SINCE THERE IS NO LONGER NO OIL OR ANTIFREEZE. |
| FIRE | No | |
| INJURIES | 2 | |
| DEATHS | 0 | |

**June 19, 2014** NHTSA ID NUMBER: 10604544
**Components: SERVICE BRAKES**

NHTSA ID Number: 10604544

Incident Date May 5, 2014

Consumer Location MIAMI, FL

Vehicle Identification Number 4T1BF1FK3CU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNS A 2012 TOYOTA CAMRY. THE CONTACT STATED WHILE DRIVING APPROXIMATELY 30 MPH, THE BRAKE PEDAL WAS DEPRESSED AND THE VEHICLE FAILED TO STOP. AS A RESULT, THE VEHICLE CRASHED INTO ANOTHER VEHICLE. THE CONTACT SUFFERED FROM A NECK INJURY AND CONTUSIONS TO THE LEFT AND RIGHT LOWER LEG. A POLICE REPORT WAS FILED. THE VEHICLE WAS DESTROYED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 25,480. |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**April 27, 2018** NHTSA ID NUMBER: 11090508
**Components: SERVICE BRAKES, AIR BAGS**

NHTSA ID Number: 11090508

Incident Date April 26, 2018

Consumer Location Unknown

Vehicle Identification Number 4T1BD1FK5CU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNS A 2012 TOYOTA CAMRY HYBRID. WHILE DRIVING 20 MPH, THE BRAKES MALFUNCTIONED. THE CONTACT ATTEMPTED TO MAKE A SUDDEN STOP BY DEPRESSING THE BRAKE PEDAL, BUT THE VEHICLE WOULD NOT STOP. AS A RESULT, THE CONTACT CRASHED INTO THE REAR OF ANOTHER VEHICLE. THE AIR BAGS DID NOT DEPLOY. A POLICE REPORT WAS NOT FILED. THE CONTACT SPRAINED HER RIGHT ANKLE FROM THE PRESSURE OF DEPRESSING THE BRAKE PEDAL CONTINUALLY. MEDICAL ATTENTION WAS REQUIRED. THE VEHICLE WAS TOWED TO NORTH HOLLYWOOD TOYOTA IN NORTH HOLLYWOOD, CALIFORNIA TO HAVE THE DAMAGES ASSESSED. IT HAD NOT BEEN DETERMINED YET WHETHER OR NOT THE VEHICLE WAS DESTROYED. THE MANUFACTURER WAS NOTIFIED AND PROVIDED THE CONTACT WITH CLAIM NUMBER: 180-427-0700. THE FAILURE MILEAGE WAS APPROXIMATELY 65,000. |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**October 5, 2015** NHTSA ID NUMBER: 10779877
**Components: VEHICLE SPEED CONTROL, SERVICE BRAKES, AIR BAGS**

NHTSA ID Number: 10779877

Incident Date September 16, 2015

Consumer Location GLIDE, OR

Vehicle Identification Number 4T4BF1FK2CR****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNED A 2012 TOYOTA CAMRY. WHILE DRIVING 32 MPH, THE BRAKES WERE APPLIED AND THE VEHICLE ACCELERATED RAPIDLY WITHOUT WARNING. THE CONTACT STATED THAT SHE COULD NOT STOP THE VEHICLE AND CRASHED INTO A TRAILER. THE VEHICLE WAS DESTROYED. THE AIR BAGS DID NOT DEPLOY. THE CONTACT SUSTAINED A FRACTURED STERNUM AND HER HUSBAND HAD CONTUSIONS IN HIS RIB CAGE. MEDICAL ATTENTION WAS REQUIRED. A POLICE REPORT WAS FILED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 37,000. UPDATED 1/15/16 *CN |
| FIRE | No | |
| INJURIES | 2 | |
| DEATHS | 0 | |



**June 1, 2015** NHTSA ID NUMBER: 10722560

## Components: SERVICE BRAKES

NHTSA ID Number: 10722560

Incident Date May 15, 2015

Consumer Location BLACKSTONE, MA

Vehicle Identification Number N/A

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

ON THE COMMUTE TO WORK IN STOP AND GO TRAFFIC I WAS IN LINE WITH SEVERAL OTHER CARS. AS THEY BEGAN TO ACCELERATE, I ALSO BEGAN TO ACCELERATE UP TO ABOUT 20 MPH WHEN ONE OF THE CARS IN THE FRONT OF THE LINE STOPPED TO MAKE A TURN ALL THE CARS INFRONT OF ME ALSO STOPPED AND AS I WENT TO ALSO STOP THE BRAKE PEDAL WOULD NOT PUSH DOWN AT ALL, FAILING TO ENGAGE THE BRAKES CAUSING MY CAR TO DRIVE INTO THE BACK OF THE STOPPED CAR IN FRONT OF ME, RESULTING IN MAJOR FRONT END DAMAGE. THE AIRBAG DID NOT DEPLOY IN THE ACCIDENT.

**January 21, 2014** NHTSA ID NUMBER: 10560809

## Components: SERVICE BRAKES, STRUCTURE

NHTSA ID Number: 10560809

Incident Date January 21, 2014

Consumer Location RESTON, VA

Vehicle Identification Number 4T1BF1FK0CU****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

MY SON WAS DRIVING ABOUT 1/2 MILE AWAY FROM HOME WHILE TURNING THE BRAKE FAILED AND HE HIT THE CENTER CURB AND FURTHER TO AN ON COMING (STOPPED) VEHICLE. WHEN HE REALIZED THAT THE BRAKES ARE NOT WORKING HE PRESSED THE EMERGENCY BRAKES THAT SLOWED THE CAR. BUT THE DAMAGE HAD ALREADY OCCURRED. OUR TOYOTA IS 2012 AND HAS BEEN ROUTINELY MAINTAINED BY TOYOTA DEALERSHIPS. BRAKES SHOULD NOT FAIL. WE ARE GLAD THAT THERE WAS NO APPARENT INJURY BUT THE CAR IS LIKELY TO BE TOTALED. I REQUEST TOYOTA TO DO AN INVESTIGATION ON WHAT MIGHT HAVE CAUSED THE BRAKES TO FAIL. *TR

**July 28, 2014** NHTSA ID NUMBER: 10616767

## Components: SERVICE BRAKES

NHTSA ID Number: 10616767

Incident Date July 27, 2014

Consumer Location ATTLEBORO, MA

Vehicle Identification Number 4T4BF1FK9CR****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

TL* THE CONTACT OWNS A 2012 TOYOTA CAMRY. THE CONTACT STATED THE DRIVER PULLED INTO A PARKING LOT AND WAS UNABLE TO APPLY THE BRAKES AND CRASHED INTO A DIVIDER. THERE WAS NO INJURIES OR A POLICE REPORT. THE VEHICLE WAS NOT TAKEN TO A DEALER. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 47,221. UPDATED 10/02/14*LJ UPDATED 3/3/2015 *JS

**July 16, 2014** NHTSA ID NUMBER: 10611145

## Components: SERVICE BRAKES

NHTSA ID Number: 10611145

Incident Date July 16, 2014

Consumer Location HOPKINSVILLE, KY

Vehicle Identification Number 4T1BF1FKXCU****

**Summary of Complaint**

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

THIS IS THE THIRD TIME THIS HAS HAPPENED ! I WENT TO STOP FOR THE LIGHT AND THE BRAKES GO TO THE FLOOR.. *TR

**March 5, 2015** NHTSA ID NUMBER: 10692225

## Components: SERVICE BRAKES

NHTSA ID Number: 10692225

Incident Date March 2, 2015

Consumer Location BOOTHWYN, PA

Vehicle Identification Number 4T1BF1FK0CU****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

TL*THE CONTACT OWNS A 2012 TOYOTA CAMRY. THE CONTACT STATED THAT WHILE DRIVING OUT OF GAS SERVICE STATION AT APPROXIMATELY 10 MPH, THE BRAKE SYSTEM FAILED TO ENGAGE CAUSING THE CONTACT TO CRASH INTO A FENCE. THERE WERE NO INJURIES REPORTED AND NO POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO THE DEALER. THE TECHNICIAN WAS UNABLE TO DIAGNOSE THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 3,500.

**July 3, 2013** NHTSA ID NUMBER: 10523025

## Components: SERVICE BRAKES

NHTSA ID Number: 10523025

Incident Date June 17, 2013

Consumer Location Unknown

Vehicle Identification Number 4T1BF1FK8CU****

**Summary of Complaint**

| | |
|---|---|
| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

TL* THE CONTACT OWNS A 2012 TOYOTA CAMRY. THE CONTACT STATED THAT WHILE DRIVING 35 MPH AND BRAKING FOR A TRAFFIC STOP, THE BRAKES FAILED TO RESPOND. THE VEHICLE LUNGED FORWARD AND CRASHED INTO THE REAR OF ANOTHER VEHICLE. THERE WERE NO PERSONAL INJURIES. A POLICE REPORT WAS FILED OF THE INCIDENT. THE FAILURE RECURRED TWICE. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER FOR DIAGNOSIS. THE TECHNICIAN WAS UNABLE TO EITHER DETECT A TROUBLE CODE OR DUPLICATE THE FAILURE. THE MANUFACTURER WAS NOT NOTIFIED OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 24,875.

**October 3, 2014** NHTSA ID NUMBER: 10641347

## Components: SERVICE BRAKES

NHTSA ID Number: 10641347

Incident Date September 25, 2014

Consumer Location BROOKLYN, NY

Vehicle Identification Number 4T1BD1FK2CU****

**Summary of Complaint**

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

ON FRIDAY THE 20TH OF SEPTEMBER, I TOOK MY VEHICLE TO QUEENSBORO TOYOTA IN NY TO CHANGE MY OIL AND CHECK WHY MY BRAKE ABS SIGNAL HAZARD LIGHTS WERE ON. THE OIL WAS CHANGED AND I WAS TOLD "NOTHING IS WRONG WITH YOUR BRAKES" AND THE SIGNAL WAS REMOVED. ON SEPTEMBER 24TH, I ALMOST GOT INTO AN ACCIDENT BECAUSE MY BRAKES FAILED ON ME, SO I RETURNED THE VEHICLE FOR A 2ND DIAGNOSTIC. I WAS THEN TOLD "WHO EVER CHANGED YOUR OIL, THEY PUT THE WRONG BRAKE FLUID AND IT DAMAGED THE BRAKE SYSTEM. MY BRAKE FLUID WAS NEVER CHANGED BECAUSE I HAVE A 2012 NEW CAR AND IT IS UNNECESSARY TO CHANGE IT NOW. I TRIED EXPLAINING MY ISSUE TO THE SUPERVISOR OF THE TOYOTA SERVICE DEPARTMENT AND I WAS TOLD TO DO MY OWN INVESTIGATION ON THE CONTAMINATION OF MY BRAKE FLUID. THE HISTORY OF THE VEHICLE SHOWS QUEENSBORO TOYOTA PERFORMED MY MAINTENCE, SO I HOLD THEM RESPONSIBLE. PLEASE HELP ME, I AM AN HONEST CONSUMER WHO CAN'T AFFORD TO SPEND UNNECESSARY FUNDS FOR AN ISSUE TOYOTA CAN RESOLVE THAT ALMOST CAUSED ME AN ACCIDENT WITH MY 3 DAUGHTERS ON THE HIGHWAY. *TR

March 8, 2013 NHTSA ID NUMBER: 10502158

**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL**

NHTSA ID Number: 10502158

Incident Date December 22, 2012

Consumer Location PHILADELPHIA, PA

Vehicle Identification Number 4T1BF1FK1CU****

Summary of Complaint

| CRASH | Yes |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I RENTED A TOYOTA CAMRY 2013 IN DECEMBER 2012. WHILE SITTING IN THE TRAFFIC AT LOW SPEED, I NOTICED THAT THE FRONT VEHICLE SUDDENLY STOPPED NEAR THE INTERSECTION OF BUCHANAN AND US 93. I IMMEDIATELY SLAMMED ON THE BRAKE PAD WHILE THE CRUISER WAS ON, HOWEVER, THE BRAKE DID NOT RESPOND. THE RENTAL CAR DID NOT SLOW DOWN AND KEPT MOVING FORWARD. EVENTUALLY, IT HIT THE FRONT VEHICLE. LUCKILY, NO ONE WAS INJURED BECAUSE OF LOW SPEED. IF IT WERE A NORMAL FUNCTIONAL CAR, THE VEHICLE WOULD HAVE STOPPED BECAUSE THE SPEED WAS VERY LOW. BUT IN THIS CASE, THE RENTAL CAR CAUSED THE ACCIDENT BECAUSE OF ITS POOR QUALITY. THE CAR WAS SEVERELY DAMAGED. IN CONTRAST, THE VEHICLE IN THE FRONT, A SUV, HAD NO DAMAGE. AFTER THE ACCIDENT, I CHECKED THE SCENE AND DID NOT FIND ANY TIRE BRAKE MARK ON THE GROUND, WHICH SUGGESTED THAT THE BRAKE SYSTEM WAS NOT WORKING PROPERLY. WHILE DRIVING ON HIGHWAY BEFORE THE ACCIDENT, I ALSO NOTICED THAT THE RENTAL CAR HAD MUCH SLOW RESPONSE FROM THE BRAKE WHEN THE CRUISE WAS ON, AND THE BRAKE SEEMED TO BE MUCH MORE SENSITIVE WHEN THE CRUISE WAS OFF. IN ORDER TO PROTECT OTHER DRIVERS ON HIGHWAY, I STRONGLY REQUEST NHTSA TO LAUNCH AN INVESTIGATION ON TOYOTA CAMRY'S BRAKE SYSTEM. IF ANY DEFECT IS IDENTIFIED, THEY SHOULD RECALL ALL THE PROBLEMATIC VEHICLES. I CAN'T IMAGINE WHAT WOULD HAVE HAPPENED IF THE SPEED WERE HIGH, AND THINGS COULD BE BLOODY AND HOFFIFYING. I HOPE ONE FEWER ACCIDENT LIKE THAT COULD BE REDUCED BY THE RESPONSIVE ACTIONS FROM THE GOVERNMENT. *TR

July 5, 2017 NHTSA ID NUMBER: 11003054

**Components: SERVICE BRAKES, ELECTRICAL SYSTEM**

NHTSA ID Number: 11003054

Incident Date June 29, 2017

Consumer Location PALO ALTO, CA

Vehicle Identification Number 4T1BD1FKXCU****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

WHEN DRIVING ON LOCAL ROADS, THE ABS, SLIP AND WARNING LIGHTS WOULD COME ON SUDDENLY. I WOULD EXPERIENCE A SEVERE DECREASE IN BRAKE FUNCTION (I WOULD NEED TO SLAM ON THE BRAKES TO GET THEM TO APPLY PROPERLY). THIS HAPPENED FOUR TIMES BEFORE THE SERVICE CENTER WAS ABLE TO DIAGNOSE A FAILED ABS ACTUATOR. THIS IS APPARENTLY A KNOWN ISSUE FOR THE CAMRY HYBRIDS, AS TOYOTA ISSUED AN EXTENDED WARRANTY FOR 2006-2011 CAMRY HYBRIDS FOR THIS VERY PROBLEM. (UNFORTUNATELY, I HAVE A 2012 HYBRID AND THE SERVICE CENTER WOULD LIKE TO CHARGE ME OVER $3K (!) TO FIX THIS ISSUE.).

June 9, 2014 NHTSA ID NUMBER: 10596979

**Components: SERVICE BRAKES**

NHTSA ID Number: 10596979

Incident Date June 9, 2014

Consumer Location HOPKINSVILLE, KY

Vehicle Identification Number N/A

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

THIS IS THE 2ND TIME I WENT TO STOP AND THE BRAKES WENT ALL THE WAY TO THE FLOOR.

THE FIRST TIME WAS ABOUT 3 WEEKS OR SO AGO AND I WENT TO THE TOYOTA DEALER AND HE COULDN'T FIND THE PROBLEM. THERE'S SOMETHING WRONG WITH THE BRAKES ! AND I TRANSPORT A HANDICAPPED CHILD AND 3 MORE CHILDREN . *TR

May 7, 2013 NHTSA ID NUMBER: 10510996

**Components: SERVICE BRAKES**

NHTSA ID Number: 10510996

Incident Date October 9, 2012

Consumer Location SKOKIE, IL

Vehicle Identification Number 4T1BD1FK0CU****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

OUR FAMILY BOUGHT A 2012 TOYOTA CAMRY IN ABOUT EARLY APRIL THE YEAR OF 2012 . A FEW MONTHS LATER WE STARTED TO NOTICE NOISE. CONSIDERING A BRAND NEW CAR WE HAD PURCHASED. IT WAS IN OUR CONCERN TO WHY THIS WAS HAPPENING. WE GET EVERYTHING DONE FROM THE DEALER LOCATED IN LINCOLNWOOD, IL. FROM WHERE WE HAD PURCHASED THE VEHICLE. WE TOOK THE CAR TO THE SAME DEALER MULTIPLE TIMES WITH THE SAME CONCERN. WE WERE TOLD THAT THE VEHICLE WAS FINE, BUT ODDLY THE NOISE WAS CONSTANT EVEN AFTER A VISIT AT THE DEALERS. THIS VISIT WE HAD DONE WAS NOT JUST ONCE BUT MANY TIMES, RECEIVING THE SAME ANSWER. WHAT UPSETS ME IS THAT AFTER MY WARRANTY WAS OVER. SUDDENLY THE DEALER KNEW THE SOLUTION TO THE PROBLEM I WAS CONSTANTLY VERIFYING THEM ABOUT EARLIER. WHICH SUMMED UP TO ABOUT THREE THOUSAND DOLLARS. I, WHO IS REFUSING TO PAY THIS.THIS CAR STARTED GIVING ME PROBLEMS FROM DAY ONE. WHAT I CAN CONCLUDE FROM THIS IS, THAT THE CAR ITSELF IS A DEFECT.THE DEALER TOLD OUR FAMILY TO CALL THE MANUFACTURES AND LET THEM KNOW, BECAUSE THIS CAR COULD HAVE BEEN A DEFECT FROM BEGINNING, WHEN PURCHASED. THE DEALER SAYS, THE PROBLEM IN THE CAR IS " BRAKE ACTUATOR BOOSTER ASSEMBLY." *TR

June 10, 2014 NHTSA ID NUMBER: 10597316

**Components: SERVICE BRAKES**

NHTSA ID Number: 10597316

Incident Date May 29, 2014

Consumer Location HOPKINSVILLE, KY

Vehicle Identification Number 4T1BF1FKXCU****

Summary of Complaint

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I WAS DRIVING WITH MY 5 GRANDCHILDREN AND WENT TO STOP AT A LIGHT AND THE BRAKES WENT ALL THE WAY TO THE FLOOR . IT REALLY SCARED ALL OF US ! SO WHEN WE CUT OUR OUTING SHORT AND GOT HOME I CHECKED THE BRAKE FLUID AND IT WAS LOW SO I HAD TO ADD SOME . THEN THE BRAKES SEEM TO WORK LIKE THEY SHOULD. THIS CAR WAS BOUGHT BRAND NEW HAS NEVER BEEN IN A ACCIDENT AND THIS SHOULD NOT BE HAPPENING ALREADY. *TR

April 15, 2015 NHTSA ID NUMBER: 10705883

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10705883

**Incident Date** April 13, 2015

**Consumer Location** IRMO, SC

**Vehicle Identification Number** N/A

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

BRAKES FAILED WHILE DRIVING WITHOUT WARNING, I SUDDENLY HAD NO POWER BRAKING AND HAD TO STOMP ON THE BRAKES TO AVOID A COLLISION. CAR HAS ONLY 44,000 MILES AND BEEN DRIVEN 29 MONTHS. AT THE DEALER THEY SAID IT WAS A FAILED BRAKE BOOSTER AND WOULD COST OVER $3000 TO REPAIR. THE CAR HAS BEEN WELL MAINTAINED. I AM LUCKY NOBODY WAS HARMED BUT THIS IS A MAJOR SAFETY FAILURE ON A CAR THAT IS SUPPOSED TO BE VERY SAFE AND RELIABLE, AND A RIDICULOUSLY EXPENSIVE REPAIR IN ADDITION. AFTER I COMPLAINED THEY WROTE OFF 80% BUT STILL COST $600 OUT OF MY POCKET TO REPLACE A DEFECTIVE TOYOTA BRAKE SYSTEM. *TR

May 7, 2013 NHTSA ID NUMBER: 10510996

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10510996

**Incident Date** October 9, 2012

**Consumer Location** SKOKIE, IL

**Vehicle Identification Number** 4T1BD1FK0CU****

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

OUR FAMILY BOUGHT A 2012 TOYOTA CAMRY IN ABOUT EARLY APRIL THE YEAR OF 2012 . A FEW MONTHS LATER WE STARTED TO NOTICE NOISE. CONSIDERING A BRAND NEW CAR WE HAD PURCHASED. IT WAS IN OUR CONCERN TO WHY THIS WAS HAPPENING. WE GET EVERYTHING DONE FROM THE DEALER LOCATED IN LINCOLNWOOD, IL. FROM WHERE WE HAD PURCHASED THE VEHICLE. WE TOOK THE CAR TO THE SAME DEALER MULTIPLE TIMES WITH THE SAME CONCERN. WE WERE TOLD THAT THE VEHICLE WAS FINE, BUT ODDLY THE NOISE WAS CONSTANT EVEN AFTER A VISIT AT THE DEALERS. THIS VISIT WE HAD DONE WAS NOT JUST ONCE BUT MANY TIMES, RECEIVING THE SAME ANSWER. WHAT UPSETS ME IS THAT AFTER MY WARRANTY WAS OVER. SUDDENLY THE DEALER KNEW THE SOLUTION TO THE PROBLEM I WAS CONSTANTLY VERIFYING THEM ABOUT EARLIER. WHICH SUMMED UP TO ABOUT THREE THOUSAND DOLLARS. I, WHO IS REFUSING TO PAY THIS.THIS CAR STARTED GIVING ME PROBLEMS FROM DAY ONE. WHAT I CAN CONCLUDE FROM THIS IS, THAT THE CAR ITSELF IS A DEFECT.THE DEALER TOLD OUR FAMILY TO CALL THE MANUFACTURES AND LET THEM KNOW. BECAUSE THIS CAR COULD HAVE BEEN A DEFECT FROM BEGINNING, WHEN PURCHASED. THE DEALER SAYS, THE PROBLEM IN THE CAR IS " BRAKE ACTUATOR BOOSTER ASSEMBLY." *TR

June 22, 2016 NHTSA ID NUMBER: 10875822

**Components: UNKNOWN OR OTHER, ELECTRICAL SYSTEM, SERVICE BRAKES**

**NHTSA ID Number:** 10875822

**Incident Date** May 17, 2016

**Consumer Location** BRIGHTON, AL

**Vehicle Identification Number** N/A

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

THIS SITUATION HAVE BEEN GOING ON FOR A MONTH. WHEN I HAVE SITTING AT A LIGHT OR ON IDLE. MY TRAC, ABS AND BRAKE LIGHT CONTINUE TO COME ON EVERY OTHER WEEK OR SO. I HAVE SEEN THIS COMPLAINT BEFORE FROM OTHER CAMRY'S OWNER ONLINE. WHEN THEY GO TO THE DEALERSHIP, THEY TELL THEM IT IS A SENSOR. BUT IT IS NEVER RESOLVED. CAN ANYBODY TELL ME WHAT IS GOING ON WITH THE CAR? I ONLY HAD THIS CAR FOR A YEAR. THIS IS SCARY FOR ME DUE TO ME HAVING 2 KIDS.

February 17, 2014 NHTSA ID NUMBER: 10564619

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10564619

**Incident Date** December 15, 2013

**Consumer Location** ANAHEIM, CA

**Vehicle Identification Number** 4T4BF1FK2CR****

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I HAVE A 2012 TOYOTA CAMRY, I WAS DRIVING ON THE FREEWAY AND THERE WAS AN ACCIDENT UP AHEAD AND I HAD TO BREAK SUDDENLY. ALL MY BRAKES DID WAS MAKE A LOUD STUTTERING SOUND WHICH I COULD ACTUALLY FEEL IN THE BRAKE PEDAL AND SLOWED VERY SO SLIGHTLY. I HAD LITTLE TO NO CONTROL OF MY BRAKES. I THOUGHT IT WAS ALL OVER BECAUSE IT DIDN'T APPEAR THAT I WAS GOING TO STOP BUT I MANAGED TO JUST MISS THE CAR IN FRONT OF ME STEERING OFF TO THE SHOULDER OF THE FREEWAY JUST IN TIME AND MY CAR FINALLY STOPPED. AT THE TIME, I THOUGHT IT MIGHT OF BEEN THE WAY I APPLIED MY BREAKS, OR AN ISOLATED INCIDENT UNTIL READING AN ARTICLE ABOUT A LEXUS RECALL WHICH SOUNDS LIKE THE SAME PROBLEM. THIS ISN'T MY FIRST CAR WITH ANTI-LOCK BRAKES SO I AM FAMILIAR WITH THE WAY THEY'RE SUPPOSED TO WORK. IT APPEARS THAT TOYOTA MAY NEED ADD ONE MORE VEHICLE TO IT'S LIST BEFORE SOMEONE IS KILLED. *TR

47.     Complaints for the 2013 Toyota Camry Hybrid are similar:



May 16, 2014 NHTSA ID NUMBER: 10592072

**Components: SERVICE BRAKES**

**NHTSA ID Number:** 10592072

**Incident Date** September 23, 2013

**Consumer Location** LINCOLN, NE

**Vehicle Identification Number** 4T1BD1FK5DU****

**Summary of Complaint**

| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

DRIVING ON INTERSTATE ON FLAT ROAD WITH A 3-WEEK-OLD CAR. A CLICK SOUNDED AND THE BRAKE SYSTEM, ABS SYSTEM, TRACTION CONTROL, AND BRAKE LIGHTS ALL TURNED ON. THE CAR WAS JUST ABOUT IMPOSSIBLE TO STOP. I HAD TO STOMP ON THE BRAKES WHILE COASTING UPHILL ON AN OFF-RAMP. THE ACCUMULATOR HAD MALFUNCTIONED REQUIRING A NEW BRAKE MASTER CYLINDER, BOOSTER ASSEMBLY, BRAKE CYLINDER ASSEMBLY, BRAKE BOOSTER GASKET, AND BRAKE FLUID. TOYOTA'S MULTI-CITY MASTER TECHNICIAN COULD NOT IDENTIFY THE CAUSE. THE ERROR CODE WAS NOTED (C-1391) BUT THE PROBLEM COULD NOT BE REPLICATED. *TR

48.    Complaints for the 2014 Toyota Camry Hybrid are similar:

**December 17, 2014** NHTSA ID NUMBER: 10664739

**Components: AIR BAGS, SERVICE BRAKES**

NHTSA ID Number: 10664739

Incident Date December 8, 2014

Consumer Location PALM DESERT, CA

Vehicle Identification Number 4T1BF1FK8EU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | I WAS DRIVING FROM SHOPPING CENTER ONTO HWY 111 ,AS I SAW THE RED TRUCK IN FRONT AT THE INTERSECTION. I BEGAN TO BRAKE ,AND NOTICE THE VEHICLE WAS NOT SLOWING DOWN AFTER SEVERAL ATTEMPTS TO THE BRAKES. ME ,AND MY WIFE SUSTAIN WHIPLASH FROM HITTING A TRUCK FROM THE REAR. MY WIFE WENT TO THE DOCTOR CLINIC. POLICE OFFICER CHECKED THE BRAKES ,AND CONFIRM THAT THE BRAKES HAD GONE OUT. *TR |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**November 29, 2018** NHTSA ID NUMBER: 11154818

**Components: AIR BAGS, SERVICE BRAKES**

NHTSA ID Number: 11154818

Incident Date November 26, 2018

Consumer Location FERNANDINA BEACH, FL

Vehicle Identification Number 4T1BF1FK9EU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | AFTER FAILING BRAKES A MAJOR IMPACT HAPPENED AND THE AIRBAG DID NOT DEPLOY. |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**July 11, 2016** NHTSA ID NUMBER: 10883971

**Components: SERVICE BRAKES**

NHTSA ID Number: 10883971

Incident Date May 21, 2016

Consumer Location ATLANTA, GA

Vehicle Identification Number N/A

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNS A 2014 TOYOTA CAMRY HYBRID. WHILE DRIVING VARIOUS SPEEDS AND DEPRESSING THE BRAKE PEDAL ATTEMPTING TO STOP, THE CONTACT'S VEHICLE WOULD NOT STOP AND REAR ENDED ANOTHER DRIVER. THE CONTACT SUFFERED MINOR INJURIES TO THE NECK THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE AIR BAGS FAILED TO DEPLOY. THE VEHICLE WAS TOWED TO A COLLISION SHOP WHERE THE CONTACT WAS INFORMED THAT THE BRAKES WERE NOT FUNCTIONING. THE VEHICLE WAS THEN TAKEN TO A DEALER WHERE IT WAS CONFIRMED THAT THE HYDRAULIC BRAKING SYSTEM FAILED AND WOULD NEED TO BE REPAIRED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 20,000. THE VIN WAS NOT AVAILABLE. |
| FIRE | No | |
| INJURIES | 1 | |
| DEATHS | 0 | |

**March 22, 2017** NHTSA ID NUMBER: 10967838

**Components: SERVICE BRAKES**

NHTSA ID Number: 10967838

Incident Date March 22, 2017

Consumer Location SILVER SPRING, MD

Vehicle Identification Number 4T1BD1FK5EU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | WHEN I COMING TO A SLOW DOWN OR STOP ON THE CITY STREET OR THE HIGHWAY, I FELT THE BRAKE PEDAL LOOSEN UP AND THE CAR STARTED TO ROLL FORWARD. THE CAR CAME TO STOP AFTER I PUSHED VERY HARD ON THE PEDAL 2 TO 3 TIMES. THIS HAPPENS MOST TIME. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**February 4, 2015** NHTSA ID NUMBER: 10681105

**Components: SERVICE BRAKES**

NHTSA ID Number: 10681105

Incident Date December 19, 2014

Consumer Location STRATFORD, CT

Vehicle Identification Number 4T1BD1FK3EU****

Summary of Complaint

| | | |
|---|---|---|
| CRASH | Yes | TL* THE CONTACT OWNS A 2014 TOYOTA CAMRY HYBRID. THE CONTACT STATED THAT WHILE PULLING INTO A PARKING SPACE AT APPROXIMATELY 2 MPH, THE BRAKES SUDDENLY MALFUNCTIONED. THE CONTACT INDICATED THAT WHEN ENGAGING THE BRAKES, THE PEDAL FAILED TO DEPRESS AND THE VEHICLE CRASHED INTO A POLE. THE CONTACT DID NOT SUSTAIN ANY INJURIES AND A POLICE REPORT WAS NOT FILED. THE VEHICLE WAS TAKEN TO THE DEALER WHO WAS UNABLE TO DUPLICATE THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 7,400. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

49.　　Complaints for the 2013 Toyota Avalon Hybrid are similar:



50.　　Complaints for the 2015 Toyota Avalon Hybrid are similar:



51.　　The above complaints represent only a sampling of otherwise voluminous complaints regarding the Brake Defect that members of the Classes have reported to Toyota directly and through its dealers.

52.　　Although Toyota was aware of the widespread nature of the Brake Defect in the Class Vehicles, and that it posed grave safety risks, Toyota has failed to take adequate steps to

notify all Class Vehicle owners of the Brake Defect and provide relief.

53.     Defendants have not recalled the Class Vehicles to repair the Brake Defect, have not initiated a customer service campaign to address the Brake Defect, have not offered Class members a suitable, proactive repair or replacement of parts related to the Brake Defect free of charge, and have not reimbursed all Class members who incurred costs for repairs related to the Brake Defect.

54.     Plaintiff and Class members have not received the value for which they bargained when they purchased or leased the Class Vehicles.

55.     Defendants have deprived Plaintiff and Class members of the benefit of their bargain, exposed them all to a dangerous safety defect without any notice, and failed to repair or otherwise remedy the Brake Defect contained in the Class Vehicles.  As a result of the Brake Defect, the value of the Class Vehicles has diminished, including without limitation, the resale value of the Class Vehicles.  Reasonable consumers, like Plaintiff, expect and assume that a vehicle's brake system and the related components are not defective and will not malfunction while operating the vehicle as it is intended to be operated and thus did not receive the benefit of their bargain, i.e., the price premium they paid attributable to the braking system.

56.     Plaintiff and Class members further expect and assume that Toyota will not sell or lease vehicles with known safety defects, such as the Brake Defect, and will fully disclose any such defect to consumers prior to purchase, or offer a suitable, non-defective, repair.

## CLASS ALLEGATIONS

57.     Plaintiff brings this action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(1), (b)(2) and/or (b)(3) on behalf of the following Class and Subclass:

> All persons or entities in the United States that purchased, lease, leased, own or owned a Class Vehicle (the "Nationwide Class" or "Class");

> All persons or entities in California that purchased, lease, leased, own or owned a Class Vehicle (The "California Subclass") (collectively, the "Classes";

58.     Subject to additional information obtained through further investigation and

discovery, the foregoing definition of the Classes may be expanded or narrowed by amendment or amended complaint, or narrowed at class certification.

59.     Specifically excluded from the Classes are Defendants, Defendants' officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, principals, servants, partners, joint ventures, or entities controlled by Defendants, and their heirs, successors, assigns, or other persons or entities related to or affiliated with Defendants and/or Defendants' officers and/or directors, the judge assigned to this action, and any member of the judge's immediate family.

60.     **Numerosity.**  The members of the proposed Classes are geographically dispersed throughout the United States and are so numerous that individual joinder is impracticable.  Upon information and belief, Plaintiff reasonably estimates that there are hundreds of thousands of individuals that are members of the proposed Classes.  Although the precise number of proposed members are unknown to Plaintiff, the true number of members of each of the Classes is known by Defendants.  More specifically, Toyota and its network of authorized dealers maintains databases that contain the following information: (i) the name of each Class member that leased or purchased a vehicle; and (ii) the address of each Class member.  Thus, members of the proposed Classes may be identified and notified of the pendency of this action by first class mail, electronic mail, and/or published notice, as is customarily done in consumer class actions.

61.     **Typicality.**  The claims of the representative Plaintiff are typical of the claims of the Class in that the representative Plaintiff, like all members of the Classes, paid for Class Vehicles designed, manufactured, and distributed by Defendants which is afflicted by the Brake Defect.  The representative Plaintiff, like all members of the Classes, have been damaged by Defendants' misconduct in that they have incurred or will incur the cost of repairing or replacing this malfunctioning braking system and related parts as a result of the Brake Defect.  Further, the factual bases of Defendants' misconduct are common to all members of the Classes and represent a common thread of fraudulent, deliberate, and/or grossly negligent misconduct resulting in injury to all members of the Classes.

62. **Existence and predominance of common questions of law and fact**. Common questions of law and fact exist as to all members of the Classes and predominate over any questions affecting only individual members of the Classes. These common legal and factual questions include, but are not limited to, the following:

(a)   Whether the Class Vehicles suffer from the Brake Defect;

(b)   Whether the Class Vehicles contain a design defect and/or a defect in material, manufacturing and/or workmanship;

(c)   Whether the Brake Defect constitutes an unreasonable safety hazard;

(d)   Whether Defendants knew or should have known about the Brake Defect and, if so, how long Defendants have known of the Brake Defect;

(e)   Whether Defendants had a duty to disclose that the Class Vehicles suffer from the Brake Defect;

(f)   Whether Defendants breached their duty to disclose that the Class Vehicles suffer from the Brake Defect;

(g)   Whether Defendants intentionally and knowingly falsely misrepresented, concealed, suppressed and/or omitted material facts including the fact that the Class Vehicles suffered from the Brake Defect;

(h)   Whether Defendants negligently and falsely misrepresented or omitted material facts including the fact that the Class Vehicles suffered from the Brake Defect;

(i)   Whether Defendants made material misrepresentations and/or omissions concerning the standard, quality or grade of the Class Vehicles and the Brake Defect;

(j)   Whether members of the Classes would have paid less for the Class Vehicles if Defendants, at the time of purchase or lease, disclosed that the vehicles suffered from the Brake Defect;

(k)   Whether Defendants are liable to Plaintiff and the Classes for breaching their express and/or implied warranties;

(l)   Whether Defendants are liable to Plaintiff and the Classes for violation of The Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.* and/or any other statutory duties under state laws;

(m)   Whether Defendants violated the California Consumers Legal Remedies Act, California Civil Code §§ 1750, *et seq.* and the California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*;

(n)     Whether Defendants have been unjustly enrichment; and

(o)     Whether Plaintiff and the Classes are entitled to damages, restitution, equitable, injunctive, compulsory, or other relief.

63.     **Adequacy of Representation.**  Plaintiff will fairly and adequately protect the interests of the Classes.  Plaintiff has retained counsel that is highly experienced in complex consumer class action litigation, and Plaintiff intends to vigorously prosecute this action on behalf of the Classes.  Furthermore, Plaintiff has no interests that are antagonistic to those of the Classes.

64.     **Superiority.**  A class action is superior to all other available means for the fair and efficient adjudication of this controversy.  The damages or other financial detriment suffered by members of the Classes is relatively small compared to the burden and expense of individual litigation of their claims against Defendants.  It would thus be virtually impossible for members of the Classes, on an individual basis, to obtain effective redress for the wrongs committed against them.  Furthermore, even if members of the Classes could afford such individualized litigation, the court system could not.  Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action.  By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances.

65.     In the alternative, the Class may also be certified because:

(a)     the prosecution of separate actions by individual members of the Classes would create a risk of inconsistent or varying adjudication with respect to individual Class members that would establish incompatible standards of conduct for the Defendants;

(b)     the prosecution of separate actions by individual Class members would create a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of other members of the Classes not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and/or

(c)     Defendants have acted or refused to act on grounds generally applicable to the Class and Subclasses as a whole, thereby making

appropriate final declaratory and/or injunctive relief with respect to the members of the Classes as a whole.

## CLAIMS FOR RELIEF

### COUNT I
### Fraud

66.     Plaintiff incorporates and realleges each of the preceding paragraphs as though fully set forth herein.

67.     Plaintiff brings this count on behalf of himself and the members of the Class and California Subclass.

68.     Defendants intentionally and knowingly falsely misrepresented, concealed, suppressed, and/or omitted material facts including the standard, quality or grade of the Class Vehicles and the fact that the braking system in the Class Vehicles is defective, exposing drivers, occupants and members of the public to safety risks with the intent that Plaintiff and members of the Classes rely on Defendants' misrepresentations and omissions.  As a direct result of Defendants' fraudulent conduct, members of the Classes have suffered actual damages.

69.     As a result of Defendants' failure to disclose to members of the Classes the material fact that the braking system in the Class Vehicles is defective, owners and lessors of the Class Vehicles are required to spend thousands of dollars to repair or replace the Brake Defect or sell their vehicles at a substantial loss.  The fact that the braking system in the Class Vehicles is defective is material because no reasonable consumer expects that she or she will have to spend thousands of dollars for diagnosis, repair or replacement of the Brake Defect, and because Plaintiff and members of the Classes had a reasonable expectation that the vehicles would not suffer from the Brake Defect.

70.     The fact that the braking system installed in the Class Vehicles is defective is also material because it presents a safety risk and places the driver and occupants at risk of serious injury or death.  Because of the Brake Defect, the Class Vehicles may suddenly brake automatically while driving in traffic.  Drivers and occupants of the Class Vehicles are at risk for rear-end collisions and other accidents caused by the Brake Defect, and the general public is also at

risk for being involved in an accident with a Class Vehicle.  Plaintiff and members of the Classes would not have purchased the Class Vehicles but for Defendants' omissions and concealment of material facts regarding the nature and quality of the Class Vehicles and existence of the Brake Defect, or would have paid less for the Class Vehicles.

71.     Defendants knew their false misrepresentation, concealment and suppression of material facts was false and misleading and knew the effect of concealing those material facts. Defendants knew their concealment and suppression of the Brake Defect would sell more Class Vehicles.

72.     Despite notice of the Brake Defect from, among other things, pre-production testing, numerous consumer complaints, warranty data, and dealership repair orders, Defendants have not recalled the Class Vehicles to repair the Defect, have not offered its customers a suitable repair or replacement free of charge, and have not offered to reimburse all Class members the costs they incurred relating to diagnosing and repairing the Brake Defect or for the premium price that they paid for the braking system.

73.     At minimum, Defendants knew about the Brake Defect by way of customer complaints filed with affiliated dealerships and through the NHTSA, as extensively documented above.  As such, Defendants acted with malice, oppression and fraud.  Plaintiff and members of the Classes reasonably relied upon Defendants' knowing, affirmative and active false representations, concealment and omissions.  As a direct and proximate result of Defendants' false representations, omissions and active concealment of material facts regarding the Brake Defect, Plaintiff and members of the Classes have suffered actual damages in an amount to be determined at trial.

## COUNT II
### Negligent Misrepresentation

74.     Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

75.     Plaintiff brings this count on behalf of himself and the members of the Class and California Subclass.

76.     Defendants owed a duty to disclose the Brake Defect and its corresponding safety risk to Plaintiff and members of the Classes because Defendants possessed superior and exclusive knowledge regarding the defect and the risks associated therewith.

77.     Despite notice of the Brake Defect from, among other things, pre-production testing, numerous consumer complaints, warranty data, and dealership repair orders, Defendants have not recalled the Class Vehicles to repair the Defect, have not offered its customers a suitable repair or replacement free of charge, and have not offered to reimburse all Class Vehicle owners and leaseholders the costs they incurred relating to diagnosing and repairing the Brake Defect or for the price premium attributable to the braking system.

78.     At minimum, Defendants knew about the Brake Defect by way of customer complaints filed with affiliated dealerships and through the NHTSA, as extensively documented above.  Despite repeated complaints from customers, Defendants have failed to issue a recall with regard to the Brake Defect or offer its customers any meaningful relief.

79.     Defendants marketed the Class Vehicles as safe, built to last, and reliable vehicles.

80.     Defendants negligently misrepresented and omitted material facts including the standard, quality or grade of the Class Vehicles and the fact that the braking system installed in the Class Vehicles is defective, exposing drivers, occupants and members of the public to safety risks.  As a direct result of Defendants' negligent conduct, members of the Classes have suffered actual damages.

81.     As a result of Defendants' failure to disclose, in owners' manuals, maintenance schedules or elsewhere, to members of the Classes the material fact that the braking system in the Class Vehicles is defective, owners and lessors of the Class Vehicles are required to spend thousands of dollars to repair or replace the Class Vehicles, or sell their vehicles at a substantial loss.  The fact that the Class Vehicles suffer from the Brake Defect is material because no reasonable consumer expects that she or he will have to spend thousands on a purported safety feature – like the braking system – that is actually a safety hazard.

82.     The fact that the braking system installed in the Class Vehicles is defective is also

material because it presents a safety risk and places the driver and occupants at risk of serious injury or death.  Because of the Brake Defect, Drivers and occupants of the Class Vehicles are at risk for rear-end collisions or other accidents caused by the false engagement or disengagement of the braking system.  The general public is also at risk for being involved in an accident with a Class Vehicle that is unable to accelerate to or maintain an appropriate speed.  Plaintiff and members of the Classes would not have purchased the Class Vehicles but for Defendants' negligent false representations and omissions of material facts regarding the nature and quality of the Class Vehicles and existence of the Brake Defect, or would have paid less for the Class Vehicles.

83.     Plaintiff and members of the Classes justifiably relied upon Defendants' negligent false representations and omissions of material facts. As a direct and proximate result of Defendants' negligent false representations and omissions of material facts regarding the standard, quality or grade of the Class Vehicles and/or the Brake Defect, Plaintiff and members of the Nationwide Class have suffered an ascertainable loss and actual damages in an amount to be determined at trial.

<div align="center">

**COUNT III**
**Breach Of Express Warranty**

</div>

84.     Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

85.     Plaintiff brings this count on behalf of himself and the Nationwide Class and California Subclass.

86.     Defendants marketed the Class Vehicles as safe, built to last, and reliable vehicles. Such representations formed the basis of the bargain in Plaintiff' and Class members' decisions to purchase or lease the Class Vehicles.

87.     Defendants are and were at all relevant times merchants and sellers of motor vehicles as defined under the Uniform Commercial Code.

88.     With respect to leases, Defendants are and were at all relevant times lessors of motor vehicles as defined under the Uniform Commercial Code.

89.     The Class Vehicles are and were at all relevant times goods within the meaning of the Uniform Commercial Code.

90.     In connection with the purchase or lease of each of the Class Vehicles, Defendants provide warranty coverage for the Class Vehicles under one or more manufacturer's warranties. For illustrative purposes, Toyota offers a 36-month or 36,000-mile Basic Warranty that "covers repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Toyota."  Under warranties provided to Plaintiff and members of the Classes, Defendants promised to repair or replace defective braking components arising out of defects in materials and/or workmanship, such as the Brake Defect, at no cost to owners or lessors of the Class Vehicles.

91.     Defendants' warranties formed a basis of the bargain that was reached when Plaintiff and members of the Classes purchased or leased their Class Vehicles.

92.     Despite the existence of the warranties, Defendants failed to inform Plaintiff and members of the Classes that the Class Vehicles contained the Brake Defect, and, thus, wrongfully transferred the costs of repair or replacement of the Brake Defect to Plaintiff and members of the Classes.

93.     Defendants have failed to provide Plaintiff or members of the Classes with a meaningful remedy for the Brake Defect, in clear breach of the express warranty described above, promising to repair and correct a manufacturing defect or defect in materials or workmanship of any parts they supplied.

94.     As described at length above, Defendants were on notice of the Brake Defect, and as such have been afforded a reasonable opportunity to cure their breach of written warranties. Any additional time to do so would be unnecessary and futile because Defendants have known of and concealed the Brake Defect and, on information and belief, have refused to repair or replace the Brake Defect free of charge despite the Brake Defect's existence at the time of sale or lease of the Class Vehicles.

95.     As a direct and proximate result of Defendants' breach of express warranties,

Plaintiff and the members of the Classes have been damaged in an amount to be determined at trial.

96.     Finally, because of Defendants' breach of express warranty as set forth herein, Plaintiff and the members of the Classes assert, as additional and/or alternative remedies, the revocation of acceptance of the goods and the return to Plaintiff and members of the Classes of the purchase or lease price of all Class Vehicles currently owned or leased, and for such other incidental and consequential damages as allowed.

97.     On February 5, 2020, prior to filing this action, Plaintiff send Defendants a pre-suit notice letter that complied in all respects with U.C.C. §§ 2-313, 2-607.  Plaintiff's counsel sent Defendants a letter advising them that they breached an express warranty and demanded that they cease and desist from such breaches and make full restitution by refunding the monies received therefrom.  A true and accurate copy of the demand letter is attached as Exhibit B.

<u>**COUNT IV**</u>
**Breach Of Implied Warranty**

98.     Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

99.     Plaintiff brings this count on behalf of himself and members of the Classes.

100.    Plaintiff and members of the Classes purchased or leased the Class Vehicles from Defendants by and through their authorized agents for retail sales, or were otherwise expected to be the eventual purchasers of the Class Vehicles when bought from a third party.  At all relevant times, Defendants were the manufacturers, distributors, warrantors, and/or sellers of Class Vehicles.  Defendants knew or had reason to know of the specific use for which the Class Vehicles were purchased or leased.

101.    Defendants are and were at all relevant times merchants and sellers of motor vehicles as defined under the Uniform Commercial Code.

102.    With respect to leases, Defendants are and were at all relevant times lessors of motor vehicles as defined under the Uniform Commercial Code.

103.    The Class Vehicles are and were at all relevant times goods within the meaning of

the Uniform Commercial Code.

104.    Defendants impliedly warranted that the Class Vehicles were in merchantable condition and fit for the ordinary purpose for which vehicles are used.

105.    The Class Vehicles, when sold or leased and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose of providing safe and reliable transportation.  The Class Vehicles contain the Brake Defect and present an undisclosed safety risk to drivers and occupants.  Thus, Defendants breached their implied warranty of merchantability.

106.    As a direct and proximate result of Defendants' breach of the implied warranty of merchantability, Plaintiff and members of the Classes have been damaged in an amount to be proven at trial.

**COUNT V**
**Violation Of The Magnuson-Moss Warranty Act ("MMWA")**

107.    Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

108.    Plaintiff brings this count on behalf of himself and the members of the Classes.

109.    Plaintiff satisfy the MMWA jurisdictional requirement because they allege diversity jurisdiction under CAFA, 28 U.S.C. § 1332(d)(2).

110.    Plaintiff and members of the Classes are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

111.    Defendants are "supplier[s]" and "warrantor[s]" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).

112.    The Class Vehicles are "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

113.    The MMWA provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with a written or implied warranty.  *See* 15 U.S.C. § 2310(d)(1).

114.    Defendants provided Plaintiff and members of the Classes with one or more express warranties, which are covered under 15 U.S.C. § 2301(6).  For illustrative purposes, Toyota offers a 36-month or 36,000-mile Basic Warranty that "covers repairs and adjustments

needed to correct defects in materials or workmanship of any part supplied by Toyota."

115.     Under warranties provided to members of the Classes, Defendants promised to repair or replace defective braking components arising out of defects in materials and/or workmanship, such as the Brake Defect, at no cost to owners or lessors of the Class Vehicles. However, Defendants have failed to provide owners with a remedy to the Brake Defect.

116.     The Class Vehicles' implied warranties are covered under 15 U.S.C. § 2301(7).

117.     Defendants breached these warranties by misrepresenting the standard, quality or grade of the Class Vehicles and failing to disclose and fraudulently concealing the existence of the Brake Defect.  Without limitation, the Class Vehicles share a common defect in design, material, manufacturing and/or workmanship.  Through their issuance of TSBs to their authorized dealers, Defendants have acknowledged that the Class Vehicles are not of the standard, quality or grade that Defendants represented at the time of purchase or lease and contain the Brake Defect.

118.     Plaintiff and members of the Classes have had sufficient direct dealings with Defendants or their agents (dealerships) to establish privity of contract between Defendants, on the one hand, and Plaintiff and members of the Classes, on the other hand. Nonetheless, privity is not required here because Plaintiff and each member of the Classes are intended third-party beneficiaries of contracts between Defendants and their dealers, and specifically, of their implied warranties.  The dealers were not intended to be the ultimate users of the Class Vehicles and have no rights under the warranty agreements provided with the Class Vehicles; the warranty agreements were designed for and intended to benefit purchasers and lessors of the Class Vehicles only.

119.     Affording Defendants a reasonable opportunity to cure their breach of written warranties would be unnecessary and futile, as would any alternative dispute resolution process offered by Defendant.  At the time of sale or lease of each Class Vehicle and all relevant times thereafter, Defendants knew of the material misrepresentations and omissions concerning the standard, quality or grade of the Class Vehicles and the existence of the Brake Defect, but failed to remediate the same.  Likewise, Defendants failed to disclose the Brake Defect.  Under the

circumstances, the remedies available under any informal settlement procedure or alternative dispute resolution would be inadequate and any requirement that Plaintiff resort to an informal dispute resolution procedure and/or afford Defendants a reasonable opportunity to cure their breach of warranties is excused and/or deemed satisfied.

120.     The amount in controversy of Plaintiff' individual claims meets or exceeds the sum of $25.  The amount in controversy of this action exceeds the sum of $50,000, exclusive of interest and costs, computed on the basis of all claims to be determined in this lawsuit.

121.     Plaintiff, individually and on behalf of members of the Classes, seek all damages permitted by law, including diminution in the value of the Class Vehicles, in an amount to be proven at trial.

## COUNT VI
### Unjust Enrichment

122.     Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

123.     Plaintiff brings this count on behalf of himself and the members of the Classes.

124.     Plaintiff and members of the Classes conferred a benefit on Defendants by leasing or purchasing the Class Vehicles.  Defendants were and should have been reasonably expected to provide Class Vehicles free from the Brake Defect.

125.     Defendants unjustly profited from the lease and sale of the Class Vehicles at inflated prices as a result of their false representations, omissions and concealment of the Brake Defect in the Class Vehicles.

126.     As a proximate result of Defendants' false representations, omissions and concealment of the Brake Defect in the Class Vehicles, and as a result of Defendants' ill-gotten gains, benefits and profits, Defendants have been unjustly enriched at the expense of Plaintiff and members of the Classes. It would be inequitable for Defendants to retain their ill-gotten profits without paying the value thereof to Plaintiff and members of the Classes.

127.     Plaintiff and members of the Classes are entitled to restitution of the amount of Defendants' ill-gotten gains, benefits and profits, including interest, resulting from their unlawful,

unjust and inequitable conduct.

128.     Plaintiff and members of the Classes seek an order requiring Defendants' to disgorge their gains and profits to Plaintiff and members of the Classes, together with interest, in a manner to be determined by the Court.

## COUNT VII
**Violation Of California's Consumer Legal Remedies Act, California Civil Code § 1750 *et seq.* ("CLRA") (Injunctive Relief Only)**

129.     Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

130.     Plaintiff brings this claim on behalf of himself and members of the California Subclass against Defendants.

131.     TMS is a "person" as defined by California Civil Code § 1761(c).  TMC is a "person" as defined by California Civil Code § 1761(c).

132.     Plaintiff and the other Class and California Subclass Members are "consumers" within the meaning of California Civil Code § 1761(d).

133.     By failing to disclose and concealing the defective nature of the Class Vehicles' brake booster pump assemblies from Plaintiff and members of the California Subclass, Defendants violated California Civil Code § 1770(a), as they represented that the Class Vehicles had characteristics and benefits that they do not have, represented that the Class Vehicles were of a particular standard, quality, or grade when they were of another, and advertised the Class Vehicles with the intent not to sell them as advertised.  *See* Cal. Civ. Code §§ 1770(a)(5), (7) & (9).

134.     Defendants' unfair and deceptive acts or practices occurred repeatedly in Defendants' trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

135.     Defendants knew that the Class Vehicles' braking systems suffered from an inherent defect, were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

136.     Defendants were under a duty to Plaintiff and members of the California Subclass

to disclose the defective nature of the Class Vehicles' braking systems and/or the associated repair costs because: a) Defendants were in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles' brake booster pump assemblies; b) Plaintiff and members of the California Subclass could not reasonably have been expected to learn or discover that their brake booster pump assemblies have a dangerous safety defect until after they purchased the Class Vehicles; and c) Defendants knew that Plaintiff and members of the California Subclass could not reasonably have been expected to learn about or discover the Brake Defect.

137.    By failing to disclose the Brake Defect, Defendants knowingly and intentionally concealed material facts and breached their duty not to do so.

138.    The facts concealed or not disclosed by Defendants to Plaintiff and members of the California Subclass are material because a reasonable consumer would have considered them to be important in deciding whether or not to purchase the Class Vehicles, or to pay less for them. Had Plaintiff and members of the California Subclass known that the Class Vehicles' brake booster pump assemblies were defective, they would not have purchased the Class Vehicles or would have paid less for them.

139.    Plaintiff and members of the California Subclass are reasonable consumers who do not expect that their vehicles will suffer from a Brake Defect.  That is the reasonable and objective consumer expectation for vehicles and their braking systems.

140.    As a result of Defendants' misconduct, Plaintiff and members of the California Subclass have been harmed and have suffered actual damages in that the Class Vehicles and their braking systems are defective and require repairs or replacement.

141.    As a direct and proximate result of Defendants' unfair or deceptive acts or practices, Plaintiff and members of the California Subclass have suffered and will continue to suffer actual damages.

142.    At this time, Plaintiff Alaniz seeks injunctive relief only for this violation of the CLRA.  He reserves the right to seek all available damages under the CLRA for all violations complained of herein, including, but not limited to, statutory damages, punitive damages,

attorneys' fees and cost and any other relief that the Court deems proper.

143.    Accordingly, Plaintiff and members of the California Subclass seek an order enjoining the acts and practices described above.

144.    On February 5, 2020, prior to filing this action, a CLRA notice letter was sent to Defendants that complies in all respects with California Civil Code §1782(a).  Plaintiff's counsel sent Defendants the letters via certified mail, return receipt requested, advising Defendants that they are in violation of the CLRA and demanding that they cease and desist from such violations and make full restitution by refunding the monies received therefrom.  A true and correct copy of Plaintiff's CLRA letter is attached hereto as Exhibit B.

### COUNT VIII
### Violation Of California's Unfair Competition Law ("UCL")

145.    Plaintiff hereby incorporates by reference and realleges the allegations contained in the preceding paragraphs of this Complaint.

146.    Plaintiff brings this cause of action on behalf of himself and members of the California Subclass against Defendants.

147.    California Business & Professions Code Section 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

148.    Defendants knew that the Class Vehicles' braking systems suffered from an inherent defect, were defectively designed and/or manufactured, would fail prematurely, and were not suitable for their intended use.

149.    In failing to disclose the Brake Defect, Defendants knowingly and intentionally concealed material facts and breached their duty not to do so, thereby engaging in a fraudulent business act or practice within the meaning of the UCL.

150.    Defendants were under a duty to the Plaintiff and members of the California Subclass to disclose the defective nature of the Class Vehicles' braking systems because:  a) Defendants were in a superior position to know the true state of facts about the safety defect in the

Class Vehicles' braking systems; b) Defendants made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles' braking systems; and c) Defendants actively concealed the defective nature of the Class Vehicles' braking systems from Plaintiff and Class Members at the time of sale and thereafter.

151.     The facts concealed or not disclosed by Defendants to Plaintiff and members of the California Subclass are material because a reasonable person would have considered them to be important in deciding whether or not to purchase or lease Defendants' Class Vehicles, or to pay less for them.  Had Plaintiff and members of the California Subclass known that the Class Vehicles suffered from the Brake Defect described herein, they would not have purchased or leased the Class Vehicles or would have paid less for them.

152.     Defendants continued to conceal the defective nature of the Class Vehicles and their braking systems even after Plaintiff and members of the California Subclass began to report problems.  Indeed, Defendants continue to cover up and conceal the true nature of this systematic problem today.

153.     Defendants' omissions of material facts, as set forth herein, also constitute "unfair" business acts and practices within the meaning of the UCL, in that Defendants' conduct was injurious to consumers, offended public policy, and was unethical and unscrupulous.  Plaintiff also asserts a violation of public policy arising from Defendants' withholding of material safety facts from consumers.  Defendants' violation of consumer protection and unfair competition laws resulted in harm to consumers.

154.     Defendants' omissions of material facts, as set forth herein, also constitute unlawful business acts or practices because they violate consumer protection laws, warranty laws and the common law as set forth herein.

155.     Thus, by their conduct, Defendants have engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

156.     Defendants' unfair or deceptive acts or practices occurred repeatedly in Defendants' trade or business, and were capable of deceiving a substantial portion of the

1   purchasing public.

2       157.    As a direct and proximate result of Defendants' unfair and deceptive practices,

3   Plaintiff and members of the California Subclass have suffered and will continue to suffer actual

4   damages.

5       158.    Defendants have been unjustly enriched and should be required to make restitution

6   to Plaintiff and members of the California Subclass pursuant to sections 17203 and 17204 of the

7   Business & Professions Code.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment on behalf of himself and members of the

Nationwide Class and California Subclass as follows:

A.    For an order certifying the Nationwide Class and California Subclass, under Rule 23 of the Federal Rules of Civil Procedure; naming Plaintiff as Class and California Subclass representatives; and naming Plaintiff's attorneys as Class Counsel representing the Class and California Subclass members;

B.    For an order finding in favor of Plaintiff, the Nationwide Class and the California Subclass on all counts asserted herein;

C.    For an order awarding statutory, compensatory, treble, and punitive damages in amounts to be determined by the Court and/or jury;

D.    For injunctive relief enjoining the illegal acts detailed herein;

E.    For prejudgment interest on all amounts awarded;

F.    For an order of restitution and all other forms of equitable monetary relief; and

G.    For an order awarding Plaintiff his reasonable attorneys' fees and expenses and costs of suit.

## JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all claims so triable.

Dated: February 21, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A.**


By:_____*/s/ L. Timothy Fisher*_____
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: scott@bursor.com

*Counsel for Plaintiff*

**CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)**

I, L. Timothy Fisher, declare as follows:

1.      I am an attorney at law licensed to practice in the State of California and a member of the bar of this Court.  I am a Partner at Bursor & Fisher, P.A., counsel of record for Plaintiff in this action.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto under oath.

2.      The Complaint filed in this action is filed in the proper place for trial under Civil Code Section 1780(d) in that a substantial portion of the events alleged in the Complaint occurred in the Northern District of California.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed at Walnut Creek, California this 20th day of February, 2020.


                                                     */s/ L. Timothy Fisher*
                                                        L. Timothy Fisher

**EXHIBIT A**



INFORMATION REDACTED PURSUANT TOTHE FREEDOM
OF INFORMATION ACT (FOIA), 5 U.S.C 552(B)(6)



September 19, 2019

Sent Via Certified Mail
Return Receipt

US Department of Transportation
National Highway Traffic Safety Administration (NVS-210)
Office of Defect Investigations
1200 New Jersey Avenue Southeast
West Building
Washington, D.C. 20590

**Re: PETITION FOR DEFECT INVESTIGATION – Toyota Hybrid Brake Failures Causing Crashes & Injury**

Dear Administrator Owens and National Highway Traffic Safety Administration Staff,

My name is Roger Hogan, and I am the President of Claremont Toyota and Capistrano Toyota in Southern California. I write to report the existence of a dangerous safety defect in the brakes of certain Toyota hybrid vehicles, and hereby, in accordance with 49 U.S.C. 30162 and 49 C.F.R § 552.1, petition NHTSA to initiate a Defect Investigation into defective brake booster pump assemblies (with master cylinder) in 2010-2015 Prius, 2012-2014 Camry Hybrid, and 2013-2015 Avalon Hybrid vehicles. This brake defect is causing crashes that are injuring people - and Toyota is mishandling it.

The reliable operation of brake booster pump assemblies with the master cylinder ("brake booster pump assembly" or "brakes") is crucial to a vehicle's ability to stop itself. Toyota has issued at least two safety (or noncompliance) recalls on hybrid vehicles containing these defective brake components - D0H in 2013 (NHTSA ID 13V-235) and K0L in 2019 (NHTSA ID 19V-544).

Toyota has put innocent lives at risk by knowingly excluding hundreds of thousands of hybrids with defective brakes from past safety recall populations. I have written Toyota letters requesting answers about these dangerous decisions, but Toyota has refused to answer. The National Highway Traffic Safety Administration should immediately investigate this safety defect and prevent additional injuries and potential deaths.

**TOYOTA EXCLUDED HYBRIDS WITH DEFECTIVE BRAKES FROM PAST SAFETY RECALLS (D0H & K0L)**

The Prius, Camry Hybrid, and Avalon Hybrid vehicles Toyota covered **only** with post-failure, reactionary brake repairs (warranty enhancements ZJB & ZKK) are suffering the same dangerous consequences from brake booster pump assembly failures as those Toyota covered by their preventative safety recalls (D0H & K0L). By excluding hybrids with defective brakes from the D0H and K0L safety recalls, Toyota is leaving the owners to helplessly experience the life-threatening brake failure or malfunction **before** Toyota will provide the replacement brake components needed to make the vehicle safe.



The defect information report for Toyota's 2013 D0H safety recall states it was launched because a "crack" in brake booster pump assembly accumulator, made by **Advics Co, Ltd.**, causes a gas "leak." This gas leak causes "the brake pedal stroke to become longer, resulting in decreased hydraulic pressure" and "could affect stopping distance and increase the risk of a crash." D0H covered a limited population of only 82,000 2010 model year Prius vehicles. Toyota excluded many 2010 model year - and all 2011, 2012, 2013, 2014, or 2015 model year - Prius vehicles (including Prius Plug-In models) from the D0H safety recall population. The excluded Prius, including the 2010 model years, contain defective brake booster pump assemblies.

Then, on March 7, 2019, due to "reports about **certain _internal malfunctions of the brake booster pump assemblies_**," Toyota announced phase II of their post-brake-failure repair program. Now, **after** the brakes in the 2010-2015 Prius excluded from safety recall D0H fail or malfunction, Toyota offers repair reimbursement. Reimbursement is not enough. A preventative safety recall must be done.

The story for defective brakes in Camry Hybrids and Avalon Hybrids is the same as the Prius. Toyota knows the brakes in these vehicles are failing or malfunctioning, but has unilaterally decided not to acknowledge the brake booster pump defect and launch a preventative safety recall.

On July 24, 2019, Toyota launched **noncompliance** recall K0L because, "there is a possibility the brake booster pump...may stop operating." Toyota states this could cause, "brake assist to be lost completely" and Vehicle Stability Control (ESC) to become "deactivated." K0L covers only a small population of 6,500 hybrid vehicles containing defective brake booster pumps **again manufactured by Advics Co, Ltd**. Even though they are experiencing the same dangerous consequences and noncompliance caused by brake booster pump defects, Toyota excluded 2012-2014 Camry Hybrids, 2013-2015 Avalon Hybrids, and 2010-2015 Priuses from the recall population.

On September 4, 2019, Toyota issued Technical Service Bulletin 0130-19 for 2012-2014 Camry Hybrids and 2013-2015 Avalon Hybrids. Toyota acknowledged that these hybrids are experiencing the same dangers and noncompliance as the hybrids covered by safety recalls D0H and K0L. The TSB states a "condition may be caused by a small internal brake **_fluid leak in the brake booster assembly with master cylinder_**" that will result in "diagnostic trouble codes (DTCs) C1391, C1252, C1256, or C1253" being stored. Notably, Toyota signaled DTC C1256 indicates an unreasonable risk to safety by listing it on page 2 of the Technical Instructions for the D0H safety recall.

In addition to the TSB, on September 11, 2019, Toyota launched another post-brake-failure repair program on these Camry Hybrid and Avalon Hybrid vehicles – warranty enhancement ZKK. In ZKK Toyota states, "reports have indicated **_certain internal malfunctions of the Brake Booster Assembly_**" in 2012-2014 Camry Hybrids and 2013-2015 Avalon hybrids. Toyota knows these hybrids are experiencing the same increased stopping distance, loss of hydraulic pressure in the brakes, deactivation of vehicle stability control, and deactivation of brake assist as the hybrids covered by their D0H and K0L safety recalls.

The law requires Toyota to prevent the life-threatening dangers of this brake defect **before** the failure occurs, not provide a part **after** the dangerous brake failure has already happened. Toyota's cost-cutting strategies are causing crashes and injuries.

**CRASHES AND INJURIES CAUSED BY TOYOTA'S DEFECTIVE HYBRID BRAKES**

Injuries and crashes caused by the brake defect explained in this letter have occurred and been reported to the National Highway Traffic Safety Administration. Toyota's decision to provide a reactionary, post-failure repair - instead of a *preventative* safety recall remedy - explains many of the crashes and injuries on NHTSA's safercar.gov website.

These stories include Toyota hybrid drivers that, when attempting to brake on the freeway, or when approaching stationary vehicles ahead, depress the brake pedal all the way to the floor, but get no response from the vehicle's brakes. No slowing down and no stopping. This is scary.

Only a small fraction of crashes that have occurred due to this brake defect are reported to NHTSA's safercar.gov website. The true volumes of injuries and crashes caused by this safety defect are undoubtedly much higher. Below is a list of relevant VOQs from safercar.gov. This list does not include all crashes and injuries citing the brake system that were reported to NHTSA. The "C" indicated a reported crash and "I" indicates a reported injury.  There are 60 crashes listed below:

**PRIUS    SOME 2010s & ALL OTHER MODEL YEARS POST BRAKE FAILURE REPAIR ONLY
            (warranty enhancement ZJB)**

- 2015:  10794873 (c), 10875685 (c), 10876015 (c), 10927047, 11231660, 11219354, 11014878

- 2014:  11151142 (c), 10680404 (c), 10627821 (c)(i), 11154835 (c)(Ix3), 10983408 (c), 10704553 (c), 10734278 (c), 11173353 (c), 11064519 (c), 10971881

- 2013:  11186947(c), 10923921 (c), 10573591(c), 11243249 (c)(i), 10819439(c)(i), 10592400(c), 10919990(c), 10851950(c)(i), 10855586(c), 11240240, 11197067, 11193820, 11173721, 11156466

- 2012:  11144698 (c), 11235210, 10550179(c), 11253950, 11102264(c), 11044156(c), 11253725, 10616134(c), 10875625(c), 11231596, 10584723(c), 11207636, 10749388(c), 11014797(c), 11203834, 11203591, 11193354, 11182610, 11155778, 11130742, 11129946

- 2011:  11164336, 10498096(c), 11219901, 11154783 (c), 10598545(c), 11228248, 10547701 (c), 11110691 (c), 11164990, 11222966, 11207630, 11192342, 11184751, 11183661, 11183178, 11173804, 11173173, 11173044, 11162242, 11144888, 11139660, 11121916, 11088447, 11080403, 11061959, 10984549

- 2010:  11073636(c), 11034572(c)(i), 10870866(c)(ix2), 10929397(c), 11104163 (c)(ix4)

**CAMRY**   ***POST BRAKE FAILURE REPAIR ONLY (warranty enhancement ZKK)***

  2014:   10681105 (c), 10883971 (c)

  2013:   10971542 (c), 10664739(c)(i), 10807100 (c), 10794987 (c), 10605988(c), 11154818 (c)(i), 10606258, 10592072, 10967838

  2012:   10626061(c), 10604544 (c)(i), 10569158 (c)(i), 11090508 (c)(i), 11057737 (c)(i), 10779877(c)(i), 10722560 (c)(i), 10692225 (c), 10560809 (c), 10523025 (c), 10502158 (c), 10616767 (c), 10641347,10611145, 10596979, 1051996, 11003054, 10597316, 10705883, 10875822, 10510996, 10564619

**AVALON**   ***POST BRAKE FAILURE REPAIR ONLY (warranty enhancement ZKK)***

  2015:   11093611

  2013:   10515182

## DTC ANALYSIS – SAFETY RECALL D0H vs. POST FAILURE REPAIR PROGRAMS (ZJB & ZKK)

Documents confirm that when the brake booster pump assembly malfunctions in Prius Hybrid, Camry Hybrid, and Avalon Hybrid vehicles excluded from Toyota's D0H and K0L safety recalls, ***the same*** DTC codes that presented an unreasonable risk to safety and noncompliance under safety recalls D0H and K0L are being stored. The DTC codes being stored in the hybrid vehicles covered only by Toyota's post-failure repair programs include (but are not limited to) C1256, C1253, C1252, C1391, and U0293.

Tellingly, Toyota lists C1256 in ***both*** its Technical Instructions for the D0H safety recall repair and in its warranty enhancements. C1256 is stored because a "significant drop in accumulator pressure continues." This malfunction of the brake booster pump assembly is being stored at alarmingly high rates in hybrids excluded from Toyota's D0H and K0L safety recalls.

Below is a description of the other DTC codes listed on Toyota's brake-failure warranty enhancements:

- C1252 indicates the brake booster pump motor has been running for an "abnormally long" time.

- C1253 indicates a brake booster "Pump Motor Relay Malfunction" and Toyota lists the "Brake Booster with master cylinder" as a trouble area.

- C1391 is an "Accumulator *Leak* Malfunction" and Toyota documentation again lists the "Brake Booster with master cylinder (Brake Actuator)(Malfunctioning internal seal, *low gas pressure in accumulator*, etc.)" as a trouble area.

 

To close the circle, keeping in mind C1391 indicates a *gas leak* in the brake booster pump assembly of vehicles excluded from Toyota's D0H safety recall, Toyota's June 2013 D0H defect information report described the safety defect in the brake booster pump as follows: "...nitrogen *gas* could *leak* into the brake fluid and gradually cause the brake pedal stroke to become longer, resulting in deceased hydraulic pressure...this condition could affect stopping distance and increase the risk of a crash."

*How could a gas leak in the accumulator be an unreasonable risk to safety for the 82,000 hybrid vehicles covered by safety recall D0H, but not for over 1,000,000 (one million) hybrid vehicles covered only by Toyota's post-brake-failure-repair programs? This is not right.*

DTC analysis also demonstrates that FMVSS noncompliance, such as the deactivation of brake assist and vehicle stability control, occur when brake booster pump assemblies malfunction in the hybrid vehicles excluded from Toyota's D0H and K0L recalls. U0293, U0126, U0124, U0129, U0073, and U0123 are being stored during the brake failures in these hybrids. These DTC codes result in fail-safe operations that cause ABS/VSC control to be "inoperative" (U0293, U00073, U0123, U0124) and "depression of EPS assist (deterioration of steering assist)" (U0129, U0293). DTC code U0100 is also being stored and results in a condition in which the gas "engine is not used" and only the "electric motor operation is used."

When it comes to brake assist, Toyota's Electronic Brake System Fail-Safe Chart for these hybrids states that, "If a malfunction is detected in the brake booster with master cylinder (i.e. C1391, C1256, C1252)...control will be stopped" and continues to state that, "If brake control is stopped...*the pressure generated* in the master cylinder *by the driver*" provides braking force.

Toyota has long had knowledge of the unreasonable risks to safety and FMVSS noncompliance occurring in hybrids excluded from their safety recalls. Toyota gets real-time transmissions of DTCs and freeze frame data from hybrids with failed brakes through the Techstream tool at its franchise dealerships.

**ADDITIONAL EVIDENCE**

Enclosed are reports to assist in you with this urgent safety concern. The reports include:

- A compilation of Safercar.gov VOQs detailing crashes, injuries, and various dangerous scenarios caused by brake failures and/or malfunctions in Toyota Prius hybrid vehicles, Toyota Camry Hybrid vehicles, and Toyota Avalon Hybrid vehicles.
- For Claremont Toyota and Capistrano Toyota, a list of Prius vehicles which Toyota excluded from safety recalls D0H and K0L but suffered a brake booster pump failure (DTC codes included)
- For Claremont Toyota and Capistrano Toyota, the DTC histories for each VIN number included in the reports
- For Prius Hybrids, Camry Hybrids, and Avalon Hybrids, Toyota's DTC code definitions for C1391, C1256, C1253, C1252, U0293, and other DTC codes stored when the brake booster pump assembly malfunctions

**TOYOTA**

- Toyota's limp-home mode ("fail-safe") mechanisms for DTC codes C1391, C1256, C1253, U0293, U0100 and others (indicating unreasonable risk to safety and/or FMVSS noncompliance) in Prius Hybrids, Camry Hybrids, and Avalon Hybrids
- Some of Toyota's historical documentation for defective brake booster pump assemblies: Page 2 of safety recall D0H technical instructions with DTC codes, TSB 0024-19, TSB 0079-18, TSB 0130-19, Page 2 of ZJB warranty enhancement with DTC codes, Page 1-2 of ZKK warranty enhancement with DTC codes
- NHTSA VOQ #10923921's Bosch EDR information, EDR explanation, and Tucson City Court Judgement

## CONCLUSION

NHTSA VOQ #10923921 was sent to your agency because a crash occurred as a result of a "catastrophic failure of the brake system" in a 2013 Toyota Prius. An Arizona court of law had initially tried to hold the driver of the 2013 Prius responsible for the crash, charging the driver "failed to control" the vehicle.

The Arizona court changed its mind after reviewing the Bosch Event Data Recorder (EDR) information. The "black box" clearly proved that the driver applied maximum pressure to the brake pedal prior to rear ending the vehicle ahead, but that the brakes of the Prius failed to respond. The court decided that, "car data appears to show that vehicle brakes malfunctioned/failed to properly engage when applied. This mitigating factor justified a finding of Not Responsible due to failure beyond defendants control."

NHTSA's Randy Reid responded to the 2013 Prius owner in a letter saying that the complaint "would be considered with other reports to identify...safety-related defect trends that require our attention," and that, "In order for the agency to initiate an investigation, we look carefully at the body of consumer complaints and other available data to determine whether a defect trend may exist".

NHTSA VOQ #11093611 details the story of an Avalon owner who experienced the dangers of depressing the brake pedal all the way to the floor, only to have the vehicle's brakes fail to respond. The complaint contains a DTC report for C1202. This DTC code pertains to a "Master Reservoir Level Malfunction." The reservoir mentioned is in the vehicle's brake booster pump assembly with master cylinder. A NHTSA letter dated October 19, 2018, and signed by Randy Reid, was sent back. It states, "At this time, there is insufficient evidence to warrant opening a safety defect investigation or to initiate a recall."

NHTSA VOQ #11104163 states, "the brakes on my 2010 Toyota failed on the freeway. I rear ended another vehicle and was injured myself." The owner also stated, *"I believe more cars are impacted than what was originally stated"* and provided an explanatory VIN range analysis. He urged NHTSA: "Please don't continue to let Toyota get away with this." NHTSA's L. Thomas responded to the VOQ in an email stating, "If a trend is suspected and a problem has a potential for causing a risk to safety,

**TOYOTA**

*the agency **will** open an investigation...*"

This petition provides enough evidence ("original information") to the National Highway Traffic Safety Administration for the agency to "suspect a trend for a problem that has potential for causing a risk to safety." An investigation into the defective brake booster pump assemblies (with master cylinder) in 2010-2015 Toyota Prius, 2012-2014 Camry Hybrid, and 2013-2015 Avalon Hybrids should be launched. Innocent Lives are at risk.

Federal law requires that a defect causing an unreasonable risk to safety or noncompliance with Federal Motor Vehicle Safety Standards (such as FMVSS 126) be reported within 5 working days of discovery. Federal law also states that Toyota has three options when presented with of a defect that causes an unreasonable risk to safety or an FMVSS noncompliance: a preventative safety repair; replacing the vehicle with a comparable one; or refunding the price of the vehicle less depreciation. Toyota has not taken any of these required actions. Instead, Toyota continues to allow the unsuspecting public to experience life-threatening brake failures. Toyota has violated of the National Traffic and Motor Vehicle Safety Act of 1966.

Pursuant to 49 U.S.C. § 30162(d), I formally request NHTSA respond to this petition within 120 days, if not soon due to the number of crashes and injuries cause by this brake defect.

Thank you for your consideration of this urgent safety matter.


Sincerely,


Roger Hogan
Claremont Toyota, President
Capistrano Toyota, President
949-493-4100 ex. 180

33395 Camino Capistrano
San Juan Capistrano, CA 92675
(949) 493-4100 • www.capotoyota.com

**EXHIBIT B**

# BURSOR & FISHER
P.A.

1990 N. CALIFORNIA BLVD.
SUITE 940
WALNUT CREEK, CA 94596
www.bursor.com

L. TIMOTHY FISHER
Tel: 925.300.4455
Fax: 925.407.2700
ltfisher@bursor.com

February 5, 2020

**_Via Certified Mail - Return Receipt Requested_**

Toyota Motor Sales USA, Inc.
6565 Headquarters Dr APT W1
Plano, TX, 75024-5965

Toyota Motor Corporation
1- Toyota-Cho, Toyota City
Aichi Prefecture, 471-8571, Japan
(*via Federal Express*)

Re:     *Demand Letter Pursuant to California Civil Code § 1782 and Violation of U.C.C.
        § 2-314*

To Whom It May Concern:

This letter serves as a preliminary notice and demand for corrective action by Toyota Motor Sales USA, Inc., and Toyota Motor Corporation ("You," "Toyota," or "Defendants") pursuant to numerous provisions of California law, including the Consumers Legal Remedies Act, Civil Code § 1770, including but not limited to subsections (a)(5) and (7) on behalf of our client, Mariano Alaniz, and a putative nationwide class and California subclass.  This letter also serves as notice pursuant to U.C.C. § 2-607(3)(A) – as well as under California warranty law – concerning the breaches of warranty described herein.  This letter also serves as notice pursuant to any applicable California consumer statutes that Plaintiff may assert in his complaint.

You have participated in the design, manufacture, marketing and sale of Toyota 2010-2015 Prius and Prius PHV, 2012-2015 Prius V, 2012-2014 Camry Hybrid, and 2013-2015 Avalon Hybrid vehicles (collectively, the "Class Vehicles").  The Class Vehicles are marketed a as safe for use.  However, you fail to disclose that the defective braking systems in the Class Vehicles, including but not limited to their defective brake booster pump assemblies, pose a serious safety risk to consumer and the public.  The braking systems in the Class Vehicles have the potential to malfunction, resulting in the inability to stop under normal driving conditions.  Because of this defect, the Class Vehicles are unfit for use as automobiles.

Our client, Mariano Alaniz, purchased a 2014 Toyota Prius automobile based on the understanding that it would be safe for normal use as an automobile in that it would be able to brake under normal driving conditions.  Had he known the truth about the Toyota Pruis's defective braking system, he would not have purchased the automobile, or would not have done so on the same terms.  Mr. Alaniz is acting on behalf of himself as well as a class defined as all

BURSOR&FISHER
P.A.

persons in the United States who leased or purchased a Class Vehicle in the United States.  Mr. Alaniz is also acting on behalf of a subclass of persons who leased or purchased a Class Vehicle in the state of California.

To cure these defects, we demand that you institute a recall and repair all Class Vehicles and that you make full restitution to all purchasers of all money obtained from sales thereof.

We further demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1.     All documents concerning the design, development, and/or testing of the Class Vehicles, including their braking systems;

2.     All documents concerning the advertisement, marketing, or sale of the Class Vehicles;

4.     All documents concerning communications with purchasers of the Class Vehicles, including but not limited to customer complaints or service bulletins; and

5.     All documents concerning your total revenue derived from sales of the Class Vehicles in California, New York, Pennsylvania, and the United States.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

This letter also serves as a thirty (30) day notice and demand under California Civil Code § 1782 for damages.  Accordingly, should you fail to rectify the situation on a class-wide basis within 30 days of receipt of this letter, we will seek actual damages, plus punitive damages, interest, attorneys' fees and costs.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter.  If I do not hear from you promptly, I will take that as an indication that you are not interested in doing so.

Very truly yours,

BURSOR & FISHER
P.A.

L. Timothy Fisher