UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIANO ALANIZ,

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION, et al.,

    Defendants.

Case No. 20-cv-01351-JST

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; DEFERRING RULING ON MOTION TO STAY; AND STAYING BRIEFING SCHEDULE ON MOTIONS TO DISMISS**

Re: ECF Nos. 16, 20, 21, 25

The parties have stipulated to continue the initial case management conference pending either (1) this Court's denial of the motion to transfer or stay brought by Defendant Toyota Motor Sales U.S.A., Inc. ("TMS") or (2) the court's ruling on Plaintiff Mariano Alaniz's motion to intervene in *In Re Toyota Hybrid Brake Litigation*, 4:20-cv-00127-ALM (E.D. Tex.), for the purposes of requesting a transfer of that case or reconsideration of the court's order appointing interim class counsel. ECF No. 25. The stipulation is granted. The May 19, 2020 case management conference is continued to a date to be set by this Court, if necessary, following resolution of TMS's motion to stay or transfer.

In addition, the Court defers ruling on TMS's motion to stay or transfer, ECF No. 16, at least until after Alaniz's motion to intervene in the consolidated Texas litigation has been decided. Although TMS opposes such a deferral, it also relies on the existence of *In Re Toyota Hybrid Brake Litigation* to support its arguments for a transfer or stay. The Court therefore finds good cause to delay ruling on TMS's motion until after the Texas court has decided whether Alaniz will be allowed to intervene in the consolidated cases there and, if so, whether those cases should be transferred to this district.

Finally, the Court sua sponte stays the briefing schedule on the motions to dismiss filed by

TMS and Defendant Toyota Motor Corporation, ECF Nos. 20 & 21.  It would be inefficient to proceed on those motions until after it is determined in which district this case will proceed.

The parties shall file a joint statement within seven days of the Texas court's ruling on Alaniz's motion to intervene.

**IT IS SO ORDERED.**

Dated:  May 14, 2020



JON S. TIGAR
United States District Judge

2